B"H

**To:** The Honorable Judge Lewis J. Liman
and Clerk of Court

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Case No. 1:24-cv-09830-LJL

*Teman v. Zeldes, Needle & Cooper, Jeremy Virgil, et al.*

**Re: Notification of Service of Process**

Dear Honorable Judge Liman and Clerk of Court,

I am writing to notify the Court and the Clerk in the above-referenced case that the defendants, Zeldes, Needle & Cooper (the law firm), Jeremy Virgil, and all other named parties, have been duly served with the Summons and Complaint in accordance with applicable rules of civil procedure. Service was effectuated as confirmed by the attached exhibits, which include proof of service provided by a Connecticut Marshal.

Attached hereto as **Exhibit A** are the executed proofs of service for each defendant, detailing the date, time, and manner of service. These documents confirm that service was completed on 13 March 2025 (With Defendant Medina served on 17 March), and I respectfully request that the Court and Clerk take notice of this filing for the record.

Should the Court require any additional information or documentation to verify service, I am prepared to provide it promptly upon request.

Thank you for your attention to this matter.

Respectfully submitted,

s/Ari Teman/
Ari Teman
Plaintiff, Pro Se
Tel Aviv, Israel
March 17, 2025
18th of Adar, 5785

Enclosures:
- Exhibit A: Proofs of Service

cc: All Parties of Record via Email and E-Filing via Temp Pro Se Email