

Cristina R. Yannucci
77 Water Street, Suite 2100
New York, New York 10005
Cristina.Yannucci@lewisbrisbois.com
Direct: 212.232.1412

March 28, 2025                                                                                           File No. 47558.92

*Good cause having been shown, the time to respond to the complaint is extended to May 2, 2025.*

**VIA ECF**

March 28, 2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:   *Teman v. Zeldes Needle Cooper, LLP, et al.*
            <u>Case 1:24-cv-09830-LJL</u>

Dear Judge Liman:

    Our firm has been retained to represent all defendants in the above referenced matter. Pursuant to your Individual Practice Rules, #1(D), we submit this letter-motion for an extension of time to answer, move or otherwise respond to the complaint up to and including **May 2, 2025**.

    In accordance with Your Honor's Rules, please be advised as follows:

(1) The current deadline to respond to the complaint is April 3, 2025;

(2) No prior requests have been made;

(3) Plaintiff, *pro se*, has been contacted with our request and does not consent. Plaintiff advises that he put defendants on notice of this suit before serving them and will not consent to an extension of time to respond. For the Court's consideration, counsel herein was just retained, has not had this matter for months, and requires time to meet with all of the defendants, discuss the claims and prepare a response; and,

(4) There are no current appearances scheduled.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

154860558.1

Honorable Lewis J. Liman
March 28, 2025
Page 2

      We wish to thank the Court for its time and attention to this matter.

                                          Respectfully submitted,

                                          *Cristina R. Yannucci*

                                          Cristina R. Yannucci of
                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

CRY
cc:     Ari Baruch Teman - ECF and email