# EXHIBIT D

# ALAN M. DERSHOWITZ

1575 MASSACHUSETTS AVENUE
CAMBRIDGE · MASSACHUSETTS · 02138

October 15, 2020

President Donald J. Trump
1600 Pennsylvania Avenue
Washington, DC 20500

The Honorable William Barr
Attorney General

The Honorable Jeffrey Rosen
Deputy Attorney General
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC, 20530

RE:  Ari Teman

     I am writing this cover letter on behalf of Ari Teman, whose case I have reviewed.

     I believe that his conviction constitutes a miscarriage of justice for two reasons: first and foremost, evidence I have reviewed does not prove a crime or criminal intent. It is, at bottom, a business dispute that should have been resolved in civil court; second his lawyers have alleged prosecutorial misconduct that raised serious concerns about the integrity of the process by which he was convicted.

     I have come to know Ari over the past months and he impresses me as a good person who had no intention to defraud anyone or commit any crime.

     I believe justice would be served if the case were dismissed or the sentence commuted.

Sincerely,

Alan M. Dershowitz