# EXHIBIT E



From: https://x.com/yoder_esq/status/1345335745804988422