# EXHIBIT F



From: https://x.com/EagleEdMartin/status/1351554394383396865