# EXHIBIT H

From: https://nypost.com/2014/11/11/embattled-manhattan-doc-faces-accusation-of-quackery/

**New York Post**

LOG IN

US News | Metro | Long Island | Politics | World News

RECOMMENDED

METRO

# Embattled Manhattan doc faces accusation of 'quackery'

By Julia Marsh
Published Nov. 11, 2014, 8:38 p.m. ET



Dr. Eric Braverman in court in September.
Steven Hirsch

### EXPLORE MORE

Ashli Babbitt's estate, DOJ move to settle $30M wrongful death lawsuit

MTA spent 8 years and over $3M fighting broken-elevator case — rather than fix them: 'Disgrace'

Ex-Biden nuclear official who restored Oppenheimer clearance alleges conspiracy to oust him over sex harassment allegations

The Manhattan comedian who rented his Chelsea pad through Airbnb — only to find it had been used to for a wild orgy — is now suing a high-profile doctor for $24

million, saying he intentionally misdiagnosed him with aluminum poisoning and low testosterone and then put him on a treatment that's considered "quackery."

Ari Teman went to Dr. Eric Braverman — whose roster of clients includes former Govs. Pataki and Paterson — in 2011 when the stand-up comic was fatigued and having difficulty breathing.

The Manhattan Supreme Court suit claims Braverman withheld results of a sleep study that showed Teman had sleep apnea, so he could bilk him for $30,000 in bogus treatments.

Braverman also claimed Teman had aluminum poisoning and low testosterone and put him on a treatment called chelation therapy, which is considered "quackery with no medical benefits," the suit says.

Teman joked that he knew he didn't have low testosterone because one of the symptoms is decreased facial and body hair.

"Much to the chagrin of some people I've dated, I'm very hairy," he quipped.

The neurosurgeon, who has also treated Suzanne Somers, had Teman "tranquilized like a horse," the comedian claims in court papers.

A spokesman for the neurosurgeon said, "Dr. Braverman categorically denies the charges and stands by his diagnosis."

Braverman has a history of trouble with the law.

Last year, the state's attorney general subpoenaed records from Braverman's medical practice after receiving 20 complaints from patients about unnecessary testing and excessive billing.

Then in January he was arrested on charges of stealing court documents in a divorce battle with his estranged wife. The criminal case is still pending.

FILED UNDER    ARI TEMAN,    LAWSUITS,    11/11/14

READ NEXT    Bakery owner fatally shoots herself inside shop

## AROUND THE WEB



**Lauren Boebert's Inappropriate Outfits Just Keep Getting Worse**



**Melania Trump Makes A Stunning Accusation Against Obama**