

Cristina R. Yannucci
77 Water Street, Suite 2100
New York, New York 10005
Cristina.Yannucci@lewisbrisbois.com
Direct: 212.232.1412

May 6, 2025

File No. 47558.92

Any opposition to the letter request for an extension is due May 9, 2025.

May 7, 2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Teman v. Zeldes Needle Cooper, LLP, et al.*
      <u>Case 1:24-cv-09830-LJL</u>

Dear Judge Liman:

Our firm represents all defendants in the above referenced matter. On May 1, 2025, Defendant filed a motion to dismiss plaintiff's complaint (ECF Doc. No. 11). On May 5, 2025, plaintiff emailed opposition to the motion (not yet docketed on ECF). Pursuant to Your Honor's Individual Practice Rules, #2(K), the time for Defendants to respond to plaintiff's opposition is May 19, 2025.

In accordance with Rules #2(K) and #1(D), we submit this letter-motion for an extension of time to respond to plaintiff's opposition up to and including **May 29, 2025**. Additionally, pursuant to Rule #2(I), we request an additional five (5) pages for the reply memorandum (for a total of 15 pages).

In accordance with Your Honor's Rules, please be advised as follows:

(1) The current deadline to respond is May 19, 2025;

(2) No prior requests have been made;

(3) No prior requests have been made;

(4) Plaintiff, *pro se*, has been contacted with our request and has not consented. For the Court's consideration, the request for additional time and pages is due to the supplemental claims set forth by plaintiff, as well as the extensive nature and scope of relief requested by plaintiff.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
156779757.1

Honorable Lewis J. Liman
May 6, 2025
Page 2

(5) There are no current appearances scheduled.

We wish to thank the Court for its time and attention to this matter.

Respectfully submitted,

*Cristina R. Yannucci*

Cristina R. Yannucci of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CRY
cc:    Ari Baruch Teman - ECF and email