# Liman NYSD Chambers

| | |
|---|---|
| **From:** | Ari B. Teman <ari@teman.com> |
| **Sent:** | Thursday, May 8, 2025 10:08 PM |
| **To:** | Pro Se Filing |
| **Cc:** | Yannucci, Cristina; Liman NYSD Chambers |
| **Subject:** | URGENT! Re: Please file in 1:24-cv-09830-LJL : Teman v Zeldes, Virgil, et al |
| **Attachments:** | Letter-Motion Requesting Docketing and Prioritization of Plaintiff's Motion for Summary Judgment.pdf; Teman v ZNC - PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (2) (2).pdf |

**CAUTION - EXTERNAL:**

Dear Clerk of the Court and Honorable Judge Liman (cc: Cristina R. Yannucci),

I respectfully request that the Pro Se Filing Department docket my "Motion for Summary Judgment", emailed to Temporary_Pro_Se_Filing@nysd.uscourts.gov on March 26, 2025, at 3:05 PM, for Case No. 1:24-cv-09830-LJL (Teman v. Zeldes, Virgil, et al.).

I also respectfully request that the Pro Se Filing Department docket my "Letter-Motion Requesting Docketing and Prioritization of Plaintiff's Motion for Summary Judgment" in the same case.

Despite acknowledgment of receipt and my follow-ups twice by email and by phone, the motion for Summary Judgement remains undocketed, which is deeply prejudicial as it predates opposing counsel's appearance (March 28, 2025) and their Motion to Dismiss (May 1, 2025).

Please excuse copying Your Honor's chambers, as I only do so due to the clerk's repeated oversight, to ensure the motion is docketed and credited as filed on March 26, 2025, as shown in the attached email thread and conceded by opposing counsel.

Information required by the Clerk:

**CASE INDEX:** 1:24-cv-09830-LJL
**CASE NAME:** Ari Teman v Zeldes, Virgil, et al

Ari Teman
1521 Alton Road
Miami Beach FL
781-718-3375

Please let me know how I can be helpful.

Thank you,

Ari

1

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.


On Thu, May 8, 2025 at 8:27 PM Ari B. Teman <ari@teman.com> wrote:
Hello, this was emailed on Wed, Mar 26, 3:05 PM, but does not appear on the docket. I have resent it twice. I have also just now called and spoken with the Pro Se office.


---------- Forwarded message ---------
From: **Ari B. Teman** <ari@teman.com>
Date: Wed, Mar 26, 2025 at 3:05 PM
Subject: Please file in 1:24-cv-09830-LJL : Teman v Zeldes, Virgil, et al
To: <Temporary_Pro_Se_Filing@nysd.uscourts.gov>


Hello!

Please file this "Plaintiff's Motion for Summary Judgment or, in the Alternative, for Court-Ordered Mediation"

**CASE INDEX:** 1:24-cv-09830-LJL
**CASE NAME:** Ari Teman v Zeldes, Virgil, et al

Ari Teman
1521 Alton Road
Miami Beach FL
781-718-3375

Thank you!



Please let me know how I can be helpful.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

2

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.