# **EXHIBIT 5**

**Yannucci, Cristina**

---

| | |
|---|---|
| **From:** | Ari B. Teman <ari@teman.com> |
| **Sent:** | Tuesday, May 6, 2025 4:58 PM |
| **To:** | Yannucci, Cristina |
| **Cc:** | scott.patrick@attorneyprotective.com; cs@attorneyprotective.com |
| **Subject:** | Re: LBBS File No. 47558-92: Teman v. ZNC - Request for Consent on Timing/Length of Reply |

| EXTERNAL |
|---|

I do not consent. You have no case. Your clients defaulted and then lied about it.

███████

And if you publish any more of my medical information to the docket without any basis to do so since you know you don't have a case I will sue you and your firm separately.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

**Featured in:**
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

**Visit us for a demo (By Appointment only):**

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.


On Tue, May 6, 2025, 10:16 PM Yannucci, Cristina <Cristina.Yannucci@lewisbrisbois.com> wrote:

> Dear Mr. Teman,
>
>
> In accordance with Judge Liman's Individual Practice Rules, we seek your consent to extend the time for our reply to your opposition up to and including May 29, and to enlarge the page limitations for our memorandum of law from ten (10) to fifteen (15) pages.
>
>
> Please advise by 5 p.m. EDT today whether you consent.
>
> Thank you.

Very truly yours,

Cristina R. Yannucci



**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
Cristina.Yannucci@lewisbrisbois.com

**T: 212.232.1412 F: 212.232.1399**

77 Water Street, 21st Floor, New York, NY 10005 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

2