## ATTORNEY AFFIRMATION OF SERVICE

STATE OF NEW YORK            )
                             )  ss.:
COUNTY OF NEW YORK           )

**CRISTINA YANNUCCI, ESQ.**, an attorney duly admitted to practice before this Court, affirms the truth of the following under the penalties of perjury:

That on the 29th day of May, 2025, I served a true copy of the annexed:

**REPLY DECLARATION OF CRISTINA YANNUCCI, ESQ. SUBMITTED IN SUPPORT OF ALL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT, THE EXHIBIT ANNEXED THERETO, and REPLY MEMORANDUM OF LAW SUBMITTED ON BEHALF OF ALL DEFENDANTS IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

By sending same via email and by filing same via PACER to:

ARI TEMAN
*Pro se Plaintiff*
1521 Alton Road, #888
Miami Beach, Florida 33139
Email: ari@teman.com

Dated: New York, New York
       May 29, 2025

/s/ Cristina Yannucci, Esq.
CRISTINA YANNUCCI, ESQ.