```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ARI BARUCH TEMAN,                                                :
                                                                 :
                                Plaintiff,                       :
                                                                 :      24-cv-09830 (LJL)
                -v-                                              :
                                                                 :             ORDER
ZELDES NEEDLE COOPER LLP, et al.,                                :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Ari Baruch Teman has filed a complaint against Defendant Zeldes Needle Cooper LLP and various individual defendants alleging legal malpractice.  Dkt. No. 1.  Pending before the Court is Defendants' motion to dismiss.  Dkt. No. 11.  It has come to the Court's attention that Mr. Teman has failed to return to the United States in connection with a criminal case pending in this District and is considered a fugitive.  *See Teman v. U.S. Prob. Serv.*, 2025 WL 1883841 (S.D.N.Y. July 8, 2025); *Teman v. United States*, 2025 WL 1883920 (S.D.N.Y. July 8, 2025).

      The Court has the inherent power to manage its "own affairs so as to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).  That power includes the power to issue a stay.  *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

      Accordingly, the parties are respectfully directed to show cause no later than November

10, 2025, whether the Court should stay this action pending Mr. Teman's reappearance in this District. Single-spaced letters no longer than three pages each shall be submitted by November 10, 2025. The Court will email a copy of this Order to Mr. Teman at the email address included in his correspondence with the Court (ari@teman.com). *See* Dkt. No. 26 at 4. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Teman at his mailing address on file with the Court.

SO ORDERED.

Dated: October 27, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge