Ari Teman <ari@teman.com>

## Paul Engelmayer gave a kid herpes???

**Ari B. Teman** <ari@teman.com>                                                                                   Fri, Oct 24, 2025 at 5:42 PM
To: "Gutwillig, Jacob (USANYS)" <Jacob.Gutwillig@usdoj.gov>, jay.clayton@usdoj.gov, "Bhatia, Kedar (USANYS)" <kedar.bhatia@usdoj.gov>, arthur_smallman@nysd.uscourts.gov
Cc: Engelmayer NYSD Chambers <EngelmayerNYSDChambers@nysd.uscourts.gov>, Jacob.Fiddelman@usdoj.gov, jacob.gershman@wsj.com

Gentlemen,

I got an anonymous message telling me that "Paul Engelmayer gave a little kid herpes" and your office "knows about it" and has been "using it to their advantage"?

For sure Engelmayer is an obvious pedophile -- thanks to you guys cheating me into a prison with so many of them for 7.5 months they're so easy to spot... but of course that's just my opinion, and the message is just a rumor, but I believe it... can't tell me Engelmayer isn't a sociopath who gets off preying on the vulnerable.

Explains why he buries the Epstein stuff.

Of course I need to disclaim that the above is entirely opinion and stated in the interest of protecting the public.

Ari