```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ARI BARUCH TEMAN,                                              :
                                                               :
                               Plaintiff,                      :
                                                               :        24-cv-09830 (LJL)
                -v-                                            :
                                                               :             ORDER
ZELDES NEEDLE COOPER LLP, et. al.,                             :
                                                               :
                               Defendants.                     :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025

LEWIS J. LIMAN, United States District Judge:

Plaintiff's motion for summary judgment has been denied. See Dkt. No. 19. Plaintiff is enjoined from filing further motions for summary judgment absent leave of Court after the conclusion of discovery.

The Court will email a copy of this Order to Mr. Teman at the email address included in his correspondence with the Court (ari@teman.com). See Dkt. No. 26 at 4. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Teman at his mailing address on file with the Court.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 30.

SO ORDERED.

Dated: October 31, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge