

Cristina R. Yannucci
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Cristina.Yannucci@lewisbrisbois.com
Direct: 212.232.1412

January 8, 2026

**REQUEST GRANTED.**
The Court grants the extension of time for Defendants to respond.  In addition, an Initial Pretrial Conference will be held on February 17, 2026 at 12:00PM.  The conference will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

File No. 51276.50

**VIA ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620, Courtroom 15C
New York, New York 10007

1/9/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     *Ari Baruch Teman v. Zeldes Needle Cooper LLP and Jeremy Virgil*
        United States District Court, Southern District of New York, Civil Case No. 1:24-cv-09830

Dear Judge Liman:

    Our firm represents Defendants in the above-referenced matter. Pursuant to this Court's December 31, 2025 Order, the time for Defendants Zeldes Needle Cooper, P.C. and Jeremy Virgil to answer the remaining legal malpractice cause of action is January 14, 2026. (ECF Dc. No. 32). Pursuant to Your Honor's Individual Practice Rules 1.C and D, as well as Local Rule 7.1(e), we submit this letter motion seeking an extension of time for Defendants Zeldes Needle Cooper, P.C. and Jeremy Virgil to respond to the remaining cause of action. Plaintiff has been consulted and consents to this application.

    In accordance with Your Honor's Individual Practice Rule 1.D.(1)-(5):

(1)    Pursuant to FRCP 12(a)(4), the remaining Defendants have until January 14, 2026 to serve a responsive pleading to Plaintiff's remaining cause of action. Counsel for the remaining Defendants requests that the time to serve a responsive pleading be extended up to and including **February 4, 2026.**

(2)(3)    Prior to Defendants' motion to dismiss, on March 28, 2025, this Court granted Defendants' March 28, 2025 letter motion and extended Defendants' time to answer, move, or otherwise respond to the Complaint up to and including May 2, 2025. (ECF Doc. Nos. 9 and 10).

    There have been no prior requests seeking an extension of time for remaining Defendants to serve a responsive pleading to Plaintiff's remaining cause of action following this Court's resolution of Defendants' pre-answer motion to dismiss.

(4)    Plaintiff has been consulted and consents to this extension request.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

169459082.1

January 8, 2026
Page 2

       (5)     There are no upcoming discovery deadlines or scheduled Court conferences.

Furthermore, this letter motion is compliant with Your Honor's Individual Practice Rule D, as the instant extension request does not affect any other scheduled dates and no proposed Case Management Plan and Scheduling Order is required. Lastly, this letter motion is compliant with Your Honor's Individual Practice Rule D, as same has been filed more than two business days prior to Defendants Zeldes Needle Cooper, P.C. and Jeremy Virgil's operative January 14, 2026 deadline to serve a responsive pleading to Plaintiff's remaining cause of action.

We thank the Court in advance for its time and attention to this matter. Do not hesitate to contact the undersigned should the Court require anything further to consider this application.

Very truly yours,

/s/ Cristina R. Yannucci, Esq.

Cristina R. Yannucci of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CRY

Cc:    **Via Email and PACER**
      ARI TEMAN
      *Pro se Plaintiff*
      1521 Alton Road, #888
      Miami Beach, Florida 33139
      Email: ari@teman.com