

Cristina R. Yannucci<br>
7 World Trade Center<br>
250 Greenwich Street, 11th Floor<br>
New York, New York 10007<br>
Cristina.Yannucci@lewisbrisbois.com<br>
Direct: 212.232.1412

February 2, 2026                  File No. 51276.50

**VIA ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620, Courtroom 15C
New York, New York 10007

> **Defendants' request for an extension of time is GRANTED.**
>
> **The initial conference previously scheduled for February 17, 2026 is adjourned to March 10, 2026 at 3:00 p.m. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.**
>
> **February 3, 2026**
>
> SO ORDERED.
> */s/ Lewis J. Liman*
> LEWIS J. LIMAN
> United States District Judge

Re:    *Ari Baruch Teman v. Zeldes Needle Cooper LLP, Jeremy Virgil, et al*
        <u>United States District Court, Southern District of New York, Civil Case No. 1:24-cv-09830</u>

Dear Judge Liman:

       Our firm represents the Defendants in the above-referenced matter. *Pro se* plaintiff has been copied hereto. On December 31, 2025, this Court issued an Order dismissing the Complaint in part, and permitting plaintiff leave to file an Amended Complaint by January 21, 2026. (ECF Doc. No. 32). On January 9, 2026, this Court issued an Order granting the parties' joint letter motion to extended the time for which the remaining Defendants had to serve an Answer to plaintiff's surviving claims by February 4, 2026. On January 21, 2026, this Court entered plaintiff's First Amended Complaint (ECF. Doc. No 35), which supplants the original Complaint (ECF. Doc. No. 1) and asserts a cause of action and named defendants that were previously dismissed pursuant to this Court's December 31, 2025 Order (ECF Doc. No. 32).

       Pursuant to Your Honor's Individual Practice Rules 1.C and D, as well as Local Rule 7.1(e), we submit this letter motion seeking an extension of time for Defendants to answer, move, or otherwise respond to the Amended Complaint (ECF. Doc. No. 35). Plaintiff has been consulted and consents to this application.

       In accordance with Your Honor's Individual Practice Rule 1.D.(1)-(5):

(1)      Pursuant to FRCP 12(a)(4) and this Court's January 9, 2026 Order (ECF Doc. No. 34), Defendants have until February 4, 2026 to respond to Plaintiff's Amended Complaint. Counsel for Defendants request that Defendants' time to answer, move, or otherwise respond to the Amended Complaint be extended up to and including **March 6, 2026**.

(2)(3)    On March 28, 2025, this Court granted Defendants' March 28, 2025 letter motion and extended Defendants' time to answer, move, or otherwise respond to the original Complaint (ECF Doc. No. 1) up to and including May 2, 2025. (ECF Doc. Nos. 9 and 10).

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

169459082.1

February 2, 2026
Page 2

On January 9, 2026, this Court granted (ECF Doc. No. 34) the parties' January 8, 2026 joint letter motion (ECF Doc. No. 33) which requested an extension of time for the remaining Defendants to serve a responsive pleading to Plaintiff's remaining cause of action following this Court's resolution of Defendants' pre-answer motion to dismiss (ECF Doc. No. 32).

There have been no prior requests seeking an extension of time for Defendants to answer, move, or otherwise respond to Plaintiff's Amended Complaint (ECF Dc. No. 35).

(4)   Plaintiff has been consulted and consents to this extension request.

(5)   There are no upcoming discovery deadlines. There is an initial telephone conference scheduled to occur on February 17, 2026 at 12:00 PM.

In compliance with Your Honor's Individual Practice Rule D, the parties respectfully request an adjournment of the initial telephone conference scheduled for February 17, 2026, as the parties now seek an extension of time for Defendants to answer, move, or otherwise respond to the Amended Complaint to March 6, 2026. No proposed Case Management Plan and Scheduling Order is required, as this extension request does not affect any existing discovery deadlines. Lastly, this letter motion is compliant with Your Honor's Individual Practice Rule D, as same has been filed two business days prior to Defendants' operative February 4, 2026 deadline to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

We thank the Court in advance for its time and attention to this matter. Do not hesitate to contact the undersigned should the Court require anything further to consider this application.

Very truly yours,

/s/ Cristina R. Yannucci, Esq.

Cristina R. Yannucci of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CRY

Cc:   **Via Email and PACER**
ARI TEMAN
*Pro se Plaintiff*
1521 Alton Road, #888
Miami Beach, Florida 33139
Email: ari@teman.com