UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Ari Teman,**
Plaintiff,

v.

**Zeldes Needle Cooper LLP, et al.,**
Defendants.                                             Case No. 1:24-cv-09830 (LJL)

**PLAINTIFF'S LETTER MOTION TO COMPEL PRODUCTION OF INSURANCE POLICIES**

Dear Judge Liman:

Plaintiff respectfully submits this letter motion seeking an order compelling Defendants to comply with their stipulated agreement to provide applicable insurance policies under Federal Rule of Civil Procedure 26(a)(1)(A)(iv), to produce complete copies of their applicable insurance policies.

Plaintiff seeks Court intervention only after Defendants agreed in writing to produce this information (EXHIBIT A), failed to do so within the agreed timeframe, and have not cured the deficiency despite repeated follow-ups (EXHIBIT B).

---

## 1. The Agreement and Missed Deadline

On February 2, 2026, defense counsel confirmed in writing:

> "We agree to disclose ZNC's insurance policy information pursuant to FRCP 26(a)(1)(A) within 2 weeks from today." (EXHIBIT A)

Plaintiff relied on that representation in consenting to Defendants' request for an extension of time to respond to the Amended Complaint.

The two-week deadline has now passed.

---

## 2. Partial and Incomplete Production

On February 16, 2026, Defendants produced only a single declarations page for the 2024–2025 policy year

reminder_thread - 12gurus LLC M…

.

Plaintiff promptly followed up, noting that:

- The request covered the period from May 2015 through the present, and
- Full policies — not merely declarations pages — were required.

Plaintiff thereafter reiterated that complete policies for all relevant years were due. (EXHIBIT B)

Despite multiple follow-ups, Defendants have not:

- Produced the full policy forms,
- Produced any endorsements,
- Produced any additional policy years, or
- Provided any explanation for the incomplete production.

---

### 3. Legal Standard

Rule 26(a)(1)(A)(iv) requires disclosure of:

> "any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action."

Courts in this District interpret this provision to require production of the complete insurance agreement, including the insuring agreement and endorsements — not merely a declarations page.

The full policy language is necessary to determine:

- Scope of potential coverage,
- Applicable policy periods,
- Aggregation or related-acts provisions, and
- Other terms relevant to potential satisfaction of a judgment.

---

### 4. Plaintiff's Good-Faith Efforts

Plaintiff has:

- Relied on Defendants' written agreement,
- Timely reminded Defendants upon expiration of the agreed deadline,
- Specifically requested full policies and all relevant years,
- Followed up repeatedly.

Plaintiff now seeks Court assistance solely because Defendants have not complied with their written commitment or with Rule 26.

## 5. Relief Requested

Plaintiff respectfully requests that the Court:

1. Order Defendant Zeldes Needle Cooper LLP to produce complete copies of all insurance policies that may be liable to satisfy all or part of a judgment in this action, including all declarations pages, insuring agreements, definitions, endorsements, and related-acts provisions;

2. Require production for all potentially responsive policy years from May 2015 through the present;

3. Direct that such production occur within five (5) business days of the Court's order;

4. Direct that each individually named Defendant comply with Rule 26(a)(1)(A)(iv) and produce any insurance agreement under which an insurer may be liable to satisfy all or part of a judgment against that Defendant within fifteen (15) days of such disclosures becoming due, or within such time as the Court deems appropriate; and

5. Grant such other relief as the Court deems appropriate under Rule 37.

Plaintiff seeks only compliance with the Federal Rules and **Defendants' prior agreement.**

## 6. Conclusion

Defendants agreed in writing to provide Rule 26 insurance disclosures within two weeks. That deadline has passed. Only a single declarations page has been produced. No explanation has been provided.

Plaintiff respectfully requests that the Court compel prompt production so that this matter may proceed efficiently and without further delay.

Respectfully submitted,

s/Ari Teman/
Plaintiff, Pro Se
Feb 23, 2026
Tel Aviv, Israel

# CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of February, 2026, I filed the foregoing Letter Motion to Compel with the Clerk of the Court using the Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

I further certify that on the same date, I served a copy of the foregoing via electronic mail upon:

Cristina R. Yannucci
Lewis Brisbois Bisgaard & Smith LLP
Cristina.Yannucci@lewisbrisbois.com

Sam Cohen
Lewis Brisbois Bisgaard & Smith LLP
Sam.Cohen@lewisbrisbois.com

Counsel for Defendants.

Respectfully submitted,
s/Ari Teman/
Plaintiff, Pro Se
Tel Aviv, Israel



Ari Teman <ari@teman.com>

# LBBS file no. 47558.92 Teman v. ZNC, et al: Insurance and Response tom Complaint
2 messages

---

**Yannucci, Cristina** <Cristina.Yannucci@lewisbrisbois.com>  Mon, Feb 2, 2026 at 10:08 PM
To: "Ari B. Teman" <ari@teman.com>
Cc: "Cohen, Sam" <Sam.Cohen@lewisbrisbois.com>

Good afternoon, Mr. Teman,

On January 22, 2026, you requested execution of a stipulation providing that we disclose ZNC's insurance policy information.

Please allow this email to confirm that we agree to disclose ZNC's insurance policy information pursuant to FRCP 26(a)(1)(A) within 2 weeks from today.

You previously also advised that you would consent to extend our time to respond to the Amended Complaint to February 25, 2026. We are requesting a thirty-day extension to March 6, 2026 as I have been out of the office for firm business and need to speak with all named defendants about our response.

Please see our attached letter motion reflecting this extension request. We need to file same by the end of the day, so we'd appreciate the courtesy of a response by 4:30 PM EDT advising whether you consent to the extension request. If we do not hear back from you by 4:30 pm EDT, we will file the letter and advise that we have not yet received a response to our request for consent.

I have copied my colleague Sam Cohen and ask that you reply to all because he is assisting me while I am out of the office.

Thank you!
Cristina



**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
Cristina.Yannucci@lewisbrisbois.com

**T: 212.232.1412  F: 212.232.1399**

7 World Trade Center
250 Greenwich Street, 11th Floor, New York, NY 10007 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

📄 **Teman v. ZNC - Letter Motion re Extension of Time to Respond to Amended Complaint.docx**
100K

**Ari B. Teman** <ari@teman.com>  Mon, Feb 2, 2026 at 10:18 PM
To: "Yannucci, Cristina" <Cristina.Yannucci@lewisbrisbois.com>
Cc: "Cohen, Sam" <Sam.Cohen@lewisbrisbois.com>

Ms. Yannucci,

Thank you for your message and for confirming that ZNC's insurance information will be disclosed pursuant to Rule 26(a)(1)(A) within the next two weeks.

I consent to the requested extension of time for Defendants to respond to the Amended Complaint through March 6, 2026.

I appreciate your attention to the insurance disclosure and look forward to receiving the materials.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

**Featured in:**
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

**Visit us for a demo (By Appointment only):**

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

[Quoted text hidden]

---

**2 attachments**


Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png
15K


mansfieldcertificationplusbadgecolor2023-2025[30]_b5194da9-87cf-41f4-a814-f6b1c2283ed8.png
18K

                                                                 Ari Teman <ari@teman.com>

# LBBS File No. 47558-92: Insurance Disclosures Reminder - LBBS file no. 47558.92 Teman v. ZNC, et al; Insurance Disclosure
4 messages

**Yannucci, Cristina** <Cristina.Yannucci@lewisbrisbois.com>                Mon, Feb 16, 2026 at 5:26 PM
To: "Ari B. Teman" <ari@teman.com>
Cc: "Cohen, Sam" <Sam.Cohen@lewisbrisbois.com>

Dear Mr. Teman,

Thanks for your email! Pursuant to our February 2, 2026 email agreement, please find attached, the Declaration Page for ZNC's applicable insurance policy, redacted as to premium.

Very truly yours,

Cristina



**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
Cristina.Yannucci@lewisbrisbois.com

**T: 212.232.1412 F: 212.232.1399**

7 World Trade Center
250 Greenwich Street, 11th Floor, New York, NY 10007 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Monday, February 16, 2026 10:21 AM
**To:** Yannucci, Cristina <Cristina.Yannucci@lewisbrisbois.com>
**Cc:** Cohen, Sam <Sam.Cohen@lewisbrisbois.com>
**Subject:** Re: Insurance Disclosures Reminder - LBBS file no. 47558.92 Teman v. ZNC, et al: Insurance and Response tom Complaint

EXTERNAL

Ms. Yannucci and Mr. Cohen,

2/23/26, 3:01 PM  Zigzurus, LLC Mail - Rules 26 L. 4755b-02.0b initial Disclosures Reminder - 2.23.26 file no. 408892 Teman v. ZNC, et al; Insura…

Case 1:24-cv-08830-LJL    Document 38    Filed 02/22/26    Page 8 of 11

As a courtesy follow-up, today marks two weeks from your confirmation that ZNC's insurance information would be disclosed pursuant to Rule 26(a)(1)(A).

Please produce the responsive policies from the commencement of my engagement with ZNC through the present, including declarations pages and endorsements.

Thank you.

Ari Teman

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

On Mon, Feb 2, 2026 at 10:18 PM Ari B. Teman <ari@teman.com> wrote:

> Ms. Yannucci,
>
> Thank you for your message and for confirming that ZNC's insurance information will be disclosed pursuant to Rule 26(a)(1)(A) within the next two weeks.
>
> I consent to the requested extension of time for Defendants to respond to the Amended Complaint through March 6, 2026.
>
> I appreciate your attention to the insurance disclosure and look forward to receiving the materials.
>
> Please let me know how I can be helpful.
>
> Ari
>
> **Ari Teman | Founder | teman™**
> We make Real Estate proactive with Artificial Intelligence
> 212-203-3714 | teman.com | ari@teman.com
>
> Featured in:
> ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,
>
> Visit us for a demo (By Appointment only):
>
> NYC: Herald Square
> Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

On Mon, Feb 2, 2026, 10:09 PM Yannucci, Cristina <Cristina.Yannucci@lewisbrisbois.com> wrote:

> Good afternoon, Mr. Teman,
>
> On January 22, 2026, you requested execution of a stipulation providing that we disclose ZNC's insurance policy information.
>
> Please allow this email to confirm that we agree to disclose ZNC's insurance policy information pursuant to FRCP 26(a)(1)(A) within 2 weeks from today.
>
> You previously also advised that you would consent to extend our time to respond to the Amended Complaint to February 25, 2026. We are requesting a thirty-day extension to March 6, 2026 as I have been out of the office for firm business and need to speak with all named defendants about our response.
>
> Please see our attached letter motion reflecting this extension request. We need to file same by the end of the day, so we'd appreciate the courtesy of a response by 4:30 PM EDT advising whether you consent to the extension request. If we do not hear back from you by 4:30 pm EDT, we will file the letter and advise that we have not yet received a response to our request for consent.
>
> I have copied my colleague Sam Cohen and ask that you reply to all because he is assisting me while I am out of the office.
>
> Thank you!
>  Cristina
>
> 
>
> **Cristina R. Yannucci**
> **Partner | National Co-Chair, Professional Liability Practice**
> **Cristina.Yannucci@lewisbrisbois.com**
>
> **T: 212.232.1412 F: 212.232.1399**
>
> 7 World Trade Center
> 250 Greenwich Street, 11th Floor, New York, NY 10007 | **LewisBrisbois.com**
>
> **Representing clients from coast to coast. View our locations nationwide.**
>
> 
>
> This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

 **Teman - ZNC Insurance Declaration - Premium Redacted.pdf**
232K

---

**Ari B. Teman** <ari@teman.com>                                                            Mon, Feb 16, 2026 at 5:35 PM
To: "Yannucci, Cristina" <Cristina.Yannucci@lewisbrisbois.com>
Cc: "Cohen, Sam" <Sam.Cohen@lewisbrisbois.com>

Case 1:24-cv-09830-LJL    Document 38    Filed 02/22/26    Page 10 of 11

Ms. Yannucci and Mr. Cohen,

Thank you for the production of the 2024–2025 declarations page.

As my request covered the relevant period from the commencement of my engagement in May 2015 through the present, please confirm when the remaining responsive policy years will be produced.

Thank you.

Regards,
Ari


Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                              Mon, Feb 16, 2026 at 10:50 PM
To: "Yannucci, Cristina" <Cristina.Yannucci@lewisbrisbois.com>
Cc: "Cohen, Sam" <Sam.Cohen@lewisbrisbois.com>

Also, to be clear: The full relevant policies, not merely the declaration's pages, are due today.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

[Quoted text hidden]

---

**Ari B. Teman** <ari@teman.com>                                              Thu, Feb 19, 2026 at 8:05 PM
To: "Yannucci, Cristina" <Cristina.Yannucci@lewisbrisbois.com>

2/23/26, 3:01 PM                         12gurus.llc Mail - USBB5 file No. 47558-92 Insurance Disclosures Renundez 2/BBS file no. 4765812 Teman v. ZNC, et al; Insura…

Case 1:24-cv-09830-LJL    Document 38    Filed 02/22/26    Page 11 of 11

Cc: "Cohen, Sam" <Sam.Cohen@lewisbrisbois.com>

Ms. Yannucci,

Thank you for the declaration page previously produced.

To complete Defendants' Rule 26(a)(1)(A)(iv) disclosure, please provide the full policy forms — including the insuring agreement, definitions, related-acts provisions, and all endorsements — for all relevant policy years from the commencement of my engagement with ZNC in May 2015 through the present.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

[Quoted text hidden]