UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/11/2026

ARI BARUCH TEMAN,

                Plaintiff,

      -v-

ZELDES NEEDLE COOPER LLP et al.,

                Defendants.

------------------------------------------------------------------------X

24-cv-9830 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order documents the rulings made at the initial pretrial conference on March 10, 2026.   The First Amended Complaint alleges a claim for legal malpractice in connection with representation provided Plaintiff by Zeldes Needle Cooper LLP and Jeremy Virgil in a medical malpractice action commenced in New York Supreme Court in November 2014.  Dkt. No. 35 ¶ 8.  The Court previously has sustained Plaintiff's legal malpractice claim against those two Defendants.  *See* Dkt. No. 32.  Accordingly, there is a basis for discovery to proceed against those two Defendants.  Discovery is stayed against the remaining Defendants pending a decision on the motion to dismiss.  Plaintiff may apply for relief from this stay if the motion to dismiss is denied as to any of the additional Defendants.  This order is without prejudice to the right of any party to seek a protective order to the extent that discovery is sought that is not relevant to the legal malpractice claim.  Plaintiff may request through letter motion the production of additional insurance policies no earlier than May 4, 2026.  Any motion for the production of such policies

made prior to May 4, 2026, will be denied solely on the basis that it is in violation of this Order.

      SO ORDERED.

Dated: March 10, 2026
      New York, New York

                                      LEWIS J. LIMAN
                            United States District Judge

2