

Cristina R. Yannucci
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Cristina.Yannucci@lewisbrisbois.com
Direct: 212.232.1412

April 14, 2026                                                      File No. 51276.50

**VIA ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620, Courtroom 15C
New York, New York 10007

> Re:   *Ari Baruch Teman v. Zeldes Needle Cooper LLP and Jeremy Virgil*
>        United States District Court, Southern District of New York, Civil Case No. 1:24-cv-09830

Dear Judge Liman:

Our firm represents the Defendants in the above-referenced matter. *Pro se* Plaintiff has been copied hereto. Defendants submit the instant letter to confirm the status of and/or to set an operative briefing schedule for Plaintiff's motion seeking leave to file a Second Amended Complaint, filed and served on April 1, 2026 (ECF Doc. Nos. 57-59) ("Motion to Amend").

As a preliminary matter, Defendants intend to fully oppose Plaintiff's Motion to Amend, if necessary. However, this Court's March 11, 2026 Case Management Plan and Scheduling Order, dated March 11, 2026 (ECF. Doc. No. 46), provides that "[a]ny motion to amend or to join additional parties shall be filed no later than March 27, 2027." Plaintiff did not file his Motion to Amend until April 1, 2027 (ECF Doc. Nos. 57-59). Accordingly, it is respectfully submitted that Plaintiff's Motion to Amend be summarily denied as filed in violation of this Court's Case Management Plan and Scheduling Order.

Furthermore, on or about April 11, 2026, Plaintiff filed a Letter Motion to Compel Production of Client File and Related Relief (uploaded to the docket and received by Defendants on April 13, 2026)(ECF Doc. No. 60) ("Motion to Compel"). In accordance with the Court's rules, Defendants will file opposition to the Motion to Compel by tomorrow, April 15. In the interim, however, section "8" of Plaintiff's Motion to Compel "requests that the Court extend Plaintiff's deadline to file any Second Amended Complaint to fourteen (14) days after Defendants produce Plaintiff's complete client file." (ECF. Doc. No. 60, p. 4). In light of same, it is requested the deadline for Defendants to file opposition to the Motion to Amend be held in abeyance pending opposition to and resolution of Plaintiff's Motion to Compel. Respectfully, it would be burdensome and inefficient for Defendants to expend time and money to oppose the Motion to Amend if Plaintiff will be submitting a new proposed Second Amended Complaint at a later time.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

April 14, 2026
Page 2

Should this Court decline to either dismiss Plaintiff's Motion to Amend or hold Defendants' opposition to the Motion to Amend in abeyance, Defendants respectfully request that this Court enter the following briefing schedule for the Motion to Amend, which aligns with Your Honor's Individual Practice Rule 2.K[1]:

(1) Defendants' deadline to serve and file opposition papers is April 29, 2026; and
(2) Plaintiff's deadline to file and serve reply papers is May 13, 2026.

For this Court's information, this briefing schedule was previously discussed with and agreed to by Plaintiff during an April 7, 2026 meet and confer. In accordance with the discussions, Defendants requested Plaintiffs' consent to file a letter memorializing said briefing schedule with the Court. A copy of Defendants' April 10, 2026 and April 13, 2026 emails are annexed hereto collectively as **Exhibit 1**. However, Plaintiff did not confirm approval to the proposed joint letter submission.

We thank the Court for its time and consideration herein. Do not hesitate to contact the undersigned should you have any questions or require anything further.

Very truly yours,

/s/ Cristina R. Yannucci, Esq.

Cristina R. Yannucci of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CY
/Enclosures

Cc:    **Via PACER**
ARI TEMAN
*Pro se Plaintiff*
Email: ari@teman.com

---

[1] Pursuant to Your Honor's Individual Practice Rule 2.K, "papers filed in opposition to a motion in a *pro se* case must be served and filed within four weeks of service of the motion papers, and reply papers, if any, must be served and filed within two weeks of receipt of opposition papers."