# <u>EXHIBIT 1</u>

EXTERNAL

To be extra clear: This request includes, without limitation, all materials relating to the following matters: the Braverman/PATH action, Silver Hill, Buch, US v. Teman, and any other matters, claims, or representations for which Zeldes Needle Cooper LLP maintained files, materials, or communications concerning me.

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

On Wed, Apr 8, 2026, 9:03 PM Ari B. Teman <ari@teman.com> wrote:

Hi Cristina, Ed, and Kyle

Pursuant to my rights as a former client, I request a complete and unredacted copy of my client file maintained by Zeldes Needle Cooper LLP and any attorneys or agents acting on its behalf, relating to the underlying action and any related matters.

This request includes, without limitation:

- All medical, mental health, hospital, and pharmacy records obtained, received, reviewed, or maintained by the firm;

- All correspondence, including emails, letters, and text messages;

- All pleadings, drafts, motion papers, and court filings;

- All expert-related materials, including communications, reports, and analyses;

- All internal memoranda, notes, and communications relating to my case;

- All communications with third parties, including opposing counsel, experts, and medical providers;

- All billing records, invoices, and time entries; and

- Any materials maintained in electronic document management systems, email servers, backup systems, or other storage.

To the extent any portion of the file is not being produced, please identify what has been withheld and the basis for such withholding.

If any materials that were previously maintained in the file are no longer available, please identify those materials and explain when and how they were removed, lost, or destroyed.

Given that these materials were compiled and maintained during the firm's representation, I expect that the file is complete and can be produced without delay. **Please confirm that the file will be made available within 14 days,** or advise if a different reasonable timeframe is required.

**<u>This request is made outside the scope of formal discovery</u>** and is intended to facilitate efficiency and completeness in the parties' exchange of materials.

Best,
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.