# **<u>EXHIBIT 2</u>**

| | |
|---|---|
| **From:** | Yannucci, Cristina |
| **Sent:** | Friday, April 10, 2026 11:31 AM |
| **To:** | Ari B. Teman |
| **Cc:** | jprueher@gouldinjurylaw.com; Jason Prueher; Cohen, Sam |
| **Subject:** | LBBS File No. 47558-92: Teman v. ZNC - Non Party Subpoena |
| **Attachments:** | combined_notice_of_subpeona.pdf |

Dear Mr. Teman,

We are emailing regarding the attached notice of non-party subpoena directed to Jason Prueher. We understand that on March 16, you filed a notice of intent to serve a subpoena and requested that the clerk issue same. To date, no notice has been received that the subpoena was issued. Kindly advise if/when the clerk issues same so we can discuss service and a return date, as we will be appearing as counsel for Mr. Prueher.

Since the subpoena has not bee issued or served, we understand the noted April 13 date to be moot.
Thank you.

Best Regards,
Very truly yours,
Cristina

**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
New York
212.232.1412 or x2121412