**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ari Baruch Teman,
 Plaintiff,

v.

Zeldes Needle Cooper LLP, et al.,
 Defendants.

Case No. 1:24-cv-09830 (LJL)

**PLAINTIFF'S RESPONSE TO COURT'S APRIL 16, 2026 ORDER**

**Dear Judge Liman:**

Plaintiff respectfully submits this response to the Court's April 16, 2026 Order.

There was <u>no</u> agreement between Plaintiff and Defendants' counsel that would warrant entry of an order by the Court.

As set forth in Plaintiff's reply filed earlier today to the Temporary Pro Se Intake Clerk and pending docketing, Defendants' characterization of the April 7 meet and confer is inaccurate. The parties discussed various proposals, but no agreement was reached on any material term, including the scope of Plaintiff's client file request. Defendants agreed only to circulate a draft for Plaintiff's review, which Plaintiff subsequently declined.

**There would have been no reason for Plaintiff to agree to limit his request for his full client file, as Defendants acknowledge that the obligation to provide the client file exists independently of discovery.**

Plaintiff also notes that he initially requested that the meet and confer be conducted in writing in light of Defendants' prior misrepresentations about document production with respect to their insurance policy. (See: Dkt. 38[1]). He asked that it be recorded.  The parties instead agreed that the discussion would be transcribed. During the meeting, however, the AI-transcription service was blocked without notice to Plaintiff, and no complete record was preserved.

Plaintiff promptly clarified his position in writing following the meeting, confirming that he had not agreed to any limitation on the scope of his request. Plaintiff expressly confirmed in writing following the meet and confer that materials relating to Silver Hill and related matters remained within the scope of his request and were not withdrawn.

---

[1] On February 2, 2026, Defendants agreed in writing to disclose their insurance policy pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv) within two weeks, and Plaintiff relied on that representation in consenting to Defendants' requested extension of time. Defendants did not produce the agreed materials within that timeframe and instead provided only a single declarations page, *and ignored repeated follow-up requests until Plaintiff filed a Motion to Compel.*

Plaintiff also made clear during the meet and confer that the materials he seeks are part of his client file and are due to him independent of this litigation.

To the extent Defendants contend that any agreement was reached, that contention is incorrect. There was no meeting of the minds on any material term, and no assent by Plaintiff to be bound. The draft circulated by Defendants was expressly rejected.

**In addition, Defendants do not dispute that Plaintiff is entitled to his client file and that <u>the obligation to provide it exists independently of discovery</u>.** Plaintiff is not aware of any authority permitting a law firm to withhold a client's file under these circumstances, and Plaintiff has <u>not</u> agreed to waive or limit his right to obtain his complete client file.

Accordingly, there is no basis to hold Plaintiff to any purported agreement or to enter an order reflecting one.

The issue is properly before the Court on Plaintiff's pending motion.

Respectfully submitted,

/s/ Ari Baruch Teman
 Ari Baruch Teman
 Plaintiff, Pro Se
 Tel Aviv, Israel

Dated: April 16, 2026

 **Ari B. Teman** <ari@teman.com>
to Temporary_Pro_Se_Filing ▾

7:06 AM (11 hours ago)    📎    🗎 SAVE AS TEMPLATE

Hi.

Please file this in:

**CASE:** Teman v. Zeldes
**INDEX:** 1:24-cv-09830-LJL
**TITLE:** PLAINTIFF'S REPLY IN SUPPORT OF LETTER MOTION TO COMPEL PRODUCTION OF CLIENT FILE AND RELATED RELIEF

s/Ari Teman/
1521 Alton Road #888
Miami Beach FL 33139

**Thank you so much!**

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com |  ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.

Terms apply to each service. Each service is a different entity.

Terms cannot be changed via email or oral agreement.

Statements herein about other companies and individuals

should be taken as opinion and not fact.

**One attachment** · Scanned by Gmail ⓘ    △₊ Add to Drive



📄 Teman v ZNC - PL...