UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ARI BARUCH TEMAN,

                        Plaintiff,

        - against -

ZELDES NEEDLE COOPER LLP and JEREMY
VIRGIL,

                        Defendants.

---------------------------------------------------------------------X

Civil Action No.: 1:24-CV-09830

Hon. Lewis J. Liman, D.J.

**NOTICE OF APPEARANCE**

      **PLEASE BE ADVISED** that Defendants ZELDES, NEEDLE & COOPER, P.C. (i/s/h/a

Zeldes Needle Cooper LLP) and JEREMY VIRGIL hereby appear in this matter by their attorneys,

LEWIS BRISBOIS BISGAARD & SMITH LLP. Copies of all notices and pleadings given or filed

in this case, or required to be given or filed in this case, are to be given and served at the following

address:

           LEWIS BRISBOIS BISGAARD & SMITH LLP
           7 World Trade Center
           250 Greenwich Street, 11th Floor
           New York, New York 10007
           Attn:  Cristina R. Yannucci, Esq.
           Tel:  (212) 232-1412
           Fax:  (212) 232-1399
           Email: Cristina.Yannucci@lewisbrisbois.com
           Attn: Sam A. Cohen, Esq.
           Phone: (646) 989-9430
           Email: Sam.Cohen@lewisbrisbois.com

175386230.1

Dated: New York, New York
       April 27, 2026

                              Respectfully submitted,


                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**


           By:    /s/ Cristina Yannucci, Esq.
                  Cristina R. Yannucci, Esq.
                  Sam A. Cohen, Esq.
                  *Attorneys for Defendants*
                  *ZELDES, NEEDLE & COOPER, P.C.*
                  *and JEREMY VIRGIL,*
                  7 World Trade Center
                  250 Greenwich Street, 11th Floor
                  New York, New York 10007
                  Phone: (212) 232-1412
                  Email: cristina.yannucci@lewisbrisbois.com
                  Phone: (646) 989-9430
                  Email: Sam.Cohen@lewisbrisbois.com
                  File No. 47558.92

**Via PACER**
To:    ARI TEMAN
       *Pro se Plaintiff*
       1521 Alton Road, #888
       Miami Beach, Florida 33139
       Phone: (212) 203-3714
       Email: ari@teman.com

175386230.1