UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARI BARUCH TEMAN,

                                    Civil Action No.: 1:24-CV-09830

               Plaintiff,

                                      Hon. Lewis J. Liman, D.J.

      - against -

ZELDES NEEDLE COOPER LLP, and
JEREMY VIRGIL,

                      Defendants.
-------------------------------------------------------------------X

**DECLARATION OF CRISTINA YANNUCCI, ESQ.
SUBMITTED IN OPPOSITION TO PLAINTIFF'S MOTION
<u>SEEKING LEAVE TO FILE A SECOND AMENDED COMPLAINT</u>**

I, **CRISTINA YANNUCCI, ESQ.**, pursuant to 28 U.S.C. 1746, declare the following under the penalties of perjury:

1.      I am a member of the law firm Lewis Brisbois Bisgaard & Smith, LLP, attorneys for Defendants ZELDES, NEEDLE & COOPER, P.C. (i/s/h/a Zeldes Needle Cooper LLP) ("ZNC") and JEREMY VIRGIL ("Virgil") in the above-captioned matter.

2.      I am an attorney admitted to practice before this Honorable Court.

3.      I submit this Declaration with the exhibits annexed hereto, along with the accompanying Memorandum of Law, dated April 29, 2026, in opposition to Plaintiff ARI BARUCH TEMAN's ("Plaintiff") Motion seeking an Order: (a) granting Plaintiff leave to file a proposed Second Amended Complaint; and (b) granting such other and further relief as this Court deems just and proper. (ECF Doc. Nos. 57-59).

4.      The documents annexed hereto as exhibits are integral to the allegations contained within Plaintiff's proposed Second Amended Complaint, and are documents of which this Court make take judicial notice of pursuant to Rule 201(b)(2) of the Federal Rules of Federal Procedure:

1

**Exhibit 1**: Documents from a civil lawsuit captioned *Dr. Sandip Buch v. Ari Teman*, venued in the Supreme Court of the State of New York, County of New York, and bearing Index No. 157336/2018, including (1) a "Case Detail" printout from New York State Courts Electronic Filing ("NYSCEF"); (2) a "Document List" printout from NYCSEF; and (3) a March 25, 2025 Order.

**Exhibit 2**: Documents from a criminal proceeding captioned *United States v. Ari Teman*, venuded in the Southern District of New York, and bearing Criminal Case No. 19-CR-00696-PAE-1, including: (1) a "Verdict Sheet" dated January 29, 2020; and (2) the "Criminal Docket."

5.     I declare under the penalties of perjury that the foregoing is true and correct.

Dated: New York, New York
       April 29, 2026.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     /s/ Cristina Yannucci, Esq.
        Cristina Yannucci, Esq.
        *Attorneys for Defendants*
        *ZELDES, NEEDLE & COOPER, P.C., and*
        *JEREMY VIRGIL*
        7 World Trade Center
        250 Greenwich Street, 11th Floor
        New York, New York 10007
        Phone: (212) 232-1412
        Email: cristina.yannucci@lewisbrisbois.com
        File No. 47558.92

**Via PACER**
To:     ARI TEMAN
        *Pro se Plaintiff*
        1521 Alton Road, #888
        Miami Beach, Florida 33139
        Phone: (212) 203-3714
        Email: ari@teman.com