# **<u>EXHIBIT 1</u>**

NYSCEF - New York State Courts Electronic Filing (Live System)

**157336/2018 -** New York County Supreme Court

Short Caption: **Dr. Sandip Buch - v. - Ari Teman**
Case Type: **Torts - Other (Defamation)**
Case Status: **Disposed**
eFiling Status: **Full Participation Recorded**
Assigned Judge: **Ashlee Crawford**

E-mail Participating Parties

**Full Caption**
Dr. Sandip Buch v. Ari Teman

**Plaintiffs/Petitioners**

| Name | Represented By |
| --- | --- |
| Dr. sandip Buch | ENGEL, ADAM E on 08/06/2018<br>The Engel Law Group, PLLC |

**Defendants/Respondents**

| Name | Represented By |
| --- | --- |
| Ari Teman | Teman, Ari B on 09/12/2018 |
| | REINITZ, ARIEL SAUL on 02/25/2020<br>BOCHNER PLLC |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   157336/2018**

Created on:04/28/2026 05:59 PM

Case Caption:   **Dr. Sandip Buch - v. - Ari Teman**

Judge Name:   **Ashlee Crawford**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 08/06/2018 | Engel, A. |
| 2 | RJI -RE: OTHER<br>In anticipation of forthcoming request for TRO or PI | Processed | 08/06/2018 | Engel, A. |
| 3 | | Deleted | | |
| 4 | RESPONSE TO STATEMENT OF MATERIAL FACTS | Processed | 09/12/2018 | Teman, A. (Pro Hac / Pro Se) |
| 5 | RADI (REQUEST FOR APP DIV INTERVENTION)<br>RJI Requesting Motion to Dismiss | Processed | 09/12/2018 | Teman, A. (Pro Hac / Pro Se) |
| 6 | RADI (REQUEST FOR APP DIV INTERVENTION)<br>RJI requesting TRO, PI | Processed | 09/12/2018 | Teman, A. (Pro Hac / Pro Se) |
| 7 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 09/12/2018 | Teman, A. (Pro Hac / Pro Se) |
| 8 | | Deleted | | |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 09/12/2018 | Engel, A. |
| 10 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #001)  *Corrected* | Processed | 09/17/2018 | Engel, A. |
| 11 | MEMORANDUM OF LAW IN SUPPORT (Motion #001) | Processed | 09/14/2018 | Engel, A. |
| 12 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP (Motion #001) | Processed | 09/14/2018 | Engel, A. |
| 13 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP (Motion #001) *Corrected* | Processed | 09/17/2018 | Engel, A. |
| 14 | ANSWER | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 15 | EXHIBIT(S) - A<br>SANDIP BUCH's Defamatory Facebook Post | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 16 | EXHIBIT(S) - A2<br>Someone sharing Buch's Defamatory FB post | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 17 | EXHIBIT(S) - B<br>Buch's Skypiatrist Facebook Page | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 18 | EXHIBIT(S) - B2<br>Buch's IMDB page | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 19 | EXHIBIT(S) - B3<br>Sandip Sen LinkedIN page | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 20 | EXHIBIT(S) - B4<br>Sandip Buch Linkedin | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 21 | EXHIBIT(S) - C<br>Buch emails demanding funds from Teman | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 22 | EXHIBIT(S) - D<br>Dr. Thakkar affidavit in MedMal case saying Buch/PATH committed malpractice | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 23 | EXHIBIT(S) - E<br>Adam Gabel confirms Teman had no idea Buch would be at club, Adam asked Teman to record | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 24 | EXHIBIT(S) - F1<br>Buch Medical Notes ordering unwarranted meds | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 25 | EXHIBIT(S) - F2<br>Buch Medical Notes 2 ordering unwarranted meds | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 26 | EXHIBIT(S) - F3<br>Buch Medical Notes 3 ordering unwarranted meds | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 27 | EXHIBIT(S) - F4<br>Buch Medical Notes 4 ordering unwarranted meds | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 28 | EXHIBIT(S) - F5<br>Buch Medical Notes: Buch orders kidnapping of Teman by Silver Hill using newly invented, bogus diagn | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 29 | EXHIBIT(S) - F6<br>Buch Medical Notes ordering unwarranted meds, vitamins,  bogus program that doesn't treat correct di | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 30 | EXHIBIT(S) - G<br>Sandip Buch praises Defendant Teman's talent & personality | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 31 | EXHIBIT(S) - H<br>Braverman has Buch write prescriptions for unwarranted meds | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 32 | EXHIBIT(S) - I<br>Buch letter showing his recommendation of Teman's kidnapping by Silver Hill (Silver Hill admitted th | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 33 | EXHIBIT(S) - J<br>Witness writes she saw Buch stalk and follow Teman | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 34 | EXHIBIT(S) - K1<br>Photo of Buch stalking Teman. Email from Teman to attorneys seeking restraining order against Buch | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 35 | EXHIBIT(S) - K2<br>Another email documenting Buch's further stalking. Teman requesting restraining order. | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 36 | EXHIBIT(S) - L<br>Attorney, comedian Talia Reese calls Buch a "sociopath" | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 37 | EXHIBIT(S) - M<br>Teman warns comedians to protect themselves from Buch | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 38 | EXHIBIT(S) - M2<br>Comedian Carrie Gravenson says Buch is | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   157336/2018**

Created on:04/28/2026 05:59 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| | prescribing to her | | | |
| 39 | EXHIBIT(S) - N<br>Buch & Braverman threaten bogus restraining order when Teman demands refund for quackery, fraud | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 40 | EXHIBIT(S) - O<br>Medical Board complaint against Braverman, Buch (Buch is named) | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 41 | EXHIBIT(S) - O2<br>Medical Board Complaint against Buch for privacy violations, malpractice (Ongoing) | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 42 | EXHIBIT(S) - O3<br>Medical review complaint against Braverman, PATH (Buch's Group) by Dr. Stephen Barrett MD | Processed | 09/18/2018 | Teman, A. (Pro Hac / Pro Se) |
| 43 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP (Motion #001)<br>Corrected Copy of Engel Declaration - Including Exhibits | Processed | 09/19/2018 | Engel, A. |
| 44 | LETTER / CORRESPONDENCE TO JUDGE JEWISH HOLIDAY NOTICE | Processed | 09/21/2018 | Teman, A. (Pro Hac / Pro Se) |
| 45 | LETTER / CORRESPONDENCE TO JUDGE (Motion #001)<br>Rabbi letter confirming Jewish Holiday, Teman living in Miami | Processed | 09/21/2018 | Teman, A. (Pro Hac / Pro Se) |
| 46 | EXHIBIT(S) - P<br>Proof Sandip Buch is under investigation by DOH Office of Professional Misconduct | Processed | 09/26/2018 | Teman, A. (Pro Hac / Pro Se) |
| 47 | THIRD PARTY SUMMONS/COMPLAINT | Returned For Correction | 10/03/2018 | Teman, A. (Pro Hac / Pro Se) |
| 48 | | Deleted | | |
| 49 | | Deleted | | |
| 50 | | Deleted | | |
| 51 | | Deleted | | |
| 52 | | Deleted | | |
| 53 | | Deleted | | |
| 54 | | Deleted | | |
| 55 | | Deleted | | |
| 56 | | Deleted | | |
| 57 | | Deleted | | |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   157336/2018**

Created on:04/28/2026 05:59 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 58 | | Deleted | | |
| 59 | | Deleted | | |
| 60 | | Deleted | | |
| 61 | APPLICATION TO PROCEED AS A POOR PERSON | Processed | 10/03/2018 | Teman, A. (Pro Hac / Pro Se) |
| 62 | | Deleted | | |
| 63 | ORDER - INTERIM (Motion #001) | Processed | 10/04/2018 | Court User |
| 64 | ANSWER WITH COUNTER-CLAIM(S) Answer, Counterclaims Notarized | Processed | 11/09/2018 | Teman, A. (Pro Hac / Pro Se) |
| 65 | NOTICE OF MOTION (Motion #002) MOTION TO DISMISS | Processed | 11/09/2018 | Teman, A. (Pro Hac / Pro Se) |
| 66 | EXHIBIT(S) - MB2 Medical Board Reviewing Buch 2 | Processed | 11/09/2018 | Teman, A. (Pro Hac / Pro Se) |
| 67 | MEMORANDUM OF LAW IN OPPOSITION (Motion #002) | Processed | 11/19/2018 | Engel, A. |
| 68 | NOTICE OF DEPOSITION OF DEFENDANT ARI TEMAN | Processed | 11/21/2018 | Engel, A. |
| 69 | NOTICE OF DISCOVERY AND INSPECTION TO DEFENDANT ARI TEMAN | Processed | 11/21/2018 | Engel, A. |
| 70 | MEMORANDUM OF LAW (Motion #002) Memorandum opposing Memorandum opposing Motion | Processed | 11/23/2018 | Teman, A. (Pro Hac / Pro Se) |
| 71 | ORDER - PRELIMINARY CONFERENCE | Processed | 11/27/2018 | Court User |
| 72 | DECISION + ORDER ON MOTION (Motion #001) | Processed | 11/30/2018 | Court User |
| 73 | NOTICE OF MOTION (Motion #003) of Plaintiff's Motion to Dismiss Defendant's Counterclaims (DKT #64) | Processed | 12/10/2018 | Engel, A. |
| 74 | MEMORANDUM OF LAW IN SUPPORT (Motion #003) of Plaintiff's Motion to Dismiss Defendant's Counterclaims (DKT #64) | Processed | 12/10/2018 | Engel, A. |
| 75 | RESPONSE TO DEMAND Response to Discovery Requests | Processed | 12/10/2018 | Teman, A. (Pro Hac / Pro Se) |
| 76 | LETTER / CORRESPONDENCE TO JUDGE Letter to Judge regarding Plaintiff's refusal to hold deposition per the judge's order | Processed | 12/12/2018 | Teman, A. (Pro Hac / Pro Se) |
| 77 | MEMORANDUM OF LAW (Motion #003) Pointless response to Engel's pointless motion | Processed | 01/07/2019 | Teman, A. (Pro Hac / Pro Se) |
| 78 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #004) | Processed | 01/09/2019 | Engel, A. |

NYSCEF **Document List**

New York County Supreme Court    **Index #   157336/2018**    Created on:04/28/2026 05:59 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 79 | MEMORANDUM OF LAW IN SUPPORT (Motion #004) of Proposed Order to Show Cause | Processed | 01/09/2019 | Engel, A. |
| 80 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP (Motion #004) | Processed | 01/09/2019 | Engel, A. |
| 81 | MEMORANDUM OF LAW IN OPPOSITION (Motion #004) | Processed | 01/09/2019 | Teman, A. (Pro Hac / Pro Se) |
| 82 | EXHIBIT(S) - FD1 Pending Federal lawsuit seeking injunction | Processed | 01/09/2019 | Teman, A. (Pro Hac / Pro Se) |
| 83 | EXHIBIT(S) - FD2 Corrected Federal Filing specifying Southern Florida (Pending) | Processed | 01/09/2019 | Teman, A. (Pro Hac / Pro Se) |
| 84 | EXHIBIT(S) - FD3 Federal Lawsuit additional statement | Processed | 01/09/2019 | Teman, A. (Pro Hac / Pro Se) |
| 85 | EXHIBIT(S) - FD4 Federal Lawsuit 19-cv-20143-MORENO summons, complaint | Processed | 01/10/2019 | Teman, A. (Pro Hac / Pro Se) |
| 86 | NOTICE OF MOTION | Returned For Correction | 01/11/2019 | Teman, A. (Pro Hac / Pro Se) |
| 87 | RESPONSE TO STATEMENT OF MATERIAL FACTS (Motion #004) | Processed | 01/14/2019 | Teman, A. (Pro Hac / Pro Se) |
| 88 | ORDER TO SHOW CAUSE - DECLINED/WITHDRAWN (Motion #004) | Processed | 02/01/2019 | Court User |
| 89 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #005) | Processed | 02/06/2019 | Engel, A. |
| 90 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #005) | Processed | 02/06/2019 | Engel, A. |
| 91 | MEMORANDUM OF LAW IN SUPPORT (Motion #005) | Processed | 02/06/2019 | Engel, A. |
| 92 | EXHIBIT(S) - FS1 Proof of Service (Email) Adam Engel | Processed | 02/06/2019 | Teman, A. (Pro Hac / Pro Se) |
| 93 | EXHIBIT(S) - FS2 Proof of Service (email) Sandip Buch and his reaction | Processed | 02/06/2019 | Teman, A. (Pro Hac / Pro Se) |
| 94 | EXHIBIT(S) - FS3 Proof of service against Judge W Franc Perry | Processed | 02/06/2019 | Teman, A. (Pro Hac / Pro Se) |
| 95 | ORDER TO SHOW CAUSE (Motion #005) | Processed | 02/20/2019 | Court User |
| 96 | ORDER TO SHOW CAUSE (Motion #005) | Processed | 02/20/2019 | Court User |
| 97 | LETTER / CORRESPONDENCE TO JUDGE (Motion #005) | Processed | 03/01/2019 | Engel, A. |

Case 1:24-cv-09830-LJL   Document 77-1   Filed 04/29/26   Page 8 of 11

NYSCEF
New York County Supreme Court

**Document List**
**Index #   157336/2018**

Created on:04/28/2026 05:59 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| | Requesting Clarification re: argument on Motion Sequence #2, #3, and #5. | | | |
| 98 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 03/01/2019 | Teman, A. (Pro Hac / Pro Se) |
| 99 | MEMORANDUM OF LAW IN OPPOSITION (Motion #005) | Processed | 03/03/2019 | Teman, A. (Pro Hac / Pro Se) |
| 100 | TRANSCRIPT OF PROCEEDINGS (Motion #005) Transcript of Initial TRO Hearing | Processed | 04/05/2019 | Engel, A. |
| 101 | TRANSCRIPT OF PROCEEDINGS (Motion #005) Transcript of Preliminary Conference | Processed | 04/05/2019 | Engel, A. |
| 102 | TRANSCRIPT OF PROCEEDINGS (Motion #005) Transcript of Combined Motion Hearing | Processed | 04/05/2019 | Engel, A. |
| 103 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 04/05/2019 | Teman, A. (Pro Hac / Pro Se) |
| 104 | DECISION + ORDER ON MOTION (Motion #002) | Processed | 05/13/2019 | Court User |
| 105 | DECISION + ORDER ON MOTION (Motion #003) | Processed | 05/13/2019 | Court User |
| 106 | DECISION + ORDER ON MOTION (Motion #005) | Processed | 05/13/2019 | Court User |
| 107 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 06/05/2019 | Schlesinger, E. |
| 108 | ANSWER | Processed | 06/07/2019 | Sinai, M. |
| 109 | NOTICE OF ENTRY | Processed | 06/19/2019 | Engel, A. |
| 110 | STIPULATION - ADJOURNMENT OF HEARING (Motion #001) | Processed | 07/12/2019 | Engel, A. |
| 111 | ORDER - OTHER | Processed | 07/16/2019 | Court User |
| 112 | AFFIRMATION (Motion #001) Affirmation in Opposition to Motion for Preliminary Injunction | Processed | 09/12/2019 | Sinai, M. |
| 113 | MEMORANDUM OF LAW (Motion #001) Brief in Opposition to Motion for Preliminary Injunction | Processed | 09/12/2019 | Sinai, M. |
| 114 | LETTER / CORRESPONDENCE TO JUDGE Plaintiff's 8/30/2019 Request for Leave to Bring Motion re: Discovery Abuses | Processed | 09/26/2019 | Engel, A. |
| 115 | TRANSCRIPT OF PROCEEDINGS - CERTIFIED 9/19/2019 Hearing re: Plaintiff's 8/30/2019 Request for Leave to Bring Motion re: Discovery Abuses | Processed | 09/26/2019 | Engel, A. |
| 116 | NOTICE OF MOTION | Returned For Correction | 11/22/2019 | Sinai, M. |
| 117 | AFFIRMATION Affirmation in Support | Processed | 11/22/2019 | Sinai, M. |

NYSCEF

**Document List**

New York County Supreme Court

**Index #   157336/2018**

Created on:04/28/2026 05:59 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 118 | EXHIBIT(S) - A<br>Documents from Florida Action | Processed | 11/22/2019 | Sinai, M. |
| 119 | EXHIBIT(S) - B<br>09/19/19 Hearing Transcript | Processed | 11/22/2019 | Sinai, M. |
| 120 | EXHIBIT(S) - C<br>Plaintiff's Notice of Discovery and Inspection | Processed | 11/22/2019 | Sinai, M. |
| 121 | EXHIBIT(S) - D<br>Summons and Complaint without exhibits | Processed | 11/22/2019 | Sinai, M. |
| 122 | EXHIBIT(S) - E<br>Defendant's Response to Plaintiff's NDI | Processed | 11/22/2019 | Sinai, M. |
| 123 | EXHIBIT(S) - F<br>03/07/19 Hearing Transcript | Processed | 11/22/2019 | Sinai, M. |
| 124 | EXHIBIT(S) - G<br>11/27/18 Hearing Transcript | Processed | 11/22/2019 | Sinai, M. |
| 125 | EXHIBIT(S) - H<br>05/13/19 Decision and Order | Processed | 11/22/2019 | Sinai, M. |
| 126 | AFFIDAVIT<br>Affidavit of Ari B. Teman in Support | Processed | 11/22/2019 | Sinai, M. |
| 127 | MEMORANDUM OF LAW IN SUPPORT<br>Brief in Support | Processed | 11/22/2019 | Sinai, M. |
| 128 | ORDER - AMENDED (Motion #001) | Processed | 12/02/2019 | Court User |
| 129 | STIPULATION - ADJOURNMENT OF HEARING<br>(Motion #001) | Processed | 12/02/2019 | Engel, A. |
| 130 | ADJOURNMENT OF CONFERENCE -REQUEST | Processed | 12/30/2019 | Schlesinger, E. |
| 131 | ORDER - COMPLIANCE CONFERENCE | Processed | 02/14/2020 | Court User |
| 132 | DECISION + ORDER ON MOTION (Motion #001) | Processed | 02/18/2020 | Court User |
| 133 | NOTICE OF APPEARANCE (POST RJI) | Processed | 02/25/2020 | Reinitz, A. |
| 134 | URGENT - COURT APPEARANCE UPDATE | Processed | 03/20/2020 | Court User |
| 135 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #006) | Pending | 04/21/2022 | Reinitz, A. |
| 136 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP (Motion #006) | Processed | 04/21/2022 | Reinitz, A. |
| 137 | ORDER TO SHOW CAUSE (Motion #006) | Processed | 04/25/2022 | Court User |
| 138 | DECISION + ORDER ON MOTION (Motion #006) | Processed | 06/03/2022 | Court User |
| 139 | NOTICE OF ENTRY (Motion #006)<br>Notice of Entry of the Order Entered June 3, 2022<br>granting Motion to Withdraw as counsel for Defenda | Processed | 06/08/2022 | Reinitz, A. |

NYSCEF

New York County Supreme Court

**Document List**

**Index #   157336/2018**

Created on:04/28/2026 05:59 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 140 | ORDER - OTHER (NON-MOTION) | Processed | 03/25/2025 | Court User |

FILED: NEW YORK COUNTY CLERK 03/25/2025 12:53 PM
NYSCEF DOC. NO. 140

INDEX NO. 157336/2018
RECEIVED NYSCEF: 03/25/2025

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:  **HON. ASHLEE CRAWFORD**
*Justice*

PART ___ 38 ___

-------------------------------------------------------------------------X

DR. SANDIP BUCH

                    Plaintiff,

          - v -

ARI TEMAN,

                    Defendant.

INDEX NO.  157336/2018

-------------------------------------------------------------------------X

All parties failed to appear for a duly-noticed conference on March 19, 2025, at 10:00 AM. Accordingly, this action is dismissed pursuant to 22 NYCRR § 202.27, and the clerk is directed to mark it accordingly.

This constitutes the order of the Court.

DATE: 3/19/2025

_____
ASHLEE CRAWFORD, JSC

Check One:     [X] Case Disposed     [ ] Non-Final Disposition

Check if Appropriate:     [ ] Other (Specify _____ )

## OTHER ORDER – NON-MOTION