# EXHIBIT 1

| | |
|---|---|
| **From:** | Ari B. Teman <ari@teman.com> |
| **Sent:** | Thursday, April 23, 2026 11:49 AM |
| **To:** | Yannucci, Cristina; Cohen, Sam |
| **Subject:** | Plaintiff's Revised First Discovery Requests (B1) |
| **Attachments:** | Teman v Zeldes - Discovery Requests B1. v11.pdf |

EXTERNAL

Counsel,

Please find attached Plaintiff's Revised First Requests for Production, Interrogatories, and Requests for Admission (B1) directed to Defendants Zeldes Needle Cooper LLP and Jeremy Virgil.

These requests are tailored to comply with the Court's scope limitation and are focused on Defendants' representation of Plaintiff in the Underlying Action.

Pursuant to the Federal Rules, responses are due within thirty (30) days of service.

**Please confirm receipt.**

I remain available to meet and confer in good faith regarding any questions or issues concerning the requests.

Respectfully,
Ari Teman



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.