UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
ARI BARUCH TEMAN,                                                       :
:
                              Plaintiff,                                :
:                    24-cv-9830 (LJL)
          -v-                                                           :
:                        ORDER
ZELDES NEEDLE COOPER LLP et al.,                                       :
:
                              Defendants.                               :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2026

LEWIS J. LIMAN, United States District Judge:

Plaintiff moves for an extension of the deadline for completion of discovery. Dkt. No. 79. The motion is denied.

The Court extends the deadlines for discovery only for good cause. Fed. R. Civ. P. 16; *See Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020). Plaintiff has not shown good cause. He has not shown that Defendants are in default of their discovery violations. The Court already has determined that to the extent Plaintiff seeks his entire client file, including documents related to actions beyond the Underlying Action, such request is outside the scope of discovery in this case. *See* Dkt. No. 70. The alleged docketing delays have not impaired the ability to exchange discovery through email. And Plaintiff has not offered proof of his medical condition or that his presence in Israel has impaired his ability to request discovery or to make filings with this Court.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 79.

SO ORDERED.

Dated: May 6, 2026
          New York, New York                    _____
                                                                LEWIS J. LIMAN
                                                        United States District Judge