UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

                                                    :
ARI BARUCH TEMAN,                                   :
                                                    :
                                                    :
                          Plaintiff,                :
                                                    :              24-cv-9830 (LJL)
          -v-                                       :
                                                    :              ORDER
ZELDES NEEDLE COOPER LLP et al.,                    :
                                                    :
                          Defendants.               :
                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff moves for a protective order limiting discovery in this case to medical treatment and events contemporaneous with the underlying malpractice representation and precluding Defendants from making reference to his criminal case. Dkt. No. 80. The motion is denied. Defendants are entitled to discover any nonprivileged matter relevant to Plaintiff's claims or Defendants' defenses. Fed. R. Civ. P. 26(b)(1).

The Court construes Plaintiff's request regarding his criminal case as a motion to strike Defendants' reference to that case in various court papers. The request is denied. The material was pertinent to the matters under review. To the extent that Plaintiff seeks an anticipatory order precluding Defendants from introducing at trial evidence regarding his criminal case, the motion is denied as premature. If and when this matter proceeds to trial, the Court will entertain motions in limine from both sides.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 80.

SO ORDERED.

Dated: May 8, 2026
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2026