UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

ARI BARUCH TEMAN,                 :

                                :

              Plaintiff,       :

                                :         24-cv-9830 (LJL)

      -v-                     :

                                :           ORDER

ZELDES NEEDLE COOPER LLP et al.,   :

                                :

             Defendants.     :

                                :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, has submitted a filing via e-mail to the *Pro Se* Intake Clerk and the Court.

Plaintiff is directed to follow the rules which apply to all *pro se* litigants.  To submit filings by email, Plaintiff shall email documents to prose@nysd.uscourts.gov.  *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, A Note to *Pro Se* Parties.  Plaintiff is directed to not email the Court *pro se* filings.

If Plaintiff seeks to participate in electronic case filing, Plaintiff shall make a formal motion requesting permission for electronic case filing.  Plaintiff is directed to review the attached sample motion, available through the Southern District of New York's website.

Plaintiff's request for an extension is GRANTED.  Plaintiff shall submit any supplemental submission by May 27, 2026.

SO ORDERED.

Dated: May 21, 2026
       New York, New York                                LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff or petitioner.

-against-

_____

_____

Write the full name of each defendant or respondent.

No. _____CV_____

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1.  I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2.  I completed the Court's CM/ECF introduction course[1] on _____.

3.  I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4.  I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5.  I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6.  I know how to convert a document to PDF-A format.

7.  I have regular access to the technical requirements necessary to e-file successfully:

    ☐   a computer with internet access and a word processor

        type of computer I will be using: _____

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

_____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____        _____
Dated                           Signature

_____
Name

_____        _____
Address                         City              State    Zip Code

_____        _____
Telephone Number                E-mail Address