**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARI BARUCH TEMAN,

       Plaintiff,

                -against-

ZELDES NEEDLE COOPER LLP et al.,

       Defendants.

No.  24-cv-9830 (LJL)

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

---

Pursuant to the Order of the Honorable Lewis J. Liman, U.S.D.J., dated May 21, 2026, in Teman v. Zeldes Needle Cooper LLP et al., No. 24-cv-9830 (LJL), I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

Plaintiff respectfully notes that he already holds ECF filing privileges in other matters before this Court under the PACER username "ariteman." Plaintiff respectfully requests that the Court direct the Clerk to link that existing PACER/ECF account to this matter, No. 24-cv-9830 (LJL), so that Plaintiff may file electronically without the need to create a new account or complete a new registration.

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course on 2021.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:
   ☑ a computer with internet access and a word processor
   type of computer I will be using:  Windows PC
   type of word processor I will be using:  Microsoft Word / Google Docs

   ☑ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

   ☑ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using:  <u>Smartphone / flatbed scanner</u>

✅  a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed
    version of PDF reader and writer that I will be using:  <u>Adobe Acrobat / Preview</u>

✅  a printer or copier to create required paper copies such as chambers copies.

8.  I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9.  I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.


<u>May 28, 2026</u>
Dated

<u>s/Ari Teman</u>
Signature

<u>Ari Baruch Teman</u>
Name

<u>1521 Alton Road #888</u>
Address

<u>Miami Beach</u>
City

<u>FL  33139</u>
State    Zip Code

<u>781-718-3375</u>
Telephone Number

<u>Ari@teman.com</u>
E-mail Address