# **<u>EXHIBIT 1</u>**

| From: | Yannucci, Cristina |
|---|---|
| Sent: | Tuesday, May 26, 2026 5:52 PM |
| To: | Ari B. Teman |
| Cc: | Cohen, Sam |
| Subject: | LBBS File No. 47558-92: Teman v. Zeldes - 1:24-cv-09830 (LJL) – Defendants' Discovery Objections and Responses to Plaintiff's Revised First Discovery Requests |
| Attachments: | Teman - Dfts' Response to Pltf's Revised First Interrogatories (5.26.26).pdf; Teman - Dfts' Response to Pltf's Revised First Requests for Production (5.26.26).pdf; Teman - Dfts' Response to Pltf's Revised First Requests for Admission (5.26.26).pdf; Hipaa Release Form.pdf; Tax Authorization Form.pdf |

Good afternoon, Mr. Teman,

Please find attached Defendants' objections and responses to Plaintiff's Revised First Discovery Requests.

As indicated in Defendants' attached responses, Defendants will furnish a document production bearing Bates number DEFTS000001 – DEFTS064713. Kindly advise as to your preferred format for the document production. We can produce our document production as follows:
(1) Bates numbered PDF documents, with select documents being produced in native format, with identification of the folders and manner in which such records were stored in the ordinary course of business; or
(2) a load file to be uploaded to and viewed on an eDiscovery platform.

Lastly, please find attached blank HIPAA and Tax authorization forms for your prospective discovery responses.
Very truly yours,
Cristina R. Yannucci