# **<u>EXHIBIT 2</u>**

> EXTERNAL

Counsel,

Thank you. Please produce the documents in option (1): Bates-numbered PDFs, together with native production for emails, spreadsheets, Word documents, and other metadata-bearing files, while preserving the original folder structure and ordinary-course organization referenced in your responses.

Please also include:

- any available metadata/load files;
- family relationships for emails and attachments;
- original file names and paths where available; and
- identification of any documents withheld, removed, deduplicated, or excluded from production.

In light of Defendants' representation that the production is being made "as kept in the usual course of business," please also confirm:

1. the custodians and systems searched;
2. whether non-firm email accounts, personal devices, or external storage locations were searched;
3. whether metadata was preserved during collection and export; and
4. when Defendants will provide any privilege log.

I acknowledge receipt of the HIPAA and tax authorization forms and will review them.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

Good afternoon, Mr. Teman,

Please find attached Defendants' objections and responses to Plaintiff's Revised First Discovery Requests.

As indicated in Defendants' attached responses, Defendants will furnish a document production bearing Bates number DEFTS000001 – DEFTS064713. Kindly advise as to your preferred format for the document production. We can produce our document production as follows:

(1) Bates numbered PDF documents, with select documents being produced in native format, with identification of the folders and manner in which such records were stored in the ordinary course of business; or

(2) a load file to be uploaded to and viewed on an eDiscovery platform.

Lastly, please find attached blank HIPAA and Tax authorization forms for your prospective discovery responses.

Very truly yours,

Cristina R. Yannucci



**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
**Cristina.Yannucci@lewisbrisbois.com**

**T: 212.232.1412 F: 212.232.1399**

7 World Trade Center
250 Greenwich Street, 11th Floor, New York, NY 10007 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.