**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-cv-09830 (LJL)

# EXHIBIT A

### Defendants' Own Documents Establishing Silver Hill and Braverman as a Single Integrated Representation

| Tab | Bates | Document / Key Evidence |
|---|---|---|
| **Tab 1** | **DEFTS038188** | Prueher email to expert: Subject line reads "Legal/medical case involving Dr. Eric Braverman and Silver Hill Hospital" — ZNC's own caption |
| **Tab 2** | **DEFTS038187** | Prueher expert-outreach letter: integrates Silver Hill treatment, Braverman over-medication, and daytime somnolence as one narrative |
| **Tab 3** | **DEFTS035404–35405** | Expert-screening email chain: Plaintiff asks "are they willing to go against Silver Hill?" — experts evaluated by Silver Hill willingness |
| **Tab 4** | **DEFTS033530** | Affidavit of Service: single document titled "AOS — silver hill and braverman.pdf" covering both proceedings |
| **Tab 5** | **DEFTS051443** | ZNC Operative Complaint ¶64: "[a]s per the instructions of Dr. Braverman, on June 5, 2011, Mr. Teman was brought to Silver Hill Hospital" |

*All documents produced by Defendants. Arrows indicate key evidence. Documents cited in ECF No. 99.*

# TAB 1

## DEFTS038188

Prueher Email — Subject: "Legal/medical case involving
Dr. Eric Braverman and Silver Hill Hospital"

**From:**  u=Jason T. Prueher/o=ZeldesNeedleCooper/ou=First Administrative Group/cn=Recipients/cn=jprueher on behalf of Jason T. Prueher
**Sent:**  Tue, 10 Jan 2017 10:31:57 -0500 (EST)
**To:**  fdrmd05@yahoo.com
**Subject:** (Attorney Jason Prueher) Legal/medical case involving Dr. Eric Braverman █████████

Dr. Rudnick, it was a pleasure speaking to you yesterday.  When possible, please forward me your CV and rates for review.  Thanks again

Jason T. Prueher
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport CT 06601-1740
*Email:  jprueher@znclaw.com*
*Direct:  (203) 332-5793*
*Fax:  (203) 333-1489*
This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please notify the sender immediately.  Thank you.

**From:** Jason T. Prueher
**Sent:** Friday, January 06, 2017 11:13 AM
**To:** 'fdrmd05@yahoo.com'
**Subject:** Legal/medical case involving Dr. Eric Braverman and Silver Hill Hospital

Dr. Rudnick,

I hope all is well.  I received your voice message.

I represent Ari Teman in a medical malpractice action against Dr. Eric Braverman, Dr. Sandip Buch (psychiatrist), Dr. Richard Smayda (osteopath)███ ██████████████  I am writing to see if you would be interested in serving as an expert.  The claim involves, among other things, a failure to recognize and treat Ari's obstructive sleep apnea.

Ari was treated at Dr. Braverman's office (PATH Medical), in NY, with chelation therapies, brain scans, antipsychotics, depakote, Prolixin injections (3 over three months), Inositol, osteo paks, nutraceuticals, l-carnitine, mega potency, lutein, and DHEA.

As of 10/9/11, he was prescribed  Cymbalta 60 mg, Tenuate 25 mg BID, Topamax 25 qhs.  Clonazapam as needed.

On 10/9/11, Ari went for an ARES sleep study.  The results revealed mild obstructive sleep apnea and the treatment considerations were:  CPAP, jaw splint, referral to ENT for airway surgery, and/or weight loss.  Ari was never told about the sleep study results.  Ari was never told to see an ENT or any treatment considerations.

On 3/20/12, an MRI reveals: prominent left nasal turbinate hypertrophy with significant narrowing of the air channels.  Dr. Braverman told Ari that he had brain swelling and should take a baby aspirin.

On 3/28/12, Ari was prescribed 250 mg of depakote at night.  He was given his first injection of .3 ccs of Prolixin.  He was also prescribed Cymbalta and Klonopin.

On 4/22/12, Ari's depakote was increased to 500 mg, every 12 hours; he was given a second injection of .5 ccs of Prolixin.  He was also prescribed 60 mg of Cymbalta and .5 mg of Klonopin.

On 5/20/12, Ari's depakote was increased to 1000 mg po qh2, 500  mg po qam; Cymbalta 60 mg daily; and he was given his third first injection of .5 ccs of Prolixin.

Dr. Braverman diagnosed Ari with psychiatric disorders and contacted Ari's parents.  Dr. Braverman, through Ari's parents, had Ari treated at Silver Hill Hospital from 6/4/12 to 6/11/12.

At Silver Hill, Ari was treated by psychiatrist, Dr. Irwin Gelman.  Dr. Gelman contacted PATH and obtained some office records.  But, Dr. Gelman never received the results of the sleep study.

Dr. Gelman diagnosed Ari with a mood disorder and personality disorder.  Dr. Gelman, testified he did not consider sleep apnea as a cause.  And he did not inquire further of PATH to learn of the prior sleep study from PATH.  He admitted that such sleep results would have been helpful.

On 6/11/12, Ari was discharged from Silver Hill.  On 11/15/12, Ari underwent a second sleep study, at NYU, which revealed mild sleep apnea, significantly worse during REM sleep.  He had an apnea index of 6.8.  Thereafter, Ari was aware of the results and sought out treatment for the sleep issues.

On 4/16/13, was treated by ENT, Dr. Glenn Waldman, who found significant deformity and persistent deviated septum.  Ari underwent nasal surgery.

Please contact me at your earliest convenience to discuss.

Jason T. Prueher
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
P.O. Box 1740

DEFTS038188

# TAB 2

## DEFTS038187

Prueher Expert Letter — Silver Hill and Braverman
treated as one medical narrative

**From:** u=Jason T. Prueher/o=ZeldesNeedleCooper/ou=First Administrative Group/cn=Recipients/cn=jprueher on behalf of Jason T. Prueher
**Sent:** Fri, 6 Jan 2017 11:12:33 -0500 (EST)
**To:** fdrmd05@yahoo.com
**Subject:** Legal/medical case involving Dr. Eric Braverman ███████████████

---

Dr. Rudnick,

I hope all is well. I received your voice message.

I represent Ari Teman in a medical malpractice action against Dr. Eric Braverman, Dr. Sandip Buch (psychiatrist), Dr. Richard Smayda (osteopath) ███ ██████████████ I am writing to see if you would be interested in serving as an expert. The claim involves, among other things, a failure to recognize and treat Ari's obstructive sleep apnea.

Ari was treated at Dr. Braverman's office (PATH Medical), in NY, with chelation therapies, brain scans, antipsychotics, depakote, Prolixin injections (3 over three months), Inositol, osteo paks, nutraceuticals, l-carnitine, mega potency, lutein, and DHEA.

As of 10/9/11, he was prescribed Cymbalta 60 mg, Tenuate 25 mg BID, Topamax 25 qhs. Clonazapam as needed.

On 10/9/11, Ari went for an ARES sleep study. The results revealed mild obstructive sleep apnea and the treatment considerations were: CPAP, jaw splint, referral to ENT for airway surgery, and/or weight loss. Ari was never told about the sleep study results. Ari was never told to see an ENT or any treatment considerations.

On 3/20/12, an MRI reveals: prominent left nasal turbinate hypertrophy with significant narrowing of the air channels. Dr. Braverman told Ari that he had brain swelling and should take a baby aspirin.

On 3/28/12, Ari was prescribed 250 mg of depakote at night. He was given his first injection of .3 ccs of Prolixin. He was also prescribed Cymbalta and Klonopin.

On 4/22/12, Ari's depakote was increased to 500 mg, every 12 hours; he was given a second injection of .5 ccs of Prolixin. He was also prescribed 60 mg of Cymbalta and .5 mg of Klonopin.

On 5/20/12, Ari's depakote was increased to 1000 mg po qh2, 500 mg po qam; Cymbalta 60 mg daily; and he was given his third first injection of .5 ccs of Prolixin.

Dr. Braverman diagnosed Ari with psychiatric disorders and contacted Ari's parents. Dr. Braverman, through Ari's parents, had Ari treated at Silver Hill Hospital from 6/4/12 to 6/11/12.

At Silver Hill, Ari was treated by psychiatrist, Dr. Irwin Gelman. Dr. Gelman contacted PATH and obtained some office records. But, Dr. Gelman never received the results of the sleep study.

Dr. Gelman diagnosed Ari with a mood disorder and personality disorder. Dr. Gelman, testified he did not consider sleep apnea as a cause. And he did not inquire further of PATH to learn of the prior sleep study from PATH. He admitted that such sleep results would have been helpful.

On 6/11/12, Ari was discharged from Silver Hill. On 11/15/12, Ari underwent a second sleep study, at NYU, which revealed mild sleep apnea, significantly worse during REM sleep. He had an apnea index of 6.8. Thereafter, Ari was aware of the results and sought out treatment for the sleep issues.

On 4/16/13, was treated by ENT, Dr. Glenn Waldman, who found significant deformity and persistent deviated septum. Ari underwent nasal surgery.

Please contact me at your earliest convenience to discuss.

Jason T. Prueher
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport CT 06601-1740
*Email:* **jprueher@znclaw.com**
*Direct: (203) 332-5793*
*Fax: (203) 333-1489*

This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

DEFTS038187

# TAB 3

## DEFTS035404–35405

Expert Screening — "Are they willing to go against Silver Hill?"

Experts evaluated by willingness to testify against Silver Hill

**From:** "Jason T. Prueher" <jprueher@znclaw.com> on behalf of u=Jason T. Prueher/O=ZELDESNEEDLECOOPER/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JPRUEHER

**Sent:** Thu, 23 Feb 2017 09:36:18 -0500 (EST)

**To:** "Ari Teman" <ari@ariteman.com>

**Cc:** "Jeremy Virgil" <jvirgil@znclaw.com>

**Subject:** Re: Potential psych experts

No.

That being said, they believe that there may be a deviation by the PATH treaters.

Sent from J Prueher's iPhone.

On Feb 23, 2017, at 9:29 AM, Ari Teman <ari@ariteman.com> wrote:

So the other guys, are they willing to go against Silver Hill?

On Feb 22, 2017 1:35 PM, "Jason T. Prueher" <jprueher@znclaw.com> wrote:

I did, see my email below.

Jason T. Prueher

Zeldes, Needle & Cooper, P.C.

1000 Lafayette Blvd

P.O. Box 1740

Bridgeport CT 06601-1740

**Email:** jprueher@znclaw.com

**Direct:** (203) 332-5793

**Fax:** (203) 333-1489

This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

---

**From:** Jason T. Prueher
**Sent:** Wednesday, January 25, 2017 5:11 PM
**To:** ari <ari@ariteman.com>
**Subject:** Potential psych experts

Ari, good seeing you today. All of the below mentioned psychiatrists I have both emailed and spoken to. They have hinted that it seems like PATH mistreated you. They cannot guarantee that that is what their opinion will be once they review all of the records. Take a look at the below and let me know your thoughts. Best, J

- Dr. Andrew Levin (NY, NY)
  - Referral from Dr. Erol Shivl
  - Sent patients to Silver Hill. *He will not testify against Silver Hill*).
  - 26-depos. Testified in med mal. More Plaintiff He seems good.
  - $600 per hour.
  - http://www.almexperts.com/expertsbio/Andrew-P-Levin-MD-Adult-and-Forensic-Psychiatry/15856

DEFTS035404

- Dr. Stuart Gitlow (RI)
  - Forensic psychologist.  More of an addiction psych.
  - Good personality.
  - https://en.wikipedia.org/wiki/Stuart_Gitlow
  - http://www.asam.org/about-us/leadership/board-of-directors/biography-stuart-gitlow



- Dr. David Rudnick (CA)  (*JTP concerned about travel to trial*)
  - He spent 1-year with overdone medication regimens.
  - Daytime somnolence at Silver Hill means more questions should have been asked!!!
  - For every 2-pltf's cases he takes 1 defense case.  He has been doing expert reviews for many years.
  - http://www.juryverdictalert.com/jury-verdicts/item/medical-malpractice-2/gerard-v-bhc-alhambra-hospital-inc

- Dr. Henry Conroe. Chicago, IL.  (*JTP concerned about his old-age and travel to trial*)
  - He is 70-years old.  Ethics chair in Illinois.
  - He believes:  Dr. Braverman is unorthodox, not necessarily FDA approved.
  - Always on the side of the plaintiff.  3540 trial criminal/civil.  50-60 depositions for plaintiff.
  - Dozen med-mal. 1 for defendant and others for plaintiff.
  - https://www.americanconference.com/speakers/dr-henry-conroe/
  - *Retainer: $3500.*

- Dr. Derek Ott (Los Angeles *JTP concerned about travel to trial*)
  - Referral by Dr. Budding.
  - Sleep issues.  He is very aware and cognizant.  He has sleep issues himself.  Can cause psychiatric consequences.
  - http://derekottmd.com/about-dr-ott
  - He is very well-spoken.
  - Neuropsych with diagnosis, pharmacology, sleep apnea.

Jason T. Prueher

Zeldes, Needle & Cooper, P.C.

1000 Lafayette Blvd

P.O. Box 1740

Bridgeport CT 06601-1740

**Email:**  jprueher@znclaw.com

**Direct:**  (203) 332-5793

**Fax:**  (203) 333-1489

This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please notify the sender immediately.  Thank you.

DEFTS035405

- Dr. Stuart Gitlow (RI)
    - Forensic psychologist.  More of an addiction psych.
    - Good personality.
    - *https://en.wikipedia.org/wiki/Stuart_Gitlow*
    - *http://www.asam.org/about-us/leadership/board-of-directors/biography-stuart-gitlow*

- Dr. David Rudnick (CA)  (*JTP concerned about travel to trial*)
    - He spent 1-year with overdone medication regimens.
    - Daytime somnolence at Silver Hill means more questions should have been asked!!!
    - For every 2-pltf's cases he takes 1 defense case.  He has been doing expert reviews for many years.
    - http://www.juryverdictalert.com/jury-verdicts/item/medical-malpractice-2/gerard-v-bhc-alhambra-hospital-inc

- Dr. Henry Conroe. Chicago, IL.  (*JTP concerned about his old-age and travel to trial*)
    - He is 70-years old.  Ethics chair in Illinois.
    - He believes:  Dr. Braverman is unorthodox, not necessarily FDA approved.
    - Always on the side of the plaintiff.  3540 trial criminal/civil.  50-60 depositions for plaintiff.
    - Dozen med-mal. 1 for defendant and others for plaintiff.
    - https://www.americanconference.com/speakers/dr-henry-conroe/
    - *Retainer: $3500.*

- Dr. Derek Ott (Los Angeles*JTP concerned about travel to trial*)
    - Referral by Dr. Budding.
    - Sleep issues.  He is very aware and cognizant.  He has sleep issues himself.  Can cause psychiatric consequences.
    - http://derekottmd.com/about-dr-ott
    - He is very well-spoken.
    - Neuropsych with diagnosis, pharmacology, sleep apnea.

Jason T. Prueher

Zeldes, Needle & Cooper, P.C.

1000 Lafayette Blvd

P.O. Box 1740

Bridgeport CT 06601-1740

*Email:*  jprueher@znclaw.com

*Direct:* (203) 332-5793

*Fax:* (203) 333-1489

This communication may contain information that is CONFIDENTIAL and/or subject to the ATTORNEY-CLIENT PRIVILEGE.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, please be advised that any use, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please notify the sender immediately.  Thank you.

DEFTS035405

# TAB 4

## DEFTS033530

Affidavit of Service — File titled
"AOS — silver hill and braverman.pdf"
One document, both proceedings

Form 65 - SUITABLE AGE, MAILING                                              wendy

P360370

**ARI TEMAN**    ARI TEMAN
IN THE SUPERIOR COURT OF THE STATE OF CONNECTICUT

-----------------------------------------------------------------

ARI TERMAN                                                          index No.
                                                                    Date Filed
                                                    PLAINTIFF
                                   - vs -

ERIC BRAVERMAN, M.D. ETAL                                           Office No.
                                                    DEFENDANT       Court Date.

-----------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**MATTHEW FERNANDEZ** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **10th day of June, 2014 at
3:09PM** at
**200 CHAMBERS ST., SUITE 26C NEW YORK, NY 10007**
I served the **SUMMONS AND COMPLAINT,**
Upon**DARYA BRAVERMAN AKA DASHA BRAVERMAN,**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the
aforementioned documents with **john smith DOORMAN** a person of suitable age and discretion.
              Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE** COLOR: **WHITE** HAIR: **BALD**
AGE: **36**   HEIGHT: **6''**   WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

Sworn to before me this
11TH day of JUNE, 2014

WENDY RESNICK
Notary Public, WESTCHESTER COUNTY            MATTHEW FERNANDEZ 1453858
   01RE5067464                               inSync Litigation Support, LLC
Qualified in WESTCHESTER COUNTY              75 MAIDEN LANE 11TH FLOOR
Commission Expires 10/15/2014               NEW YORK, NY 10038
                                            Reference No: 7-ZZZAT-360370

STATE OF NEW YORK, COUNTY OF NEW YORK
**MATTHEW FERNANDEZ** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on **10th day of June, 2014**
I deposited in the United States mail a true copy of aforementioned documents properly
enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above
address. That address being
**the usual place of abode, last known residence of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal &confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.
Sworn to before me this
11TH day of JUNE, 2014

WENDY RESNICK
Notary Public, WESTCHESTER COUNTY            MATTHEW FERNANDEZ 1453858
   01RE5067464                               inSync Litigation Support, LLC
Qualified in WESTCHESTER COUNTY              75 MAIDEN LANE 11TH FLOOR
Commission Expires 10/15/2014               NEW YORK, NY 10038
                                            Reference No: 7-ZZZAT-360370

DEFTS033530

# TAB 5

## DEFTS051443

ZNC Operative Complaint ¶64
"[a]s per the instructions of Dr. Braverman
... Mr. Teman was brought to Silver Hill Hospital"

60.    Consequently, Dr. Braverman contacted Mr. Teman's parents, who resided in Israel, and falsely informed them that Mr. Teman was suffering from borderline personality disorder, which is a mental health condition in which a person has long-term patterns of unstable or turbulent emotions.[4]

61.    Dr. Braverman advised Mr. Teman's parents that PATH Medical would refuse to treat Mr. Teman unless he went to receive treatment at Silver Hill Hospital of New Canaan, Connecticut.

62.    Mr. Teman never exhibited long-term patterns of emotional instability so as to be diagnosed with borderline personality disorder.

63.    In fact, Mr. Teman objected that he did not suffer from borderline personality disorder to Dr. Braverman, the other doctors and staff at PATH Medical, and his parents, who were mislead by Dr. Braverman and PATH Medical.

64.    As per the instructions of Dr. Braverman, on June 5, 2011, Mr. Teman was brought to Silver Hill Hospital by Rabbi Levi Shmotkin and his sister.  Mr. Teman's father paid for Mr. Teman to receive treatment at Silver Hill Hospital and undergo a dialectical behavior therapy program ("DBT program"), which, according to the National Alliance on Mental Illness, is a therapy program created for the treatment of chronically suicidal and self-injurious individuals with borderline personality disorder.[5]

65.    PATH Medical, Dr. Braverman, and the medical staff at Silver Hill Hospital fraudulently stated that the DBT program would help to alleviate Mr. Teman's medical problems.

---

[4] http://www.mayoclinic.org/diseases-conditions/borderline-personality-disorder/basics/definition/con-20023204
[5] http://www.nami.org/Content/NavigationMenu/Inform_Yourself/About_Mental_Illness/About_Treatments_and_Supports/Dialectical_Behavior_Therapy_(DBT).htm

**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1700, New York, New York 10017 ● Tel: (212) 587-5971 ● Fax (212) 658-9852

DEFTS051443