# **<u>EXHIBIT 2</u>**

| From: | Yannucci, Cristina |
| --- | --- |
| **Sent:** | Friday, May 29, 2026 2:08 PM |
| **To:** | Ari B. Teman |
| **Cc:** | Cohen, Sam |
| **Subject:** | LBBS File No. 47558-92: Teman v. Zeldes - 1:24-cv-09830 (LJL) – Defendants' Document Production/Privilege Log |
| **Attachments:** | Teman - Privilege and Non-Responsive Log for Defts' First Document Production (5.28.26).pdf; Teman - Folder Organization for Defts' First Document Production (5.28.26).pdf |

Dear Mr. Teman,

Please find below the link containing defendants' first document production, bearing Bates numbers DEFTS000001-DEFTS064713:

https://share.transperfect.com/download/07ccb960-ca08-475d-b602-a24cd11934ca/s

The file titled "DEFTS001.zip" is the load file for the production with metadata. The file titled "DEFTS001_PDF.zip" contains the same production in PDF format. Please be advised that certain file types were not imaged, replaced with Bates numbered slip sheets in our production, and can be accessed in native format (except for certain imaged and redacted excel documents) through the following link:

https://lewisbrisbois.box.com/s/sud9vpk6dht744is6lbdzeoik8bz01xx

A password for this link will follow in a separate email.

Pursuant to FRCP 34(b)(2)(E), the documents have been produced "as they are kept in the usual course of business" and reflect the responsive and non-privileged documents contained within the digital and scanned physical files defendants maintained as part of their legal representation of you in the Underlying Action. Please find attached, a document detailing how the records were stored, with reference to Bates ranges and electronic folders/subfolders. We also attached a log identifying which documents were redacted as non-responsive, as per the Court's April 21, 2026 Order (ECF Doc. No. 70), and privileged.

Very Truly Yours,
Cristina R. Yannucci


**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
New York
212.232.1412 or x2121412