# EXHIBIT 1

| | |
|---|---|
| **From:** | Yannucci, Cristina |
| **Sent:** | Thursday, May 28, 2026 3:10 PM |
| **To:** | Ari B. Teman |
| **Cc:** | Cohen, Sam |
| **Subject:** | LBBS File No. 47558-92: Teman v. ZNC – Names for HIPAA |
| **Attachments:** | Teman – Defts RFP of Documents (3.31.25).pdf |

Dear Mr. Teman,

As per Defendants' First Request for Production of Documents, dated March 31, 2026 and attached hereto, we requested that you produce authorizations permitting our office to obtain the following records maintained by the following individuals and entities:

- <u>RFP 10</u>: The legal file maintained by Glen Alan Kendall, Davidoff Law Firm, PLLC for the Underlying Action;
- <u>RFP 58</u>: All medical, mental health, hospital, and pharmacy records maintained by the defendants in the Underlying Action;
- <u>RFP 60 and 62</u>: All medical, mental health, hospital, and pharmacy records maintained by any provider who rendered services to you both before and after September 15, 2011 for any medical/mental health injury or condition allegedly treated, diagnosed, or exacerbated by the underlying defendants in the Underlying Action;
- <u>RFP 63</u>: All records from any collateral source providers who paid for any treatment, evaluation, testing, and/or prescription received for any medical/medical health injury or condition causally related to the Underlying Action;
- <u>RFP 67 and 69</u>: To the extent any medical/medical health injury or condition causally related to the Underlying Action was subject to any prior or subject injury and/or negligent medical treatment, all medical, mental health, hospital, pharmacy, collateral source, and litigation records relating to such injuries and/or negligent medical treatments;
- <u>RFP 70</u>: All records from following medical/mental health providers: (1) PATH Medical, P.C.; (2) Total Health Nutrients; (3) Eric Braverman, M.D.; (4) Richard Smayda, D.O.; (5) Sandip Buch, M.D.; (6) Darya Braverman; (7) Zvi Osterwil, M.D.; (8) Sam Sharmat, M.D.; (9) Glenn Waldmann, M.D.; (10) Paul Knoepflamacher, M.D.; (11) Scott Kellogg, Ph.D.; (12) Jordan Wright, Ph.D, ABBAP, ABPP; (13) NYU School of Medicine, Sleep Disorder Center; (14) New York Eye & Ear Infirmary of Mount Sinai; (15) Centerpoint Mental Health Center; (16) Lenox Hill Hospital; (17) Mt. Sinai Beth Israel Hospital; (18) Weill Cornell Medical Center; (19) Silver Hill Hospital; (20) Sylvester Comprehensive Cancer Center; (21) Rafael Villeta Lopez, M.A., I.F.S.; (21) Nicholas R. Scheidt, Psy.D; (22) Alon Seifan, M.D., M.S.; (23) The Neuro Well; (24) Ramin A. Vejdani, D.O.; (25) Kevin Sigler, M.D.; (26) George Wayne, M.D.; (27) Mount Siani Medical Center; (28) Paul Kleidermacher, M.D., FAAOA; (29) South Florida ENT Associates; (30) Steven J. Resnick, D.O.; (31) Edward Mezerhane, M.D., FACP; (32) Dr. Greorgiy Brusovanik, M.D.; (33) Miami Back & Neck Specialists; (34) Jonathan S. Harrison, M.D., FACP; and (35) Maurice Budow, M.D;
- <u>RFP 71</u>: All IRS and tax preparation service records from September 15, 2008 to the present;
- <u>RFP 72</u>: All employment and business records from September15, 2008 to the present; and
- <u>RFP 73</u>: All business records, from September 15, 2008 to the present, for the following entities: (1) Jovari USA LCC; (2) Friend or Fraud, Inc.; (3) UVCWEAR, LLC; (4) GateGuard, Inc.; (5) SunflowerCenters; (6) 12gurus:Health; (7) 12gurus:Charity; (8) JCorps International; (9) GatherGrid; (10) FutureNYC; (11) NexGen:Health; and (12) Wecorps.

Defendants do not have an obligation or ability to identify all individuals and entities for whom record authorizations are sought, as such information is within your sole possession. **To this point, pursuant to the**

**Court's May 21, 2026 Order (ECF Doc. No. 93), you were directed, by way of interrogatory responses, to identify "all relevant treating medical providers and individuals with knowledge of [your] earnin[g] capacity." Nevertheless, it has come to our attention that authorizations from the following medical providers may be responsive to our pending requests for production: (1) Dr. Paul Parker; (2) Duane Reade Pharmacy; (3) Walgreen Pharmacy; (4) Dr. Samuel Sharmat; (5) Simi Surgery Center; (6) ARES Sleep Study; (7) Dr. Rachel Hott;  (8) Loren Rosenthal, Sleep Center at MidHudson Regional Hospital, Westchester Medical Center; (9) Dr. Steven Mandel; (10) Dr. George Forster; (11) Dr. Brian Grobis; (12) Dr. Vastal Thakkar; (13) Dr. Scott Kellogg; and (14) Alisa Kriegel, PhD.**

This email does not serve as an exhaustive list of all authorizations requested by defendants, nor should it be interpreted to limit your obligations to respond to defendants' pending discovery requests.

This email is written without waiver of any defenses in law or equity but, instead, with express reservation of same.

Very Truly Yours,
Cristina R. Yannucci

**Cristina R. Yannucci**
**Partner | National Co-Chair, Professional Liability Practice**
New York
212.232.1412 or x2121412

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Wednesday, May 27, 2026 8:58 AM
**To:** Yannucci, Cristina <Cristina.Yannucci@lewisbrisbois.com>; Cohen, Sam <Sam.Cohen@lewisbrisbois.com>
**Subject:** Names for HIPAA

> EXTERNAL

Hi Cristina and Sam,

To expedite this and avoid unnecessary argument, would you please provide me the list of professionals and their information for which you would like HIPAA forms signed? I will revert as soon as you provide that list to avoid back-and-forth or a missed name.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

Statements herein about other companies and individuals should be taken as opinion and not fact.

Statements herein about other companies and individuals should be taken as opinion and not fact.