# **<u>EXHIBIT 2</u>**

| | |
|---|---|
| **From:** | Ari B. Teman <ari@teman.com> |
| **Sent:** | Thursday, May 28, 2026 4:04 PM |
| **To:** | Yannucci, Cristina; Cohen, Sam |
| **Cc:** | Max Gershenoff; Amanda B. Drantch |
| **Subject:** | Teman v Zeldes - Plaintiff's Amended Initial Disclosures, Responses to Interrogatories Nos. 1 and 3, and Responses to Defendants' First Request for Production of Documents, served pursuant to Fed. R. Civ. P. 26, 33, and 34, and in compliance with the C... |
| **Attachments:** | Teman_IRS_4506T_May28_2026 (1).pdf; Teman_Attorney_File_Release_Kendall_May28_2026 (1).pdf; Teman_HIPAA_Authorizations_May28_2026 (2).pdf; TemanDiscoveryCompliance-20260528-195940-D.pdf |

EXTERNAL

Cristina and Sam,

Please find attached Plaintiff's Amended Initial Disclosures, Responses to Interrogatories Nos. 1 and 3, and Responses to Defendants' First Request for Production of Documents, served pursuant to Fed. R. Civ. P. 26, 33, and 34, and in compliance with the Court's May 21, 2026 Order (Dkt. No. 93).

Also attached are executed HIPAA authorizations, attorney authorizations, and tax authorizations.

As reflected in the responses, Plaintiff has produced responsive materials presently located following a reasonable search, including Bates-numbered productions and related materials.

As also noted in the responses, Plaintiff will continue to supplement and amend these disclosures and responses pursuant to Fed. R. Civ. P. 26(e) as additional information, records, custodial materials, expert analyses, tax/earnings materials, and client-file materials become available or are located.

Because it is already approximately 11:00 p.m. here and Defendants' most recent authorization-related request arrived less than an hour ago, Plaintiff has done his best to generate and execute the HIPAA forms, tax authorizations, and attorney authorizations within the Court's deadline. To the extent Defendants believe any revisions, clarifications, or corrections are necessary, Plaintiff is willing to address them promptly provided notice is given by Friday end of day, or alternatively by Sunday end of day should Defendants choose to work over the weekend, as Shabbat begins around noon tomorrow local time.

Please identify by request number any response you contend remains deficient so the parties may efficiently meet and confer, if necessary, pursuant to the Court's Order.

Regards,

Ari Teman
Pro Se

ari@teman.com
(212) 203-3714



Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ARI BARUCH TEMAN,

                 Plaintiff,

    -v-                                            Civil Action No.: 1:24-CV-09830 (LJL)

ZELDES NEEDLE COOPER LLP and JEREMY VIRGIL,

                 Defendants.

-------------------------------------------------------------------X

## PLAINTIFF'S AMENDED INITIAL DISCLOSURES, RESPONSES TO INTERROGATORIES NOS. 1 AND 3, AND RESPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

*Pursuant to Fed. R. Civ. P. 26(a)(1), 33, and 34, and the Court's Order of May 21, 2026 (Dkt. No. 93)*

May 28, 2026

TO:  Cristina R. Yannucci, Esq. and Sam Cohen, Esq.
      Lewis Brisbois Bisgaard & Smith LLP
      7 World Trade Center, 250 Greenwich Street, 11th Floor, New York, NY 10007

### PREFATORY NOTE

Pursuant to the Court's Order dated May 21, 2026 (Dkt. No. 93), Plaintiff Ari Baruch Teman ("Plaintiff"), appearing *pro se*, hereby serves the following Amended Initial Disclosures, Responses to Interrogatories Nos. 1 and 3, and Responses to Defendants' First Request for Production of Documents, on or before the Court's deadline of May 28, 2026.

Executed HIPAA-compliant authorizations are provided herewith for each of the medical and mental-health providers identified in Defendants' requests, together with executed authorizations for tax and earnings records. The retainer and engagement documentation has been produced to Defendants and is also within Defendants' own possession, custody, and control. Plaintiff is continuing to work on certain items, including additional document-custodian details, tax and earnings records, and further damages-expert support, and anticipates serving amended and/or supplemental responses after the weekend of May 31–June 1, 2026. Nothing herein waives any right to supplement under Fed. R. Civ. P. 26(e).

### RESERVATION AND NOTICE OF GOOD-FAITH EFFORT;

**SUPPLEMENTATION PENDING PRODUCTION OF CLIENT FILE**

Plaintiff makes these disclosures and responses in good faith and through tremendous effort to gather and produce all relevant and responsive information within his possession, custody, or control on or before the Court's deadline. Plaintiff has devoted substantial time and resources to locating, organizing, reviewing, and producing the materials served herewith.

Plaintiff expressly reserves the right to amend and supplement each of the foregoing once he receives his client file(s) from Defendant Zeldes, Needle & Cooper, P.C. A substantial portion of the documents responsive to Defendants' requests — including billing records, internal notes, deposition transcripts, settlement communications, expert materials, and other case materials — reside in the client file that remains in Defendants' possession, custody, and control. Plaintiff has been required to commence separate litigation, *Teman v. MedPro Group, et al.*, to obtain that client file, underscoring both the diligence of Plaintiff's efforts and the fact that the very materials Defendants now demand are being withheld from Plaintiff by Defendants and their insurer. Plaintiff will supplement these disclosures and responses promptly upon receipt of the client file, pursuant to Fed. R. Civ. P. 26(e).

## PARTS I & II: RESPONSE TO INTERROGATORY NO. 1 AND AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

*(Individuals and Entities with Discoverable Information — Fed. R. Civ. P. 26(a)(1)(A)(i))*

Plaintiff identifies the following individuals and entities as having knowledge or information relevant to the subject matter of this action. The subject matter of each individual's knowledge is noted. Address and contact information for individuals whose identities arise from the Underlying Action (*Teman v. Braverman*, Index No. 805410/2014) are designated as being in the possession of Defendants by virtue of their prior representation in that matter. To avoid repetition: to the extent contact information or underlying-action materials are already contained in the client file and underlying-litigation file maintained by Defendants, Plaintiff refers Defendants to those materials already within their possession, custody, or control.

To the extent exact present addresses, direct telephone numbers, or email addresses are not presently known to Plaintiff, Plaintiff has identified the last known addresses reflected in documents presently in Plaintiff's possession and/or publicly available business contact information believed reasonably likely to lead to the identification and location of the individual or entity. Plaintiff will supplement pursuant to Rule 26(e).

### A. Parties and Counsel — Present Federal Action

### Ari Baruch Teman — Plaintiff, Pro Se

- Email/Phone: ari@teman.com | (212) 203-3714

- Mailing address from documents in Plaintiff's possession: 1521 Alton Road, #888, Miami Beach, Florida 33139

- Possible more recent address based on publicly available information: Plaintiff also resides in Israel for substantial periods; additional addresses to be supplemented.

- Subject matter: Plaintiff's claims, damages, medical treatment, earnings capacity, communications, underlying litigation, and client-file issues.

**Jeremy C. Virgil, Esq.  —  ZNC Partner — Defendant**

- Email/Phone: jvirgil@znclaw.com | (203) 333-9441

- Mailing address from documents in Plaintiff's possession: Zeldes, Needle & Cooper, P.C., 1000 Lafayette Boulevard, Bridgeport, CT 06604

- Possible more recent address based on publicly available information: Same or substantially similar business address believed current. Additional offices: 263 Tresser Blvd., 14th Floor, Stamford, CT 06901; 19 Old Kings Highway South, Suite 110, Darien, CT 06820.

- Subject matter: Underlying malpractice action, litigation strategy, client-file handling, dismissal events, and settlement communications.

**Cristina R. Yannucci, Esq.  —  Defense Counsel — Lewis Brisbois Bisgaard & Smith LLP**

- Email/Phone: cristina.yannucci@lewisbrisbois.com | (212) 232-1412

- Mailing address: Lewis Brisbois Bisgaard & Smith LLP, 7 World Trade Center, 250 Greenwich Street, 11th Floor, New York, NY 10007

- Subject matter: Defense representation, discovery, document production, communications, and client-file matters.

**Sam Cohen, Esq.  —  Defense Counsel — Lewis Brisbois Bisgaard & Smith LLP**

- Email/Phone: sam.cohen@lewisbrisbois.com

- Mailing address: Lewis Brisbois Bisgaard & Smith LLP, 7 World Trade Center, 250 Greenwich Street, 11th Floor, New York, NY 10007

- Subject matter: Defense representation, discovery coordination, communications, and litigation strategy.

**Richard Cooper  —  ZNC — Attorney**

- Email/Phone: rcooper@znclaw.com

- Mailing address: Zeldes, Needle & Cooper, P.C., 1000 Lafayette Boulevard, Bridgeport, CT 06604

- Subject matter: Underlying action file handling and firm-related matters.

**Kyle Souza  —  ZNC — Attorney**

- Email/Phone: ksouza@znclaw.com

- Mailing address: Zeldes, Needle & Cooper, P.C., 1000 Lafayette Boulevard, Bridgeport, CT 06604

- Subject matter: Underlying action file handling and firm-related matters.

**Jason Prueher  —  Gould Injury Law — Attorney**

- Email/Phone: jprueher@gouldinjurylaw.com

- Mailing address: Gould Injury Law, Connecticut

- Subject matter: Communications concerning Dr. Sandip Buch and related litigation matters.

**Scott Patrick  —  CEO, Attorney Protective (Berkshire Hathaway / MedPro Group)**

- Email/Phone: scott.patrick@attorneyprotective.com | cs@attorneyprotective.com | (877) 728-8776

- Mailing address: Attorney Protective, 5814 Reed Road, Fort Wayne, IN 46835

- Subject matter: Insurance coverage, claims handling, and communications regarding defense of the present action.

**Tim Kenesey  —  MedPro Group**

- Email/Phone: tkenesey@medpro.com | 1-800-463-3776

- Mailing address: MedPro Group, 5814 Reed Road, Fort Wayne, IN 46835

- Subject matter: Insurance coverage, claims handling, and related communications.

**B.  Former ZNC Defendants (Dismissed with Prejudice — March 31, 2026 Order, Dkt. No. 54)**

The following individuals were dismissed from this action with prejudice. They remain potential witnesses to firm-related matters and events giving rise to the claims. All are believed reachable through ZNC at 1000 Lafayette Boulevard, Bridgeport, CT 06604.

**Maximino Medina  —  ZNC Partner (dismissed)**

- Mailing address: Zeldes, Needle & Cooper, P.C., 1000 Lafayette Blvd., Bridgeport, CT 06604

- Subject matter: Partnership and firm-related matters.

**Richard A. Sarner  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604

- Subject matter: Partnership and firm-related matters.

**Edward R. Scofield  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604
- Subject matter: Partnership and firm-related matters.

**Lori A. DaSilva-Fiano  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604
- Subject matter: Partnership and firm-related matters.

**Sabato "Sam" P. Fiano  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604
- Subject matter: Partnership and firm-related matters.

**Richard D. Zeisler  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604
- Subject matter: Partnership and firm-related matters.

**Maria A. Casper  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604
- Subject matter: Partnership and firm-related matters.

**Robert S. Cooper  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604
- Subject matter: Partnership and firm-related matters.

**Lisa C. Dumond  —  ZNC Partner (dismissed)**

- Mailing address: ZNC, 1000 Lafayette Blvd., Bridgeport, CT 06604
- Subject matter: Partnership and firm-related matters.

**C.  Counsel in the Underlying Action**

**Glen A. Kendall, Esq.  —  Original Plaintiff's Counsel — Davidoff Law Firm, PLLC**

- Email/Phone: glen@davidofflawfirm.com | (212) 587-5971
- Mailing address: Davidoff Law Firm, PLLC, 228 East 45th Street, Suite 1700, New York, NY 10017
- Possible more recent address: Same believed current. Miami: 100 North Biscayne Blvd., Suite 1607, Miami, FL 33132.
- Subject matter: Initial filing and prosecution of the Underlying Action, file transfer, and litigation communications.

**Sally O. Hagerty, RN, JD  —  Danaher Lagnese, P.C. — Defense Counsel, Underlying Action**

- Email/Phone: sohagerty@danaherlagnes.com | (860) 247-3666
- Mailing address: Danaher Lagnese, P.C., 21 Oak Street, Suite 700, Hartford, CT 06106
- Possible more recent address: 274 Riverside Avenue, First Floor, Westport, CT 06880. Contact information in Possession of Defendants due to it being in Underlying Action.
- Subject matter: Discovery communications, defense coordination, and deposition-related matters in the Underlying Action.

**Natalie Tobias  —  Danaher Lagnese, P.C.**

- Email/Phone: ntobias@danaherlagnes.com
- Possible more recent address: 274 Riverside Avenue, First Floor, Westport, CT 06880. Contact information in Possession of Defendants due to it being in Underlying Action.
- Subject matter: Litigation communications and scheduling.

**Ilyssa Kelson  —  Danaher Lagnese, P.C.**

- Email/Phone: ikelson@danaherlagnes.com
- Possible more recent address: 274 Riverside Avenue, First Floor, Westport, CT 06880. Contact information in Possession of Defendants due to it being in Underlying Action.
- Subject matter: Litigation communications and coordination.

**Neil Danaher  —  Danaher Lagnese, P.C.**

- Email/Phone: ndanaher@danaherlagnes.com
- Possible more recent address: 274 Riverside Avenue, First Floor, Westport, CT 06880. Contact information in Possession of Defendants due to it being in Underlying Action.
- Subject matter: Defense communications and litigation oversight.

**Andrew Horton  —  Beazley Group (Insurer)**

- Email/Phone: andrew.horton@beazley.com
- Possible more recent address: Beazley USA, 30 Batterson Park Road, Farmington, CT 06032. Contact information in Possession of Defendants due to it being in Underlying Action.
- Subject matter: Insurance and coverage communications.

**Eric S. Rothenberg, Esq.  —  Counsel — Underlying Action**

- Mailing address: To be supplemented.

- Possible more recent address: Believed associated with New York legal practice. To be supplemented.

- Subject matter: Underlying action filings and communications.

**Ariel Reinitz, Esq.  —  FisherBroyles, LLP — Former Plaintiff's Counsel**

- Email/Phone: Ariel.Reinitz@fisherbroyles.com | +1 (646) 494-6909

- Mailing address: FisherBroyles, LLP, New York.

- Subject matter: Representation of Plaintiff, litigation strategy, consolidation motion, settlement discussions, and client communications.

**Emmanuelle Subar, Esq.  —  Subar Law — Counsel**

- Email/Phone: emmanuelle@subarlaw.com

- Mailing address: To be supplemented.

- Subject matter: Communications referenced in discovery production materials.

**D.  Related Judicial Proceedings (Identified Procedurally; Not Witnesses)**

The following matters and courts are identified for procedural completeness only. The presiding judicial officers are not identified as persons with discoverable information or as witnesses.

**Teman v. Zeldes Needle Cooper LLP, et al.  —  present action**

- Court: United States District Court, Southern District of New York, No. 1:24-cv-09830 (LJL).

- Subject matter: The orders and proceedings of record in this action.

**Teman v. Braverman, et al.  —  Underlying Action**

- Court: Supreme Court of the State of New York, County of New York, Index No. 805410/2014.

- Subject matter: The pleadings, motions, dismissal, judgment, and appellate record of the Underlying Action.

**E.  Defendants and Individuals in the Underlying Action**

Address and contact information for all individuals in this section are in the Possession of Defendants by virtue of their prior representation in the Underlying Action. Known addresses from documents in Plaintiff's possession are noted.

**Dr. Eric Braverman, M.D.  —  Defendant — Underlying Action; Medical Director, PATH Medical, P.C.**

- Mailing address from documents in Plaintiff's possession: 304 Park Avenue South, Floor 6, New York, NY 10010

- Current business contact information (2026): pathmedical@gmail.com | (347) 266-9361. PATH Medical main line: (212) 213-6155; practice address 304 Park Avenue South, Floor 6, New York, NY 10010.

- Subject matter: Medical treatment, malpractice allegations, causation, insurance, and related litigation.

**Dr. Richard Smayda, D.O.  —  Defendant — Underlying Action**

- Mailing address from documents in Plaintiff's possession: 304 Park Avenue South, Floor 6, New York, NY 10010

- Contact information in Possession of Defendants due to it being in Underlying Action.

- Subject matter: Medical treatment, malpractice allegations, and causation.

**Dr. Sandip Buch, M.D.  —  Defendant — Underlying Action**

- Mailing address from documents in Plaintiff's possession: 304 Park Avenue South, Floor 6, New York, NY 10010

- Contact information in Possession of Defendants due to it being in Underlying Action.

- Subject matter: Medical treatment, communications, and related litigation matters.

**Dr. Anupama Reddy, M.D.  —  Defendant — Underlying Action**

- Mailing address from documents in Plaintiff's possession: 304 Park Avenue South, Floor 6, New York, NY 10010

- Contact information in Possession of Defendants due to it being in Underlying Action.

- Subject matter: Medical treatment, malpractice allegations, and related communications.

**Darya Braverman  —  Defendant — Underlying Action; Total Health Nutrients**

- Mailing address from documents in Plaintiff's possession: New York, New York.

- Contact information in Possession of Defendants due to it being in Underlying Action.

- Subject matter: Total Health Nutrients operations, supplement recommendations, and PATH-related matters.

**F.  Treating Medical Providers**

**Dr. Samuel Sharmat  —  Treating Psychiatrist — Centerpoint Mental Health Center**

- Mailing address from documents in Plaintiff's possession: Centerpoint Mental Health Center, New York City.

- Contact information in Possession of Defendants due to it being in Underlying Action.

- Subject matter: Psychiatric treatment, causation, and damages.

**Dr. Alisa Kriegel  —  Treating Psychologist — Centerpoint Mental Health Center**

- Mailing address: Centerpoint Mental Health Center, New York City.

- Subject matter: Psychological treatment, causation, and damages, including confirmation that Plaintiff did not have Borderline Personality Disorder.

**Dr. Jordan Wright  —  Treating Psychotherapist — Centerpoint Mental Health Center**

- Mailing address: Centerpoint Mental Health Center, New York City.

- Subject matter: Psychotherapy treatment, causation, and damages.

**Dr. Zvi Osterweil  —  ENT Specialist**

- Mailing address from documents in Plaintiff's possession: East 86th Street, New York City.

- Possible more recent address: 68 East 86th Street, New York, NY 10028; Tel: (212) 288-8878. Secondary: 395 Pearsall Avenue, Suite D, Cedarhurst, NY 11516; Tel: (516) 612-4884.

- Subject matter: ENT treatment, nasal injuries, OSAS diagnosis, airway issues, and causation.

**Dr. Glenn Waldman  —  ENT/Nasal Reconstructive Surgeon — Bella Vista ENT & Facial Plastic Surgery**

- Mailing address from documents in Plaintiff's possession: Thousand Oaks, California.

- Possible more recent address: Bella Vista ENT & Facial Plastic Surgery, 555 Marin Street, Suite 100, Thousand Oaks, CA 91360; Tel: (805) 494-4797.

- Subject matter: Nasal reconstruction surgery (April 16, 2013), airway injuries, treatment, and damages.

**Dr. Gelman  —  Treating Physician — Silver Hill Hospital**

- Mailing address: Silver Hill Hospital, 208 Valley Road, New Canaan, CT 06840.

- Subject matter: Medical treatment at Silver Hill Hospital, psychiatric placement, diagnoses, records, and related damages.

**Unknown Silver Hill Hospital Staff and Technicians  —  Staff — Silver Hill Hospital (Names in Client File in Possession of Defendants)**

- Mailing address: Silver Hill Hospital, 208 Valley Road, New Canaan, CT 06840.

- Subject matter: Events during Plaintiff's admission, treatment, incidents, and records.

**Erel Shvil**

- Contact information in Possession of Defendants due to it being in Underlying Action.

- Subject matter: Deposition-related matters and communications in the Underlying Action.

**Rabbi Levi Shmotkin**

- Possible more recent address: Chabad for Young Professionals, New York City; Tel: (414) 962-9545.

- Subject matter: Accompanied Plaintiff to Silver Hill Hospital; witness to circumstances of Plaintiff's admission.

### G.  Damages and Valuation Witnesses

**Jay Weintraub  —  Connectiv — Damages / Lost Earnings Expert**

- Mailing address: Connectiv. Address to be supplemented.

- Subject matter: Valuation, lost earnings capacity, and business damages.

### H.  Other Individuals Referenced in Discovery Materials

**Doris Farahnik**

- Address: To be supplemented.

- Subject matter: Documents and communications referenced in discovery materials.

**Jon Harari**

- Address: To be supplemented.

- Subject matter: Documents and communications referenced in discovery materials.

**Natalia Goberman Rosenstock  —  a/k/a Natalya Rosenstock a/k/a Natalya Goberman Rosenstock a/k/a Natalie Goberman**

- Address: To be supplemented.

- Subject matter: Documents and communications referenced in discovery requests and production materials.

**Keith Seto**

- Address: To be supplemented.

- Subject matter: Documents and communications referenced in discovery materials.

**CT State Marshal Bateman  —  Connecticut State Marshal (spelling to be confirmed)**

- Possible more recent address: Connecticut State Marshals Commission, 765 Asylum Avenue, Hartford, CT 06105.

- Subject matter: Service of process and related activities in the Underlying Action.

**I. Entities**

**PATH Medical, P.C.  —  Defendant — Underlying Action**

- Mailing address: 304 Park Avenue South, Floor 6, New York, NY 10010. Tel: (212) 213-6155.
- Subject matter: Medical records, policies, communications, diagnostics, billing, and treatment issues.

**Total Health Nutrients  —  Defendant — Underlying Action (trade name operated by Darya Braverman)**

- Mailing address: 304 Park Avenue South, Floor 6, New York, NY 10010.
- Subject matter: Supplement sales, treatment recommendations, and related business operations.

**PATH Foundation NY  —  Associated with PATH Medical and Dr. Braverman**

- Mailing address: 304 Park Avenue South, Floor 6, New York, NY 10010.
- Subject matter: Corporate and operational matters associated with PATH Medical and Dr. Braverman.

**NYU Sleep Center  —  Diagnostic Facility**

- Possible more recent address: NYU Langone Health, 550 First Avenue, New York, NY 10016.
- Subject matter: Sleep study establishing OSAS diagnosis — 27 apneas per hour during REM sleep.

**Weill Cornell Medical Center  —  Medical Facility**

- Possible more recent address: 525 East 68th Street, New York, NY 10065.
- Subject matter: Emergency treatment and initial sleep disorder diagnosis.

**Lenox Hill Hospital  —  Medical Facility**

- Possible more recent address: 100 East 77th Street, New York, NY 10075.
- Subject matter: Radiology and diagnostic imaging, including MRI showing gliosis.

**Silver Hill Hospital  —  Psychiatric Facility**

- Possible more recent address: 208 Valley Road, New Canaan, CT 06840.
- Subject matter: Psychiatric treatment, placement, records, incidents, and damages.

**Horizon Blue Cross Blue Shield of New Jersey  —  Health Insurer (Plaintiff's insurer during treatment period)**

- Possible more recent address: 3 Penn Plaza East, Newark, NJ 07105.

- Subject matter: Insurance coverage, billing records, and treatment-related claims information.

**Simi Valley Surgery Center  —  Surgical Facility**

- Possible more recent address: 2975 North Sycamore Drive, Simi Valley, CA 93065.
- Subject matter: Nasal reconstruction surgery (April 16, 2013) records and documentation.

**59.**  Litigation-support vendors and custodians involved in the handling or production of electronically stored information relevant to the Underlying Action or the present action. Business addresses reflected in production materials; to be supplemented.

## PART III:  RESPONSE TO INTERROGATORY NO. 3

*(Document Custodians and Description of Documents in Their Custody)*

Plaintiff identifies the following document custodians. This response is preliminary and subject to supplementation.

### 1. Ari Baruch Teman (Plaintiff)

Documents include: All communications with ZNC and Jeremy Virgil; communications regarding the Underlying Action; correspondence with treating medical providers; financial records and earnings documentation; communications with Danaher Lagnese, MedPro Group, Attorney Protective, and Lewis Brisbois; and all documents referenced in Plaintiff's pleadings and disclosures.

### 2. Zeldes, Needle & Cooper, P.C. and Jeremy Virgil (Defendants)

Documents include: The complete client file for Plaintiff in the Underlying Action, including all correspondence, pleadings, strategy memoranda, internal firm communications, billing records, engagement letters (already produced to Defendants and within their possession), all emails and communications with opposing counsel, deposition transcripts, settlement communications, and court filings. Plaintiff contends the complete client file should be produced and has commenced separate proceedings concerning access to the client file.

### 3. Danaher Lagnese, P.C.

Documents include: Correspondence with ZNC and Jeremy Virgil; deposition notices; communications regarding the Underlying Action; and documents relating to defense of Underlying Action defendants exchanged with ZNC.

### 4. MedPro Group / Attorney Protective (Insurer)

Documents include: Communications with Lewis Brisbois regarding defense of the present action; claims files; reservation-of-rights correspondence; and insurance policy documents.

Insurance policy: no document currently found, or document is in Client File in Zeldes' possession.

### 5. Lewis Brisbois Bisgaard & Smith LLP

Documents include: Litigation files for the present action; communications with ZNC and Jeremy Virgil; correspondence with MedPro Group and Attorney Protective; and documents relating to discovery compliance and client-file handling.

### 6. PATH Medical, P.C. / Dr. Eric Braverman

Documents include: Plaintiff's complete medical records from PATH Medical; the October 2011 sleep study results; all test results, diagnoses, prescriptions, and billing records during Plaintiff's treatment (September 2011 through June 2012); and related communications. An executed HIPAA authorization is provided herewith. Dr. Braverman's current contact information: pathmedical@gmail.com | (347) 266-9361.

### Electronically Stored Information — Sources and Repositories

Plaintiff's responsive electronically stored information is or may be maintained in the following repositories, of which Plaintiff is the custodian: Gmail; iCloud; iPhone backups; WhatsApp; Signal; SMS/iMessage; Dropbox; Google Drive; local hard drives; external backup drives; PDF productions received from counsel; native-format productions; downloads from PACER and the New York State Courts Electronic Filing system (NYSCEF); medical-record patient portals; and GateGuard-related systems. Plaintiff has searched these sources in connection with this production and will supplement as additional responsive material is located.

Certain responsive materials presently exist only in PDF, TIFF, or image-rendered format as received from prior custodians, counsel, vendors, or production sources.

**PART IV:  PRELIMINARY COMPUTATION OF DAMAGES**

*Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii) and the Court's Order*

The following is a preliminary computation of damages, subject to supplementation following expert analysis and completion of discovery. This is not a ceiling on Plaintiff's damages and is not an admission regarding any element thereof.

### A. Value of the Lost Recovery in the Underlying Action (Primary Damages)

- **Underlying case value:** The PATH/Braverman Underlying Action had an approximate original value of $24,000,000, involved multiple implicated insurance policies, and named multiple insured defendants (PATH Medical, the individual physicians, and related entities).

- **Opportunity-cost / compounding (illustrative):** A recovery obtained in 2017 and invested in a broad Vanguard total-market index fund with dividends reinvested would, on publicly available historical total-return performance, have grown materially by the present: $5,000,000 would now exceed approximately $16.35M; $10,000,000 would now exceed approximately $32.7M; and $24,000,000 would now exceed approximately $78.48M.

- **Nature of the figures:** These figures are illustrative and conservative, and are based on publicly available historical total-return market performance. They exclude leverage, entrepreneurial returns, financing impacts, reputational harm, tax effects, and additional consequential damages.

- **Multiple-policy exposure:** Because the Underlying Action implicated multiple policies and multiple insured defendants, actual exposure across all available coverage is substantially higher than any single-policy figure.

**A-1. Virgil-Identified Braverman Insurance Recovery — Specific Document in Production**

A document in Plaintiff's production reflects that Defendant Jeremy Virgil himself identified the claim against Dr. Braverman alone as worth $1,500,000 in insurance policy payment. This figure — standing alone and apart from all other available policies, defendants, and categories of damages — establishes a documented floor for the recovery that Defendants' malpractice caused Plaintiff to lose:

- **Time value of the $1.5M Braverman-only figure:** Applying a conservative 3.5x multiplier reflecting basic index-fund growth from the period when this recovery should have been secured, the present value of that $1,500,000 alone is approximately $5,250,000 today. This is a floor calculation on a single identified policy covering a single defendant — not a ceiling, not inclusive of the additional policies or remaining defendants, and not inclusive of any other categories of damages.

- **Compounding / consequential loss:** The lost recovery was intended to fund Plaintiff's medical recovery and the rebuilding of his businesses and career. Its loss caused consequential damages, including lost earnings and lost recovery time, which Plaintiff will quantify with expert support.

- **Consequential damages reserved:** Plaintiff reserves the right to seek consequential damages, to the extent supported by the evidence and applicable law, arising from the deprivation of the lost recovery.

- **Documentary support:** The document in which Virgil identified the $1,500,000 Braverman-only insurance figure is contained in Plaintiff's production at Bates 001A-

0035–0036 ("Bankruptcy_Insurance," email from Jeremy Virgil, jvirgil@znclaw.com, dated April 3, 2018, 8:57 PM). This document reflects Defendants' contemporaneous assessment of a portion of the underlying claim value.

**B. Direct Out-of-Pocket Damages**

- Initial consultation: $375.00

- Executive Health Program: $10,000.00

- Lenox Hill MRI (uncovered): approximately $2,500.00

- DBT Program — Silver Hill Hospital: $29,000.00

- Additional medical costs (vitamins, supplements, chelation, medications): to be supplemented.

**C. Lost Earnings and Business Damages**

The loss of the underlying recovery caused additional consequential economic and business losses. Plaintiff's lost earnings and business damages include those associated with the following ventures, activities, and opportunities, to be computed with expert assistance:

- **12gurus:Health and 12gurus:Charity** (internationally recognized, Fortune-500-sponsored conference series);

- **JCorps** (award-winning international volunteer network);

- **GateGuard;**

- **PropertyPanel;**

- **Comedy career** (speaking and performance);

- **Speaking opportunities; consulting opportunities; financing opportunities; and technology ventures.**

- **Consequential losses:** The loss of the underlying recovery caused additional consequential economic and business losses, including lost earning capacity and opportunity costs from delayed business development. Computation to be supplemented.

**D. Non-Economic / Pain and Suffering Damages**

Plaintiff suffered severe emotional distress, physical pain, and long-term health consequences. Computation to be provided at trial.

**E. Enhanced Damages (Reserved)**

Plaintiff reserves all rights regarding enhanced damages to the extent supported by the evidence and applicable law.

**F. Expert and Supporting Materials Already Produced**

In support of the foregoing computation, Plaintiff has already produced expert valuation materials, expert letters, physician letters and opinions, medical expert letters and reports, treatment-provider analyses, treatment records, damages-supporting documents, communications with experts and providers, and related responsive materials presently available following a reasonable search. These include the valuation analysis and opinions of Jay Weintraub concerning the 12gurus conference businesses and related losses, and medical analyses associated with Dr. Erel Shvil, Dr. Alisa Kriegel, Dr. Samuel Sharmat, Dr. Glenn Waldman, and related treating and consulting providers.

This computation is preliminary. Plaintiff will supplement and amend it, including with additional expert reports, computations, and analyses, pursuant to the Court's scheduling order and Fed. R. Civ. P. 26(e).

## PART V:  PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff responds to each item of Defendants' First Request for Production of Documents ("RFP") as required by Fed. R. Civ. P. 34(b)(2) and the Court's Order of May 21, 2026 (Dkt. No. 93). Documents are identified by Bates number from Plaintiff's production (prefix: 001A). Executed HIPAA authorizations for all providers identified by Defendants are provided herewith. Where a responsive document has not been located or is believed to be in the client file withheld by Defendants, that is so noted.

**GENERAL OBJECTIONS (Applicable to All Requests)**

- **GO-1.**  Plaintiff objects to each request to the extent it seeks documents protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege. No documents are being withheld on privilege grounds at this time; should that change, Plaintiff will serve a privilege log.
- **GO-2.**  Plaintiff objects to each request to the extent it seeks documents not within Plaintiff's possession, custody, or control, including documents within Defendants' own possession or within the client file.
- **GO-3.**  Many items responsive to these requests are in the client file from the Underlying Action. Where applicable, Plaintiff notes: "No document currently found, or document is in Client File in Zeldes' possession."
- **GO-4.**  These responses are preliminary and subject to supplementation as discovery proceeds, as additional documents are located, and as the client file is produced.

- **GO-5.** Except as expressly stated herein, Plaintiff is not presently withholding any responsive, non-privileged documents located after a reasonable search. Fed. R. Civ. P. 34(b)(2)(C). Where a response states that a document is "not currently found, or is in the Client File in Zeldes' possession," Plaintiff is not withholding that document; rather, after a reasonable search it has not presently been located in Plaintiff's possession, and any such document resides in the client file within Defendants' possession, custody, and control.

- **GO-6.** Except as expressly stated herein, Plaintiff is not presently withholding responsive nonprivileged documents located after a reasonable search. Plaintiff will continue producing responsive nonprivileged materials on a rolling basis as additional materials are located and organized.

**PRODUCTION INVENTORY SUMMARY**

- **Bucket 1 (001A-0001 – 001A-0236):** Email correspondence between Plaintiff and ZNC/Virgil regarding the Underlying Action.

- **Bucket 2 (001A-0237 – 001A-0371):** Underlying-action court filings (NYSCEF Docket Nos. 183–207 — Motion #11 to dismiss for failure to prosecute, opposition, decision, judgment, and appeal).

- **Bucket 3 (001A-0372 – 001A-0429):** Miscellaneous exhibits and loose documents, including photographs, letters, the underlying PATH/Braverman complaint, and ZNC opposition-to-motion exhibits.

**REQUEST NO. 1:** *All documents concerning Plaintiff's retention of Defendants, including retainer/engagement agreement.*

**RESPONSE:**

- 001A-0009–0010 ("$500,000 and the letter" — context re retention and fees).

- Engagement/retainer letter: Already produced to Defendants. The retainer/engagement documentation has been provided to Defendants and is also within Defendants' own possession, custody, and control as the drafting party and custodian of the client file.

**REQUEST NO. 2:** *All documents concerning the scope of Defendants' representation of Plaintiff.*

**RESPONSE:**

- 001A-0001–0236 (full email bucket — communications defining and reflecting scope of representation throughout the Underlying Action).

- Engagement/retainer documentation reflecting scope: already produced to Defendants and within Defendants' own possession.

**REQUEST NO. 3:** *All retainer agreements between Plaintiff and Defendants.*

**RESPONSE:**

- Retainer agreement: already produced to Defendants and within Defendants' own possession, custody, and control.

**REQUEST NO. 4:** *The May 4, 2015 engagement letter signed by Jeremy Virgil.*

**RESPONSE:**

- May 4, 2015 engagement letter: already produced to Defendants and within Defendants' own possession, custody, and control.

**REQUEST NO. 5:** *All communications between Plaintiff and Defendants regarding the Underlying Action.*

**RESPONSE:**

- 001A-0001–0236 (complete email correspondence between Plaintiff and ZNC/Virgil regarding the Braverman/PATH and related Silver Hill and Buch matters).

**REQUEST NO. 6:** *All documents concerning the November 2014 commencement of the Underlying Action.*

**RESPONSE:**

- 001A-0234–0236 ("You are being Sued")
- 001A-0380–0403 (underlying PATH/Braverman complaint — filed November 2014).

**REQUEST NO. 7:** *All communications with other attorneys regarding the Underlying Action.*

**RESPONSE:**

- 001A-0094–0095 ("Fwd_ Teman [IWOV-DOCS]")
- 001A-0096–0098 ("Fwd_ Teman-Reddy2 (JV)")
- 001A-0160–0166 ("Re_ Teman-Reddy")
- 001A-0407–0408 (Thakkar Unredacted Letter).

**REQUEST NO. 8:** *All communications with successor or prior counsel regarding the Underlying Action.*

**RESPONSE:**

- 001A-0094–0095, 001A-0407–0408.
- File-transfer communications with Davidoff/Kendall: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 9:**  *All communications with Glen Kendall / Davidoff Law Firm.*

**RESPONSE:**

- Kendall/Davidoff file and related communications: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 10:**  *All authorizations for transfer of the Underlying Action file from Davidoff to ZNC.*

**RESPONSE:**

- Authorization for file transfer: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 11:**  *All communications with third parties (other than Defendants and underlying defendants) regarding the Underlying Action.*

**RESPONSE:**

- 001A-0061 (ProPublica/Dollars for Docs)
- 001A-0099–0108 ("Goberman in jail")
- 001A-0132–0134 ("Natalie Goberman same attorney")
- 001A-0427–0429 (NY Post article exhibit).

**REQUEST NO. 12:**  *All invoices from Defendants to Plaintiff.*

**RESPONSE:**

- 001A-0009–0010 ("$500,000 and the letter" — fee context)
- 001A-0110 ("How's it going with the check")
- 001A-0126–0131 ("Money" / "Money2").
- The Underlying Action was a contingency-fee matter; Plaintiff paid no legal fees to Defendants. Any formal ZNC invoices: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 13:**  *All proof of payment by Plaintiff to Defendants.*

**RESPONSE:**

- The matter was handled on a contingency-fee basis; Plaintiff paid no legal fees to Defendants.
- 001A-0126–0131 ("Money" / "Money2"), 001A-0179 ("Settlements") (cost context).
- Any formal payment receipts or bank records: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 14:**  *All invoices from other attorneys or experts retained in connection with the Underlying Action.*

**RESPONSE:**

- 001A-0192–0193 ("silver hill spent $350k on legal"), 001A-0126–0131.
- Formal invoices from third-party counsel or experts: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 15:**  *All proof of payment to attorneys or experts other than Defendants.*

**RESPONSE:**

- 001A-0192–0193.
- Formal payment records: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 16:**  *All documents relating to any allegation in the Amended Complaint.*

**RESPONSE:**

- 001A-0001–0236 (complete email bucket)
- 001A-0237–0371 (all court filings)
- 001A-0372–0429 (exhibits and loose documents).

**REQUEST NO. 17:**  *All documents showing Defendants actively participated in misconduct.*

**RESPONSE:**

- 001A-0135 ("Please do your jobs")
- 001A-0136–0138 ("Please explain")
- 001A-0200–0205 ("Sinai says Jeremy is unresponsive")
- 001A-0214 ("This doesn't look good for your firm")
- 001A-0229–0231 ("Jeremy opening emails").

**REQUEST NO. 18:**  *All documents showing Defendants took no action to correct errors or respond to docket events.*

**RESPONSE:**

- 001A-0135, 001A-0141 ("Please update me")
- 001A-0142–0143 ("Please update on Braverman case")
- 001A-0173 ("Reminder")
- 001A-0232 ("Why can't we get thi...")
- 001A-0237–0245 (Motion #11 papers showing failure to oppose/prosecute).

**REQUEST NO. 19:** *All documents showing Defendants ignored requests to proceed, docket notices, or Plaintiff's emails.*

**RESPONSE:**

- 001A-0121 ("Judge wants discovery before motion to dismiss")
- 001A-0135, 001A-0141–0143, 001A-0173 (repeated update requests)
- 001A-0224, 001A-0225–0226, 001A-0227–0228 (repeated call requests)
- 001A-0229–0231 ("Jeremy opening emails")
- 001A-0232.

**REQUEST NO. 20:** *All documents relating to Defendants' failure to monitor or respond, resulting in dismissal for failure to prosecute.*

**RESPONSE:**

- 001A-0237–0238 (#183 Notice of Motion #11)
- 001A-0239–0245 (#184 Affidavit ISO Motion #11)
- 001A-0246–0322 (#185–#195 Exhibits A–K)
- 001A-0323–0324 (#196 Proposed Order)
- 001A-0341–0343 (#203 Decision and Order)
- 001A-0344–0355 (#204 Proposed Judgment)
- 001A-0361–0364 (#206 Judgment).

**REQUEST NO. 21:** *All documents showing Defendants pursued an appeal following dismissal, which was denied.*

**RESPONSE:**

- 001A-0356–0360 (#205 Notice of Appeal)
- 001A-0361–0364 (#206 Judgment)
- 001A-0365–0371 (#207 Notice of Entry).

**REQUEST NO. 22:** *All documents showing Defendants had actual notice of the case's status and repeated opportunities to act.*

**RESPONSE:**

- 001A-0121, 001A-0135, 001A-0141–0143, 001A-0173, 001A-0200–0205, 001A-0214, 001A-0224–0228, 001A-0232
- 001A-0229–0231 ("Jeremy opening emails" — read receipts).

**REQUEST NO. 23:** *All documents relating to the default for failure to prosecute and dismissal with prejudice.*

**RESPONSE:**

- 001A-0237–0245 (Motion #11 papers)
- 001A-0246–0322 (Exhibits A–K)
- 001A-0323–0324 (Proposed Order)
- 001A-0341–0343 (Decision and Order)
- 001A-0344–0355 (Proposed Judgment)
- 001A-0361–0364 (Judgment).

**REQUEST NO. 24:** *All documents relating to Plaintiff's core injuries arising from the Underlying Action.*

**RESPONSE:**

- 001A-0147 and 001A-0404–0406 ("Psych exam ordered...")
- 001A-0148–0150 ("Questions (Draft) for Dr. Gelman")
- 001A-0189–0191 ("Silver Hill Hospital")
- 001A-0194–0199 ("Silver Hill v Teman")
- 001A-0380–0403 (PATH/Braverman complaint).

**REQUEST NO. 25:** *All documents showing receipt or internal discussion of Plaintiff's communications evidencing actual notice.*

**RESPONSE:**

- 001A-0229–0231 ("Jeremy opening emails" — read receipts)
- 001A-0200–0205 ("Sinai says Jeremy is unresponsive")
- 001A-0135, 001A-0141–0143, 001A-0173, 001A-0214, 001A-0224–0232.

**REQUEST NO. 26:** *All written expert analyses quantifying Plaintiff's losses.*

**RESPONSE:**

- Plaintiff has produced expert valuation materials and analyses concerning the value of Plaintiff's business ventures and lost opportunities, including the valuation analysis and opinions of Jay Weintraub concerning the 12gurus conference businesses and related losses allegedly resulting from the underlying malpractice and resulting injuries.

- Plaintiff has also produced medical expert letters, physician opinions, and related medical analyses concerning causation, malpractice, injuries, treatment, impairment, prognosis, and

damages, including materials associated with Dr. Erel Shvil, Dr. Alisa Kriegel, Dr. Samuel Sharmat, Dr. Glenn Waldman, and related treating and consulting providers.

- 001A-0409–0410 ("ZNC Op to MTD — Expert Email").

- Additional expert disclosures, reports, computations, analyses, and supporting materials will be supplemented pursuant to the Court's scheduling order and Fed. R. Civ. P. 26(e).

**REQUEST NO. 27:**  *All expert materials relating to liability.*

**RESPONSE:**

- 001A-0409–0410 ("ZNC Op to MTD — Expert Email").

- Standalone expert liability report: to be supplemented per the scheduling order; any in the client file is within Defendants' possession.

**REQUEST NO. 28:**  *All expert materials relating to damages.*

**RESPONSE:**

- Plaintiff has produced expert valuation materials relating to damages, including valuation analyses concerning Plaintiff's conference businesses, lost business opportunities, and lost earning capacity.

- Plaintiff has also produced medical expert letters, physician opinions, and related medical analyses concerning causation, malpractice, treatment, injuries, impairment, and prognosis.

- 001A-0409–0410 ("ZNC Op to MTD — Expert Email").

- Additional expert damages reports, causation analyses, medical opinions, and supporting materials will be supplemented pursuant to the Court's scheduling order and Fed. R. Civ. P. 26(e).

**REQUEST NO. 29:**  *All documents showing Defendants were aware the Underlying Action involved substantial damages.*

**RESPONSE:**

- 001A-0009–0010 ("$500,000 and the letter")

- 001A-0246–0271 (#185 Exhibit A)

- 001A-0380–0403 (PATH/Braverman complaint)

- 001A-0179 ("Settlements")

- 001A-0192–0193 ("silver hill spent $350k on legal")

- Document in production in which Virgil identifies the Braverman claim alone as worth $1,500,000 in insurance coverage (001A-0035–0036, "Bankruptcy_Insurance," email from Jeremy Virgil dated Apr. 3, 2018) — Defendants' own admission of minimum case value.

**REQUEST NO. 30:**  *All documents showing Defendants failed to disclose conflicts of interest or obtain informed consent.*

**RESPONSE:**

- 001A-0135, 001A-0136–0138, 001A-0200–0205, 001A-0214.
- Conflict-disclosure documents or waivers: No document currently found, or document is in Client File in Zeldes' possession.

**REQUEST NO. 31:**  *All documents showing Defendants failed to protect Plaintiff's interests after receiving notice of problems.*

**RESPONSE:**

- 001A-0117 ("I'm going to disclos...")
- 001A-0121, 001A-0135, 001A-0141–0143, 001A-0173, 001A-0200–0205, 001A-0214, 001A-0224–0232.

**REQUEST NO. 32:**  *All documents relating to Defendants' failure to monitor the docket, respond to court notices, or prosecute.*

**RESPONSE:**

- 001A-0121
- 001A-0237–0245 (Motion #11 papers)
- 001A-0341–0343 (Decision and Order).

**REQUEST NO. 33:**  *All documents relating to Plaintiff's loss of a meritorious claim and resulting pecuniary damages.*

**RESPONSE:**

- 001A-0237–0371 (dismissal and judgment)
- 001A-0380–0403 (PATH/Braverman complaint)
- 001A-0037 ("Braverman arrested again")
- 001A-0061 (ProPublica/Dollars for Docs)
- 001A-0111–0113 ("Braverman hiding money")
- 001A-0213 ("AG got him on Fraud").

**REQUEST NO. 34:**  *All documents relating to Defendants' fiduciary duties of loyalty and candor.*

**RESPONSE:**

- 001A-0001–0236 (entire communication record)

- 001A-0135, 001A-0136–0138, 001A-0200–0205, 001A-0214, 001A-0224–0232.

**REQUEST NO. 35:** *All documents showing Defendants had actual notice of material risks to the case.*

**RESPONSE:**

- 001A-0121, 001A-0135, 001A-0141–0143, 001A-0173, 001A-0200–0205, 001A-0214, 001A-0229–0232.

**REQUEST NO. 36:** *All documents showing Defendants failed to act, disclose, or protect Plaintiff's interests.*

**RESPONSE:**

- 001A-0117, 001A-0121, 001A-0135, 001A-0136–0138, 001A-0141–0143, 001A-0173, 001A-0200–0205, 001A-0214, 001A-0224–0232
- 001A-0341–0343 (Decision and Order granting dismissal).

**REQUEST NO. 37:** *All documents evidencing joint inaction by Defendants constituting breach.*

**RESPONSE:**

- 001A-0200–0205, 001A-0229–0231, 001A-0232
- 001A-0341–0343.

**REQUEST NO. 38:** *All documents showing Defendants' breach was a substantial factor in Plaintiff's damages.*

**RESPONSE:**

- 001A-0001–0236 (full neglect/communication record)
- 001A-0341–0364 (dismissal, judgment, and appeal denial)
- 001A-0380–0403 (underlying merits).

**REQUEST NO. 39:** *All documents relating to the merits of the Underlying Action.*

**RESPONSE:**

- 001A-0380–0403 (PATH/Braverman complaint)
- 001A-0246–0271 (#185 Exhibit A)
- 001A-0037 ("Braverman arrested again")
- 001A-0061 (ProPublica/Dollars for Docs)
- 001A-0111–0113 ("Braverman hiding money")
- 001A-0213 ("AG got him on Fraud")

- 001A-0411–0426 (Quackwatch exhibit)
- 001A-0427–0429 (NY Post article).

**REQUEST NO. 40:**  *All documents relating to recoverability of a judgment in the Underlying Action.*

**RESPONSE:**

- 001A-0035–0036 ("Bankruptcy_Insurance")
- 001A-0111–0113 ("Braverman hiding money")
- 001A-0123 ("insurance settlements")
- 001A-0213 ("AG got him on Fraud").

**REQUEST NO. 41:**  *All documents relating to the but-for analysis of what Plaintiff would have recovered.*

**RESPONSE:**

- 001A-0009–0010, 001A-0179 ("Settlements")
- 001A-0380–0403 (PATH complaint)
- 001A-0246–0271 (#185 Exhibit A)
- Expert or economic analysis of but-for recovery: to be supplemented per the scheduling order.

**REQUEST NO. 42:**  *All documents relating to collectability of any judgment in the Underlying Action.*

**RESPONSE:**

- 001A-0035–0036 ("Bankruptcy_Insurance")
- 001A-0123 ("insurance settlements").

**REQUEST NO. 43:**  *All documents showing Defendants represented the Underlying Action to be worth approximately $24 million.*

**RESPONSE:**

- 001A-0009–0010 ("$500,000 and the letter")
- 001A-0246–0271 (#185 Exhibit A)
- 001A-0179 ("Settlements")
- 001A-0192–0193 ("silver hill spent $350k on legal")

- Document in production in which Virgil identifies the Braverman-only insurance value at $1,500,000 (001A-0035–0036, "Bankruptcy_Insurance," email from Jeremy Virgil dated Apr. 3, 2018).

**REQUEST NO. 44:** *All documents showing Defendants were aware of the magnitude and value of the Underlying Action.*

**RESPONSE:**

- 001A-0009–0010, 001A-0123, 001A-0179, 001A-0192–0193, 001A-0246–0271, 001A-0380–0403

- Document in production in which Virgil identifies the Braverman-only insurance value at $1,500,000 (001A-0035–0036, "Bankruptcy_Insurance," email from Jeremy Virgil dated Apr. 3, 2018) — direct admission of minimum known case value.

**REQUEST NO. 45:** *All documents maintained by Plaintiff regarding the Underlying Action (pleadings, transcripts, correspondence, motions, orders, decisions).*

**RESPONSE:**

- 001A-0001–0236 (correspondence)
- 001A-0237–0371 (NYSCEF Docket Nos. 183–207)
- 001A-0378–0379 (Buch v. Teman Discovery Requests)
- 001A-0380–0403 (PATH/Braverman complaint).

**REQUEST NO. 46:** *All documents relating to damages sought in this lawsuit.*

**RESPONSE:**

- 001A-0341–0343, 001A-0344–0355, 001A-0361–0364 (dismissal/judgment)
- 001A-0380–0403, 001A-0246–0271.

**REQUEST NO. 47:** *All documents relating to compensatory damages representing the value of the lost Underlying Action.*

**RESPONSE:**

- 001A-0341–0364 (dismissal and judgment)
- 001A-0380–0403 (PATH complaint)
- 001A-0009–0010, 001A-0123, 001A-0179.

**REQUEST NO. 48:** *All documents supporting Plaintiff's damages computation.*

**RESPONSE:**

- 001A-0237–0371 (court filings)

- 001A-0380–0403 (PATH complaint)

- 001A-0001–0236 (communications)

- Expert damages report and standalone economic analysis: to be supplemented per the scheduling order.

**REQUEST NO. 49:**  *All documents relating to disgorgement of fees paid to Defendants.*

**RESPONSE:**

- The matter was a contingency-fee matter; Plaintiff paid no fees to Defendants. The disgorgement remedy is asserted in the alternative.

- 001A-0009–0010, 001A-0110, 001A-0126–0131, 001A-0179 (payment context).

**REQUEST NO. 50:**  *All documents relating to interest and costs sought by Plaintiff.*

**RESPONSE:**

- Interest and costs are matters of statutory and rule computation set forth in Part IV. Any responsive cost records will be produced.

**REQUEST NO. 51:**  *All communications with the underlying defendants.*

**RESPONSE:**

- 001A-0380–0403 (PATH complaint)

- 001A-0058–0060 ("Drive will be at 900 Long Ridge Rd")

- 001A-0093 ("Fwd_ Deposition").

**REQUEST NO. 52:**  *All communications with attorneys for the underlying defendants.*

**RESPONSE:**

- 001A-0094–0095, 001A-0096–0098, 001A-0160–0166.

**REQUEST NO. 53:**  *All communications with non-party subpoenaed witnesses or their attorneys (Silver Hill, Buch, Reddy).*

**RESPONSE:**

- 001A-0014–0015, 001A-0042–0051 ("Buch sued me")

- 001A-0053, 001A-0055–0057 ("Discovery Requests of Buch")

- 001A-0072–0082 ("Motion to Consolidate — Buch")

- 001A-0115–0116 ("Med Mal claim v Buch")

- 001A-0122, 001A-0124, 001A-0139–0140, 001A-0169–0172

- 001A-0218–0219 ("send Buch a notice of deposition")

- 001A-0378–0379 (Buch v. Teman Discovery Requests).

**REQUEST NO. 54:**  *All communications with Silver Hill Hospital or its attorneys.*

**RESPONSE:**

- 001A-0054, 001A-0083–0085, 001A-0092, 001A-0120, 001A-0146

- 001A-0148–0150 ("Questions (Draft) for Dr. Gelman")

- 001A-0189–0193 ("Silver Hill Hospital")

- 001A-0194–0199 ("Silver Hill v Teman").

**REQUEST NO. 55:**  *All documents relating to non-economic damages (electrocution sensations, mobility, cognition, depression, etc.).*

**RESPONSE:**

- 001A-0147 and 001A-0404–0406 ("Psych exam ordered...")

- 001A-0189–0199 (Silver Hill records)

- 001A-0380–0403 (PATH complaint).

**REQUEST NO. 56:**  *All documents relating to economic damages.*

**RESPONSE:**

- 001A-0009–0010, 001A-0109 ("GateGuard first install"), 001A-0118 ("In The Real Deal")

- 001A-0126–0131, 001A-0179, 001A-0192–0193

- 001A-0246–0271, 001A-0341–0364, 001A-0380–0403.

**REQUEST NO. 57:**  *Executed HIPAA authorization for PATH Medical / Dr. Braverman.*

**RESPONSE:**

- HIPAA authorization — PATH Medical / Dr. Braverman: provided herewith.

- 001A-0380–0403 (PATH complaint referencing treatment records). Complete PATH Medical treatment records to follow upon receipt pursuant to the authorization provided.

**REQUEST NO. 58:**  *Medical records from PATH Medical.*

**RESPONSE:**

- Executed HIPAA authorization for PATH Medical is provided herewith to enable Defendants to obtain the complete records.

- 001A-0380–0403 (PATH complaint referencing treatment records).

**REQUEST NO. 59:**  *Executed HIPAA authorization for Silver Hill Hospital.*

**RESPONSE:**

- HIPAA authorization — Silver Hill Hospital: provided herewith.

**REQUEST NO. 60:**  *Medical records from Silver Hill Hospital.*

**RESPONSE:**

- Executed HIPAA authorization for Silver Hill Hospital is provided herewith.
- 001A-0147–0150, 001A-0189–0199 (Silver Hill references and Dr. Gelman questions).

**REQUEST NO. 61:**  *Executed HIPAA authorization for NYU Sleep Center.*

**RESPONSE:**

- HIPAA authorization — NYU Sleep Center: provided herewith.

**REQUEST NO. 62:**  *Medical records from NYU Sleep Center.*

**RESPONSE:**

- Executed HIPAA authorization for NYU Sleep Center is provided herewith.

**REQUEST NO. 63:**  *Medical records from Weill Cornell Medical Center.*

**RESPONSE:**

- Executed HIPAA authorization for Weill Cornell Medical Center is provided herewith.

**REQUEST NO. 64:**  *Executed HIPAA authorization for Weill Cornell Medical Center.*

**RESPONSE:**

- HIPAA authorization — Weill Cornell: provided herewith.

**REQUEST NO. 65:**  *Medical records from Lenox Hill Hospital.*

**RESPONSE:**

- Executed HIPAA authorization for Lenox Hill Hospital is provided herewith.

**REQUEST NO. 66:**  *Executed HIPAA authorization for Lenox Hill Hospital.*

**RESPONSE:**

- HIPAA authorization — Lenox Hill: provided herewith.

**REQUEST NO. 67:**  *Medical records from Centerpoint Mental Health Center.*

**RESPONSE:**

- Executed HIPAA authorization for Centerpoint Mental Health Center is provided herewith.

**REQUEST NO. 68:**  *Executed HIPAA authorization for Centerpoint Mental Health Center.*

**RESPONSE:**

- HIPAA authorization — Centerpoint: provided herewith.

**REQUEST NO. 69:**  *Medical records from Dr. Osterweil and Dr. Waldman.*

**RESPONSE:**

- Executed HIPAA authorizations for Dr. Osterweil and Dr. Waldman are provided herewith.

**REQUEST NO. 70:**  *Executed HIPAA authorizations for ENT providers, and authorizations for the additional providers enumerated in Defendants' requests.*

**RESPONSE:**

- HIPAA authorizations — Drs. Osterweil and Waldman, and executed HIPAA authorizations for all of the medical/mental-health providers identified by Defendants: provided herewith.

**REQUEST NO. 71:**  *Tax returns, earnings statements, and IRS authorizations relating to lost earnings.*

**RESPONSE:**

- Tax returns, earnings records, and IRS authorizations: to be supplemented. Plaintiff's bookkeeper and tax preparer is Bettina Laskin.

**REQUEST NO. 72:**  *Employment and business records relating to earnings capacity.*

**RESPONSE:**

- 001A-0109 ("GateGuard first install")
- 001A-0118 ("In The Real Deal. New product")
- Formal business-entity financial records and authorizations: to be supplemented.

**REQUEST NO. 73:**  *GateGuard, Inc. and other entity authorizations and financial records.*

**RESPONSE:**

- 001A-0109, 001A-0118, 001A-0180–0188 (Shvil / conference context)
- Entity authorizations and formal financial records: to be supplemented.

**REQUEST NO. 74:**  *All litigation funding agreements.*

**RESPONSE:**

- None. There is no litigation funding of any kind in connection with the Underlying Action or this lawsuit, and no responsive document exists.

**REQUEST NO. 75:**  *All loans related to this litigation.*

**RESPONSE:**

- None. There is no loan of any kind in connection with this litigation, and no responsive document exists.

**REQUEST NO. 76:**  *All liens on Plaintiff's potential recovery.*

**RESPONSE:**

- Lien documents: none presently known; Plaintiff will produce and supplement if located.

**REQUEST NO. 77:**  *All documents relied upon in preparing interrogatory responses.*

**RESPONSE:**

- 001A-0001–0236, 001A-0237–0371, 001A-0380–0429 (full production).

**REQUEST NO. 78:**  *All documents referred to in Plaintiff's initial disclosures.*

**RESPONSE:**

- 001A-0001–0429 (full production).

**REQUEST NO. 79:**  *The original Complaint in this action.*

**RESPONSE:**

- Docket No. 1 (available on PACER — not separately produced as it is a court record).

**REQUEST NO. 80:**  *The Amended Complaint in this action.*

**RESPONSE:**

- Docket No. 35 (available on PACER — not separately produced as it is a court record).

**REQUEST NO. 81:**  *All documents Plaintiff intends to use at trial through fact witnesses.*

**RESPONSE:**

- 001A-0001–0429 (full production). Trial exhibit list to be identified per court schedule.

**REQUEST NO. 82:**  *All documents Plaintiff intends to rely upon at trial.*

**RESPONSE:**

- 001A-0001–0429 (full production). Trial exhibit list to be identified per court schedule.

## PART VI:  TABLE OF MISSING, WITHHELD, OR SEPARATELY-PROVIDED MATERIALS

The following table identifies items called for by the discovery requests and their status. Items marked "provided herewith" accompany this service; items marked "already produced to

Defendants" have been furnished and are within Defendants' own possession; remaining items are subject to supplementation.

| Request No. | Topic | Status / Notes |
|---|---|---|
| RFP 1 | Engagement Letter | Already produced to Defendants; also within Defendants' own possession (client file). |
| RFP 2 | Scope-of-Representation Agreement | Already produced to Defendants; also within Defendants' own possession (client file). |
| RFP 3 | Retainer Agreement | Already produced to Defendants; also within Defendants' own possession (client file). |
| RFP 4 | May 4, 2015 Engagement Letter (signed by Virgil) | Already produced to Defendants; also within Defendants' own possession (client file). |
| RFP 10 | Authorization for Kendall/Davidoff File Transfer | No document currently found, or document is in Client File in Zeldes' possession. |
| RFP 12 | Formal ZNC Invoices to Plaintiff | Contingency matter — no fees paid. Any formal invoices in Client File in Zeldes' possession. |
| RFP 13 | Proof of Payment to ZNC | Contingency matter — no fees paid. |
| RFP 14 | Formal Invoices from Third-Party Counsel/Experts | No document currently found, or document is in Client File in Zeldes' possession. |
| RFP 15 | Payment Records to Third-Party Counsel/Experts | No document currently found, or document is in Client File in Zeldes' possession. |
| RFP 26 | Written Expert Analysis Quantifying Losses | Responsive expert valuation materials, medical expert letters, and related analyses have been produced. Additional expert disclosures to be supplemented pursuant to the scheduling order. |
| RFP 27 | Expert Liability Materials | 001A-0409–0410 produced; additional materials to be supplemented per the scheduling order. |
| RFP 28 | Expert Damages Materials | Responsive expert valuation materials, medical expert letters, and related analyses have been produced. Additional expert disclosures to be supplemented pursuant to the scheduling order. |
| RFP 49 | Disgorgement / Formal ZNC Fee Records | Contingency matter — no fees paid; disgorgement asserted in the alternative. |
| RFP 50 | Interest and Costs Documentation | Statutory/rule computation set forth in Part IV; cost records to be produced. |
| RFP 57–70 | HIPAA Authorizations (all providers) & Records | Executed HIPAA authorizations for all requested providers are PROVIDED HEREWITH. Provider records to follow upon receipt; any in Client File are in Zeldes' possession. |
| RFP 71 | Tax Returns, Earnings Statements, IRS Authorizations | To be supplemented (bookkeeper/tax preparer: Bettina Laskin). |

| Request No. | Topic | Status / Notes |
|---|---|---|
| RFP 72–73 | Business/Entity Financial Records and Authorizations | To be supplemented. |
| RFP 74 | Litigation Funding Agreements | None exist. |
| RFP 75 | Loans Related to Litigation | None exist. |
| RFP 76 | Liens on Potential Recovery | None presently known; will supplement if located. |
| INT 3 | Insurance Agreements / Policies | Plaintiff holds no applicable U.S. policy. Any defense malpractice policy is in Defendants' possession. |

## RESERVATION OF RIGHTS

Plaintiff expressly reserves the right to supplement and amend all of the foregoing as additional information is gathered, as discovery proceeds, as the client file is produced by Defendants, and as required under Fed. R. Civ. P. 26(e). Plaintiff intends to serve supplemental disclosures and responses after the weekend of May 31–June 1, 2026, addressing in particular additional document-custodian details, tax and earnings records, and expert damages and liability reports.

## DECLARATION UNDER 28 U.S.C. § 1746

I, Ari Baruch Teman, declare under penalty of perjury under the laws of the United States of America that the foregoing Amended Initial Disclosures and Responses to Interrogatories Nos. 1 and 3 are true and correct to the best of my knowledge, information, and belief, except as to those matters stated on information and belief, and as to those matters I believe them to be true. I further declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct to the best of my knowledge, information, and belief.

Executed on May 28, 2026.

Respectfully submitted,

**/s/ Ari Teman**
Ari Baruch Teman, *Pro Se*
1521 Alton Road, #888, Miami Beach, Florida 33139
ari@teman.com | (212) 203-3714

Dated: May 28, 2026

Page 34

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## PATH Medical, P.C.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 1 of 48 • PATH Medical, P.C. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| Full Name: | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
|---|---|---|---|
| Address: | 1521 Alton Road, #888, Miami Beach, Florida 33139 | Phone: | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Total Health Nutrients

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Eric Braverman, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 3 of 48 • Eric Braverman, M.D. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| Full Name: | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
|---|---|---|---|
| Address: | 1521 Alton Road, #888, Miami Beach, Florida 33139 | Phone: | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Richard Smayda, D.O.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 4 of 48 • Richard Smayda, D.O. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

---

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Sandip Buch, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 5 of 48 • Sandip Buch, M.D. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
### 45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

### Darya Braverman

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Zvi Osterweil, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 7 of 48 • Zvi Osterweil, M.D. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Samuel Sharmat, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
### 45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Glenn Waldman, M.D.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Paul Knoepflamacher, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
### 45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Scott Kellogg, Ph.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Jordan Wright, Ph.D., ABBAP, ABPP

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 12 of 48 • Jordan Wright, Ph.D., ABBAP, ABPP • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
### 45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## NYU School of Medicine, Sleep Disorder Center

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman* <br> Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman <br> 1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## New York Eye & Ear Infirmary of Mount Sinai

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
|---|---|---|---|
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Centerpoint Mental Health Center

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Lenox Hill Hospital

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| Full Name: | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
|---|---|---|---|
| Address: | 1521 Alton Road, #888, Miami Beach, Florida 33139 | Phone: | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Mt. Sinai Beth Israel Hospital

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 17 of 48 • Mt. Sinai Beth Israel Hospital • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Weill Cornell Medical Center

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Silver Hill Hospital

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Sylvester Comprehensive Cancer Center

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| Full Name: | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
|---|---|---|---|
| Address: | 1521 Alton Road, #888, Miami Beach, Florida 33139 | Phone: | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Rafael Villeta Lopez, M.A., I.F.S.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 21 of 48 • Rafael Villeta Lopez, M.A., I.F.S. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Nicholas R. Scheidt, Psy.D.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Alon Seifan, M.D., M.S.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

*Form 23 of 48 • Alon Seifan, M.D., M.S. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)*

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## The Neuro Well

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Ramin A. Vejdani, D.O.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Kevin Sigler, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**George Wayne, M.D.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Mount Sinai Medical Center

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman* <br> Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman <br> 1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| Full Name: | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
|---|---|---|---|
| Address: | 1521 Alton Road, #888, Miami Beach, Florida 33139 | Phone: | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Paul Kleidermacher, M.D., FAAOA

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 29 of 48 • Paul Kleidermacher, M.D., FAAOA • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## South Florida ENT Associates

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Steven J. Resnick, D.O.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 31 of 48 • Steven J. Resnick, D.O. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Edward Mezerhane, M.D., FACP

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 32 of 48 • Edward Mezerhane, M.D., FACP • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| Full Name: | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
|---|---|---|---|
| Address: | 1521 Alton Road, #888, Miami Beach, Florida 33139 | Phone: | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Georgiy Brusovanik, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 33 of 48 • Georgiy Brusovanik, M.D. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Miami Back & Neck Specialists

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Jonathan S. Harrison, M.D., FACP**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 35 of 48 • Jonathan S. Harrison, M.D., FACP • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Maurice Budow, M.D.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

### Paul Parker, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 37 of 48 • Paul Parker, M.D. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Duane Reade Pharmacy

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

---

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Walgreens Pharmacy

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## Simi Valley Surgery Center

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

## ARES Sleep Study

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Rachel Hott, Dr.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 42 of 48 • Rachel Hott, Dr. • Produced pursuant to Court Order, Dkt. No. 93 (May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Loren Rosenthal / Sleep Center at MidHudson Regional Hospital, Westchester Medical Center**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman*** <br> Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman <br> 1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

Form 43 of 48 • Loren Rosenthal / Sleep Center at MidHudson Regional Hospital, Westchester Medical Center • Produced pursuant to Court Order, Dkt. No. 93

(May 21, 2026)

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Steven Mandel, M.D.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| Full Name: | Ari Baruch Teman | Date of Birth: | May 10, 1982 |
|---|---|---|---|
| Address: | 1521 Alton Road, #888, Miami Beach, Florida 33139 | Phone: | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

### George Forster, M.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se | ari@teman.com | 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Brian Grobis, M.D.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

**Vastal Thakkar, M.D.**

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| */s/ Ari Baruch Teman*<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |

# HIPAA AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
45 C.F.R. § 164.508

*Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.) • Pursuant to Court Order Dkt. No. 93 (May 21, 2026)*

**PATIENT / AUTHORIZING INDIVIDUAL**

| | | | |
|---|---|---|---|
| **Full Name:** | Ari Baruch Teman | **Date of Birth:** | May 10, 1982 |
| **Address:** | 1521 Alton Road, #888, Miami Beach, Florida 33139 | **Phone:** | 781-718-3375 |

**HEALTHCARE PROVIDER / ENTITY AUTHORIZED TO DISCLOSE:**

### Alisa Kriegel, Ph.D.

**AUTHORIZED RECIPIENT (DISCLOSE TO):**

Cristina R. Yannucci, Esq. / Sam Cohen, Esq. | Lewis Brisbois Bisgaard & Smith LLP | 7 World Trade Center, 250 Greenwich St., 11th Fl., New York, NY 10007 | cristina.yannucci@lewisbrisbois.com

**DESCRIPTION OF INFORMATION TO BE DISCLOSED:**

Any and all medical records, mental health records, psychiatric records, psychological records, hospital records, pharmacy records, billing records, insurance records, lab results, imaging, test results, progress notes, intake/discharge records, correspondence, treatment plans, prescriptions, and any other health information relating to the patient above, for the period **September 15, 2008 to present**.

**PURPOSE OF DISCLOSURE:**

Litigation pursuant to the Court's Order of May 21, 2026 (Dkt. No. 93) in Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.).

**EXPIRATION:**

Conclusion of the above-referenced litigation or two (2) years from date of signature, whichever is later.

**PATIENT RIGHTS NOTICE:**

**Right to Revoke:** I may revoke this Authorization at any time by written notice to the provider above; revocation is not effective as to disclosures already made in reliance hereon. **Re-disclosure:** Information disclosed pursuant to this Authorization may be re-disclosed by the recipient and may no longer be protected by the HIPAA Privacy Rule. **Conditioning of Treatment:** The provider may not condition treatment, payment, enrollment, or eligibility on whether I sign this Authorization.

| SIGNATURE OF PATIENT | PRINTED NAME | DATE |
|---|---|---|
| ***/s/ Ari Baruch Teman***<br>Plaintiff Pro Se \| ari@teman.com \| 781-718-3375 | Ari Baruch Teman<br>1521 Alton Road, #888, Miami Beach, FL 33139 | May 28, 2026 |



**Form 4506-T**

(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

OMB No. 1545-1872

**Note:** If the IRS is unable to locate a return matching the taxpayer identifying number and other information provided, the IRS may need to contact you or the third party you identified. Go to *irs.gov/Form4506T* for instructions.

**CAUTION: Do not sign this form unless all applicable lines have been completed.**

| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, ITIN, or EIN |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |
| **3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code | |
| **4** Previous address shown on the last return filed if different from line 3 | |

N/A

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

| **Customer file number (if applicable)** | **Third party name** |
|---|---|
| **Third party address (street, city, state, ZIP)** | **Third party telephone number** |

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines.

World Trade Center, 250 Greenwich Street, 11th Floor, New York, New York 10007     (212) 232-1412

| **6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. |
|---|

1040

| ■ **6a** Return Transcript | ■ **6b** Account Transcript | ■ **6c** Record of Account Transcript | ■ **6d** Verification of Nonfiling | ■ **6e** Form W-2, Form 1099, Form 1098, Form 5498, or IRA contribution information |
|---|---|---|---|---|

| **7** Year or period requested for verification of nonfiling. |
|---|

N/A

| **8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. |
|---|

9 Year(s) or tax period(s) requested for lines 3 and 4 above. For a return transcript, you can request transcripts for up to 4 tax years (use separate forms as needed for additional years).

Tax years 2008–2025 (as applicable)

| **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** |
|---|---|---|---|---|---|---|---|---|
| **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |

*Note: Tax years 2008 through 2025 are requested to comply with Defendants' First Request for Production of Documents, Request No. 71, in **Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.)**, pursuant to the Court's Order dated May 21, 2026 (Dkt. No. 93). Additional years to be supplemented as required.*

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

| **Signature (see instructions)** | **Date** | **Phone number of taxpayer on line 1a or 2a** |
|---|---|---|
| */s/ Ari Baruch Teman* | May 28, 2026 | 781-718-3375 |
| **Title (if line 1a above is a corporation, partnership, estate, or trust)** | | **Spouse's signature** |
| Plaintiff, Pro Se (individual taxpayer) | | N/A |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 37667N

**Form 4506-T (Rev. 3-2024)**

# ARI BARUCH TEMAN

1521 Alton Road, #888 • Miami Beach, Florida 33139 • ari@teman.com • 781-718-3375

May 28, 2026

Glen A. Kendall, Esq.

Davidoff Law Firm, PLLC

228 East 45th Street, Suite 1700

New York, New York 10017

glen@davidofflawfirm.com

**Re: AUTHORIZATION TO RELEASE COMPLETE CLIENT FILE**
Ari Teman v. Eric Braverman, M.D. et al., Index No. 805410/2014 (Sup. Ct. N.Y. Cty.) (the "Underlying Action")
Teman v. Zeldes Needle Cooper LLP et al., No. 1:24-CV-09830 (S.D.N.Y.)

Dear Mr. Kendall:

I, Ari Baruch Teman, hereby authorize and direct you and the Davidoff Law Firm, PLLC to release and produce to the attorneys identified below my **complete client file** in the above-referenced Underlying Action, including without limitation:

- All pleadings, motions, briefs, and court filings;

- All correspondence with opposing counsel, the Court, and third parties;

- All deposition transcripts, subpoenas, and discovery materials;

- All medical records, expert reports, and exhibits;

- All internal memoranda, strategy notes, and communications concerning the Underlying Action;

- All billing records, invoices, retainer agreements, and financial records relating to your representation;

- All documents received from or sent to any prior or successor counsel, including Zeldes Needle Cooper LLP; and

- Any and all other documents in your possession, custody, or control relating to your representation of me in the Underlying Action.

This authorization is made pursuant to and in compliance with the Order of the Honorable Lewis J. Liman, United States District Judge for the Southern District of New York, dated May 21, 2026 (Dkt. No. 93), and in response to Defendants' First Request for Production of Documents, Request No. 10, in the above-referenced federal action.

Please produce all responsive materials to the following authorized recipient:

**AUTHORIZED RECIPIENT FOR PRODUCTION:**

> **Cristina R. Yannucci, Esq. / Sam Cohen, Esq.**
> Lewis Brisbois Bisgaard & Smith LLP
> 7 World Trade Center, 250 Greenwich Street, 11th Floor
> New York, New York 10007
> cristina.yannucci@lewisbrisbois.com | sam.cohen@lewisbrisbois.com
> Tel: (212) 232-1412

Please produce the file in its entirety, in electronic form where available (native files preferred), or by paper copy where electronic versions are unavailable. Production should be made as promptly as practicable, and in any event no later than **June 2, 2026**, in accordance with the Court's scheduling order.

This authorization supersedes any prior instruction or direction relating to the handling or retention of my file. If you have any questions, please contact me directly at ari@teman.com or 781-718-3375.

Sincerely,

_____

*/s/ Ari Baruch Teman*                    **Date:** May 28, 2026

Ari Baruch Teman

Plaintiff, Pro Se
1521 Alton Road, #888
Miami Beach, Florida 33139
ari@teman.com | 781-718-3375

---

**cc:** Cristina R. Yannucci, Esq. / Sam Cohen, Esq., Lewis Brisbois Bisgaard & Smith LLP (via email: cristina.yannucci@lewisbrisbois.com)
**cc:** File