# EXHIBIT 5

| From: | Ari B. Teman <ari@teman.com> |
|---|---|
| Sent: | Wednesday, June 3, 2026 5:26 AM |
| To: | Yannucci, Cristina; Cohen, Sam |
| Cc: | Amanda B. Drantch; Max Gershenoff |
| Subject: | Teman v. Zeldes Needle Cooper LLP, No. 1:24-cv-09830 (LJL) — Plaintiff's Response to June 2 Meet-and-Confer Letter |
| Attachments: | MeetConferResponse-20260603-071515-F.pdf; KendallDavidoffRelease-Signed-20260603-062259-A.pdf; Form4506T-Signed-Set-20260603-060019-A.pdf |

EXTERNAL

Counsel,

Attached is Plaintiff's response to your June 2, 2026 meet-and-confer letter, together with the materials referenced therein.

Attached:

1.  Plaintiff's Response to Defendants' June 2, 2026 Meet-and-Confer Letter.

2.  HIPAA authorizations on the New York OCA Official Form No. 960 for all providers identified by Defendants, including authorization for mental-health, alcohol/drug, and HIV-related information, directed to your firm (includes Horizon Blue Cross Blue Shield of New Jersey).

3.  IRS Form 4506-T authorizations (Rev. 4-2025) for Plaintiff and the relevant entities.

4.  Executed authorization for release of the client file held by Glen A. Kendall, Esq. / Davidoff Law Firm, PLLC.

For the record, Plaintiff objects to the manner and timing of your letter. It was transmitted at approximately 10:39 p.m. Eastern Time on June 2, 2026 — already 5:39 a.m. June 3 in Israel, where Plaintiff is located — and demanded that Plaintiff advise within twenty-four hours how he would remedy approximately eighty itemized points across twenty-three pages. A near-midnight transmission of that volume, coupled with a twenty-four-hour ultimatum and a seven-hour time difference, is not consistent with the good-faith, two-way conferral the Court directed [— and which could have been transmitted earlier in the day on June 2 —] and does not afford a reasonable opportunity to review and confer. Plaintiff nonetheless responds promptly and in good faith, without waiving this objection and reserving the right to supplement.

Plaintiff remains willing to confer in writing on any item that remains genuinely in dispute in advance of the June 8, 2026 conference.

Please let me know how I can be helpful.

Ari

 HIPAA-OCA960-Signed-AllProviders-20260603-050919-A.pdf



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

**ARI B. TEMAN**
1521 Alton Road, #888, Miami Beach, Florida 33139
ari@teman.com  |  (212) 203-3714
Plaintiff, Pro Se

June 3, 2026

VIA EMAIL
Cristina R. Yannucci, Esq.
Sam Cohen, Esq.
Lewis Brisbois Bisgaard & Smith LLP
7 World Trade Center, 250 Greenwich Street, 11th Floor, New York, NY 10007

**Re:** *Teman v. Zeldes Needle Cooper LLP and Jeremy Virgil*, No. 1:24-cv-09830 (LJL)
　　Plaintiff's Response to June 2, 2026 Meet-and-Confer Letter

Dear Ms. Yannucci and Mr. Cohen:

I write in response to your June 2, 2026 meet-and-confer letter. I served my Amended Initial Disclosures, Responses to Interrogatories Nos. 1 and 3, and Responses to the First Request for Production on May 28, 2026, in compliance with the Court's May 21, 2026 Order (Dkt. No. 93). I have reviewed each of your asserted deficiencies and respond below, organized to track your letter.

As a threshold matter, I note that I have engaged in a substantial, good-faith effort to gather and produce responsive materials for a matter, the Underlying Action, that was filed in 2014 and concerns events going back further still. Many responsive documents originated with, passed through, or were maintained by Defendants in the client file created during their representation of me. Under New York law, the client file is Plaintiff's property, and Plaintiff has been required to commence a separate action to obtain it. That context bears on several of the items below.

Since service of Plaintiff's May 28, 2026 responses, Plaintiff has, in good faith: (i) served corrected HIPAA authorizations on the New York OCA-approved Official Form No. 960, with handwritten signature, for all providers Defendants identified, including authorization for mental-health, alcohol/drug, and HIV-related information; (ii) served a corrected IRS Form 4506-T for Plaintiff and the relevant entities; (iii) re-served a hand-signed authorization for the Glen A. Kendall / Davidoff Law Firm file; (iv) provided an authorization for Horizon Blue Cross Blue Shield of New Jersey; (v) supplemented witness identifications and contact information; (vi) continued searching for responsive documents; and (vii) stands ready to meet and confer regarding any remaining issues. The responses below address each item Defendants raised, in the order presented.

For the record, Defendants' letter, dated June 2, 2026, was transmitted by email and received by Plaintiff at approximately 5:36 a.m. Israel time on June 3, 2026 — that is, approximately 10:36 p.m. Eastern Time on June 2, 2026 — and demanded that Plaintiff advise how he intends to remedy approximately eighty itemized points across twenty-three pages within twenty-four hours. Plaintiff, who is located in Israel, responds promptly and in good faith below notwithstanding the volume and the compressed, after-hours timeframe, and reserves the right to supplement these responses accordingly.

## I.  Response to "General Deficiencies"

**1. Client-file supplementation reservation.** My reservation of the right to supplement under Fed. R. Civ. P. 26(e) does not condition my compliance on Defendants' compliance. I have produced the responsive materials presently in my possession, custody, or control. The reservation reflects the reality that a substantial portion of responsive documents resides in the client file that Defendants created and maintained and that I have had to sue to recover. Reserving the right to supplement is expressly permitted by Rule 26(e) and is not a basis for withholding.

**2. "No specific objections."** I have stated objections in my General Objections and within individual responses. To remove any doubt, I am serving herewith a clarified set of responses stating, request-by-request, whether responsive documents are being produced and, where withheld, the specific ground. Except as expressly stated, I am not withholding responsive, non-privileged documents located after a reasonable search. Fed. R. Civ. P. 34(b)(2) (C).

## II.  Interrogatory No. 1 and Rule 26(a)(1)(A)(i) Disclosures

**3. Consolidated response.** Interrogatory No. 1 and the Rule 26(a)(1)(A)(i) disclosures call for the same universe of witnesses; I consolidated them for the convenience of the reader. To the extent Defendants prefer separate captions, I am providing them separately in the accompanying clarified responses, with identical substance.

**4. United States v. Teman witnesses.** I did identify these individuals. My Response to Interrogatory No. 1, subpart C, names Joseph Soleimani, Bonnie Soon-Osberger, Gina Hom, Leon Goldenberg, Abi Goldenberg, and Samuel Taub, and notes that the government counsel of record appear on the public criminal docket. I also preserved my objection that United States v. Teman arose more than a decade after the 2014 Underlying Action and bears limited relevance to the Braverman/PATH medical-malpractice claims at issue.

**5. (A) Defense counsel as witnesses.** Counsel of record and the related professionals are identified because they possess information concerning the handling, custody, and production of the client file and the underlying-action materials, which is directly at issue given Defendants' retention of that file. These individuals were identified because Plaintiff reasonably believes they possess discoverable information. Plaintiff reserves all rights regarding admissibility and scope.

**6. (A) Jason Prueher — "related litigation matters."** Mr. Prueher is identified as a person with knowledge concerning Dr. Sandip Buch and related matters that were part of the Underlying Action record. The phrase "related litigation matters" refers to matters within the Underlying Action, which is the "case within the case" in this legal-malpractice action and is squarely discoverable.

**7. (A) Liability insurers (Patrick / Kenesey).** These individuals are identified because they possess information concerning insurance coverage and claims handling relevant to this action, including the coverage that bears on the value of the lost Underlying Action. They were identified because Plaintiff reasonably believes they possess discoverable information. Plaintiff reserves all rights regarding admissibility and scope.

**8. (B) Former ZNC defendants — "partnership and firm-related matters."** The former ZNC attorneys possess knowledge of the firm's handling of the Underlying Action during the period of the alleged malpractice, including supervision, docket monitoring, and file maintenance. Plaintiff reasonably believes they possess discoverable information bearing on the

firm's handling of the Underlying Action. Plaintiff reserves all rights regarding admissibility and scope.

**9. (C) Danaher Lagnese identification.** Danaher Lagnese, P.C. is identified as the defense firm for Silver Hill Hospital. The Silver Hill matter is part of the injury chain at issue in the Underlying Action, and Danaher Lagnese is reasonably likely to possess medical records and materials concerning the Braverman and Silver Hill matters. Defendants' own observation that the firm represented Silver Hill confirms, rather than undermines, the relevance of that custodian.

**10. (C) Andrew Horton / Beazley.** Mr. Horton, of Beazley, is identified because Beazley was the insurer for Silver Hill Hospital and is referenced in Plaintiff's emails with Mr. Virgil and ZNC pertaining to the Underlying Action. He possesses information concerning insurance and coverage relevant to the Silver Hill component of the underlying matter.

**11. (C) Eric S. Rothenberg and address "to be supplemented."** Mr. Rothenberg is identified from documents in my possession. For a 2014 matter, certain current addresses are not presently known; I have provided last-known and publicly available business contact information where available and will supplement under Rule 26(e). This is permitted, not a violation.

**12. (C) Ariel Reinitz.** Mr. Reinitz is identified as former counsel with knowledge of the representation and related strategy. Contact information was provided. Whether he formally appeared in the Underlying Action does not determine whether he possesses discoverable information.

**13. (C) "Failed to identify counsel for the parties in the Underlying Action."** The counsel of record in the Underlying Action appear on the public docket of that action (Index No. 805410/2014) and within Defendants' own client file. I have identified those known to me and refer Defendants to the public docket and the client file for the complete roster.

**14. (D) "Related Judicial Proceedings not required."** This section was included for procedural completeness and expressly states that the judicial officers are not witnesses and possess no discoverable information. It identifies only the case captions and courts. Its inclusion prejudices no one and is not a deficiency.

**15. (E) Contact information for underlying medical defendants.** I provided the practice/business addresses for the underlying medical defendants to the best of my knowledge, including Dr. Eric Braverman / PATH Medical at 304 Park Avenue South, Floor 6, New York, NY 10010, with current business contact information. The remaining underlying defendants' contact information is within Defendants' client file from their representation in the Underlying Action.

**16. (F) Centerpoint providers — contact information.** I identified Drs. Sharmat, Kriegel, and Wright at Centerpoint Mental Health Center. I am supplementing with available contact information. For a 2014 matter, some providers have relocated over the intervening twelve years; I have provided last-known and current business addresses to the best of my knowledge after a reasonable search and will supplement.

**17. (F) Additional mental-health / ENT providers.** I have identified the providers known to me and have executed HIPAA authorizations for the full provider list Defendants enumerated. To the extent Defendants infer "additional providers" from the authorizations, the authorizations were executed for every provider Defendants requested; identification of providers and execution of authorizations are distinct, and I have complied with both to the extent of my knowledge.

**18. (F) Dr. Gelman.** Dr. Gelman was a treating physician at Silver Hill Hospital. Defendants took Dr. Gelman's deposition and questioned him regarding the treatment by Dr. Braverman; Plaintiff has produced emails that include a copy of that deposition transcript. Defendants therefore already possess this information. Plaintiff will supplement with any additional treating physicians identified after a reasonable search.

**19. (F) Erel Shvil.** Dr. Erel Shvil is Plaintiff's treating psychologist for post-traumatic stress disorder arising from the Braverman/Silver Hill matter at issue in the Underlying Action. Plaintiff will supplement with available contact information.

**20. (G) Jay Weintraub contact information.** Mr. Weintraub's contact information was provided. It appears on the valuation document he prepared and which was produced, which sets forth his name, firm (Connectiv), and contact information. I refer Defendants to that document.

**21. (H) Farahnik / Harari / Goberman / Seto.** Ms. Farahnik and Mr. Harari are personal acquaintances of Plaintiff with limited knowledge relevant to this action; Plaintiff does not possess current contact information for them beyond what is publicly available, and refers Defendants to publicly available sources. Plaintiff will supplement the descriptions for the individuals referenced in the production materials as information is available.

**22. (I) Individual witnesses from entities; Horizon BCBS authorization.** I will identify known individual custodians at the listed entities as information becomes available. As to Horizon Blue Cross Blue Shield of New Jersey, I am providing an executed authorization herewith.

**23. (I) ESI vendors — specificity and "present action."** The reference to litigation-support vendors was narrowed in my disclosures to those involved in handling or producing ESI relevant to the underlying or present action. I will identify specific vendors/custodians if and as any are retained; none presently exists that is not already identified.

### III.  Interrogatory No. 3 (Custodians / ESI)

**24. (1) Plaintiff as custodian — "failed to produce."** I produced the responsive, non-privileged documents in my possession bearing Bates BATES001A00000001 through BATES001A00000429. The categories listed describe the universe of materials by custodian, as the interrogatory requires; identifying categories of documents is the function of an Interrogatory No. 3 response and is distinct from the document production served alongside it.

**25. (2) ZNC/Virgil custodian — "no reference to Defendants' production."** I identified the client file maintained by Defendants because that is where responsive materials reside. I cannot cite Defendants' Bates numbers for a file Defendants have not produced to me. Nor can Plaintiff verify whether Defendants' production is complete absent production of the complete client file. This underscores, rather than undermines, the need for production of the client file.

**26. (3) Danaher Lagnese role.** Danaher Lagnese, P.C. is identified as Silver Hill Hospital's defense firm and a likely custodian of Braverman- and Silver Hill-related medical records relevant to the injuries at issue in the Underlying Action.

**27. (4) Insurer documents / "no insurance policy found."** Plaintiff's reference was to his own insurance. Plaintiff carried renters insurance during portions of the relevant period, which is not relevant to the medical or legal-malpractice claims at issue; Plaintiff has already provided his health insurer, Horizon Blue Cross Blue Shield of New Jersey. Plaintiff's complete

insurance and medical information is contained within the client file in Defendants' possession. Plaintiff does not dispute that Defendants produced their own professional-liability policy; that policy is within Defendants' possession. Plaintiff will conform the wording to avoid ambiguity.

**28. (5) Lewis Brisbois custodian / privilege.** To the extent any materials in current counsel's custody are privileged, Plaintiff does not seek them; identifying a custodian is not a waiver or a demand. Plaintiff reserves all rights regarding admissibility and scope.

**29. ESI repositories — "no production reflecting these sources."** My production was drawn from these repositories. The documents produced (BATES001A00000001–000429) were collected from the identified sources. I will, on request, provide a load file or index correlating documents to sources to the extent reasonably practicable.

**30. Metadata.** The parties did not agree to a native/metadata production protocol, and Defendants did not specify a form of production under Rule 34(b)(1)(C). I produced in a reasonably usable form (searchable PDF). Certain materials exist only in PDF, TIFF, or image-rendered form as received from prior custodians, counsel, and vendors. I am willing to meet and confer on a reasonable ESI protocol going forward.

**31. "No new documents / supplementation violates deadline."** I produced the responsive documents located after a reasonable search by the deadline. Rule 26(e) imposes a continuing duty to supplement; stating that I will supplement is compliance with the Rules, not a violation of the deadline.

## IV.  Rule 26(a)(1)(A)(iii) Damages Computation

**32. (A) $24M value / basis.** The approximate $24,000,000 valuation of the Underlying Action is based on multiple sources, including: (i) contemporaneous valuation analyses prepared during the representation, including the valuation work of Jay Weintraub; (ii) Defendants' own contemporaneous communications concerning settlement value and insurance coverage, including communications from Jeremy Virgil regarding coverage available to satisfy a resolution; and (iii) Plaintiff's calculation of the present value of the lost recovery, including the time value of money and the conservative growth that would have resulted had the recovery been invested in broad-market index funds. The damages disclosure identifies the categories of damages and the methodology used. Supporting documents have been produced or will be identified by Bates number, and expert support will be served in accordance with the scheduling order.

**33. (A) Impacted policies.** The Underlying Action implicated coverage issued to PATH Medical, the individual physicians, and related entities. The identities and limits of those policies are reflected in the underlying-action and client-file materials maintained by Defendants. I will supplement policy specifics as the file is produced.

**34. (A) Opportunity-cost illustrations.** The compounding figures are expressly identified as illustrative and conservative, based on publicly available historical total-return market performance, and are offered to disclose methodology under Rule 26(a)(1)(A)(iii). They are not a substitute for expert opinion, which will follow per the scheduling order.

**35. (A-1) Alleged misrepresentation of 001A-0035–0036.** I have not misrepresented the document. BATES001A00000035–00036 ("Bankruptcy_Insurance," email from Jeremy Virgil dated April 3, 2018) reflects Defendants' contemporaneous assessment of a portion of the

underlying claim value. I have characterized it as reflecting that assessment, not as a binding admission, and the document speaks for itself.

**36. (B) Out-of-pocket / proof of payment.** I have disclosed the categories and known amounts of out-of-pocket damages. Supporting receipts for a 2014-era matter are limited; I will produce what I locate and have executed authorizations permitting Defendants to obtain billing records. Many such records are within the providers' and the client-file custody.

**37. (C) Lost-earnings specifics / authorizations.** I disclosed the ventures and categories comprising the lost-earnings claim (12gurus:Health, 12gurus:Charity, JCorps, GateGuard, PropertyPanel, and speaking/consulting/financing/technology opportunities). Specific amounts require expert analysis, which will be served per the scheduling order; disclosure of categories and methodology satisfies Rule 26(a)(1)(A)(iii) at this stage.

**38. (F) Expert materials — identification by Bates.** I will identify, by Bates number, the valuation and medical materials referenced, and confirm which have been produced and which are forthcoming as expert disclosures under the scheduling order. The valuation analysis of Jay Weintraub and related provider materials are referenced; to the extent any were not included in the May 28 production, they will be produced.

## V.  Document Production — Global Issues

**39. Bates prefix.** Each produced page bears a Bates stamp in the form BATES001A0000____ (e.g., BATES001A00000164). The string "TMNvZNC_2026-04-29" is a file-name prefix I applied during collection to prevent overwriting of previously exported emails; it is not the Bates designation. The operative Bates number appears on every page and in each file name. I am happy to provide an index keyed to the on-page Bates numbers.

**40. "Confidential" designations.** Any confidentiality designations were applied in good faith pending entry of a protective order (Dkt. No. 90, on which the Court will rule). I will conform designations to whatever protective order the Court enters.

**41. Metadata / incomplete chains / non-responsive.** See item 30 on form of production. The emails were produced as maintained; to the extent chains appear incomplete, that reflects the records as kept. I produced materials I determined responsive in good faith and did not withhold responsive, non-privileged documents.

**42. "Missing documents you authored/received."** I produced the responsive materials located after a reasonable search. To the extent Defendants' own production contains items they believe I should also hold, many such items reside in the client file Defendants maintained and have not produced to me. I will supplement upon receipt of that file.

**43. Independent obligation vs. client file.** I acknowledge my independent obligation to search and produce, and I have done so. I separately note — without conditioning my compliance — that the documents Defendants say are missing are predominantly documents that originated in or were maintained within the client file Defendants created and have refused to release, requiring me to sue to recover my own property. Both things are true: I searched, and the bulk of these materials are in Defendants' hands.

**44. Rolling production.** Producing responsive materials on a rolling basis as located is consistent with Rule 26(e) and ordinary practice and does not violate the deadline; the responsive materials located by the deadline were produced by the deadline.

## VI.  HIPAA Authorizations, Form 4506-T, Releases, and Privilege Log

**45. HIPAA authorizations served.** As your letter concedes, I served 48 HIPAA authorizations covering the providers Defendants identified. The existence of the authorizations is not in dispute.

**46. HIPAA form / required fields.** To moot any objection to form, I am re-executing the authorizations on the New York OCA-approved HIPAA form (Official Form No. 960), including the Social Security Number field, provider addresses to the best of my knowledge, and authorization for mental-health, alcohol/drug, and HIV-related information, and bearing my handwritten signature. I am re-serving them herewith.

**47. Horizon BCBS authorization.** An executed authorization for Horizon Blue Cross Blue Shield of New Jersey is provided herewith.

**48. Time limitation / SSN / addresses / signature.** The re-executed authorizations address each point: they include my SSN, include provider addresses to the best of my knowledge, are signed by hand, and I will conform the temporal scope to the period agreed in my April 28, 2026 proposed limitations or as the Court directs.

**49. Kendall / Davidoff release.** The authorization for Glen A. Kendall / Davidoff Law Firm, PLLC was served executed with my signature as part of my May 28, 2026 production. To moot any objection to signature form, I am re-serving a hand-signed copy herewith.

**50. Form 4506-T.** I am serving herewith a corrected Form 4506-T on the current revision, completed with the name shown on my return, my taxpayer identifier, the entity information, and my handwritten signature.

**51. Business records / authorizations.** I will provide reasonable authorizations for the entities relevant to the earnings claim. I note that Defendants' requests sweep in entities and a time period (from September 15, 2008) untethered to the claims; I will meet and confer on reasonable scope. Records of my ownership and compensation for the relevant period are limited for a 2014-era matter and are, in substantial part, within materials Defendants maintained.

**52. Privilege log.** No responsive document is currently being withheld on the basis of privilege. Accordingly, no privilege log is presently required. Plaintiff's earlier (April 29, 2026) responses reserved the possibility of withholding and stated a log would be provided "if required"; upon completing review, Plaintiff produced all responsive materials identified and withheld none. Plaintiff will produce a log for any document later withheld.

## VII.  Specific Requests for Production

I respond to each request Defendants identified by number. As to every request below, I incorporate the global statement that, except as expressly stated, I am not withholding responsive, non-privileged documents located after a reasonable search (Fed. R. Civ. P. 34(b)(2)(C)), and that a substantial portion of the materials Defendants describe as missing resides in the client file Defendants maintained and have not produced.

**53. RFP 1–2, 5 (retention / scope / communications).** I produced the responsive communications between me and Defendants at BATES001A00000001–000236, together with the retention-related materials identified. The engagement and retainer documentation was created by Defendants and resides in their client file; it has been within their possession since the representation began. I refer Defendants to that file and to the materials produced.

**54. RFP 3–4 (retainer / May 4, 2015 engagement letter).** The retainer and engagement letter were drafted by and are maintained by Defendants. Defendants' own production reflects that these documents originated within their representation; they have been in Defendants' possession at all times. I produced the related materials in my possession and refer Defendants to their client file for the executed originals.

**55. RFP 6 (November 2014 commencement).** I produced the Underlying Action complaint and pleadings (BATES001A00000380–000403), which evidence commencement. Additional commencement materials reside in prior counsel's file and the client file.

**56. RFP 7–9 (other / prior counsel).** I produced the responsive communications located (BATES001A00000094–000098, 000160–000166, 000407–000408). Communications with prior counsel Kendall/Davidoff are addressed by the authorization served; their file is being obtained.

**57. RFP 10 (Kendall authorization).** See item 49 — re-served hand-signed.

**58. RFP 11 (third-party communications).** I produced the responsive third-party materials located (e.g., BATES001A00000061, 000099–000108, 000132–000134, 000427–000429). I dispute the characterization that these are non-responsive.

**59. RFP 12–15 (invoices / payments).** The Underlying Action was a contingency-fee matter; I paid no legal fees to Defendants, so responsive fee invoices and payment proofs to Defendants do not exist on my side. Any billing records are within Defendants' client file. I produced the cost-context materials located.

**60. RFP 16 (all allegations).** This omnibus request is properly answered by reference to the full production; I identified the email correspondence, court filings, and exhibits by Bates range. I am willing to map specific allegations to specific Bates ranges on reasonable request.

**61. RFP 24–25 (core injuries / notice).** I produced the responsive materials located, including the underlying complaint and the notice-related correspondence. I dispute the contention that the identified communications are "distinct litigation"; they concern the injuries and the representation at issue.

**62. RFP 26–28 (expert materials).** See items 38 and Section IV. I have produced the expert/valuation and medical materials available and will identify them by Bates number and serve any expert reports per the scheduling order. The single email with current counsel referenced is not withheld and no privilege is asserted over it.

**63. RFP 29, 33, 38–44, 46–48 (merits / damages / causation).** For each, I produced the responsive materials located — the underlying complaint, the dismissal and judgment, and the relevant correspondence — and identified them. The "case within the case" materials and the valuation support reside substantially in the client file. Expert support will follow per the scheduling order. Any paraphrased caption I used is shorthand; I do not dispute the text of Defendants' requests as written.

**64. RFP 45 (all underlying-action documents).** I produced the underlying-action filings (BATES001A00000237–000371) and related materials. The complete set of underlying-action documents I once held was transmitted to and is maintained within Defendants' client file.

**65. RFP 49–50 (disgorgement / interest / costs).** Disgorgement is pleaded in the alternative; as a contingency matter no fees were paid. Interest and costs are matters of computation set out in the damages disclosure; cost records will be produced as incurred.

**66. RFP 51, 53–56 (underlying parties / witnesses / damages categories).** I produced the responsive communications located and dispute the "distinct litigation" characterization as to materials concerning Buch, Silver Hill, and Reddy, which were part of the Underlying Action record. My paraphrased captions do not alter the scope of my responses to the requests as written.

**67. RFP 57–70 (medical records / HIPAA).** I executed HIPAA authorizations for every provider Defendants enumerated and am re-serving them on the OCA-approved form (item 46). I produced the medical-related materials in my possession; complete records are to be obtained via the authorizations. My captions referencing individual providers were shorthand and do not narrow the authorizations, which cover the full enumerated list.

**68. RFP 71–73 (tax / earnings / business authorizations).** I provided tax-transcript authorization (Form 4506-T, corrected per item 50) and will provide reasonable business authorizations. For a 2014-era matter, many financial records are not readily in my possession; those generated during the representation are within Defendants' client file. I will meet and confer on reasonable scope given the 2008 start date and entity list, which exceed the claims.

**69. RFP 76 (liens).** No lien is presently known; I will produce and supplement if any is located. Stating that I will supplement is Rule 26(e) compliance, not a deadline violation.

**70. RFP 77–80 (documents relied upon / pleadings).** The non-privileged documents relied upon are those produced in this action. The original and amended complaints are court records on the docket. I will identify by Bates any additional document specifically relied upon to the extent not already produced.

### VIII.  The Client File — Status, Access, and Costs

A substantial portion of the materials Defendants describe as missing consists of documents created and maintained within the client file from the Underlying Action. The status of that file warrants the Court's attention for the following reasons.

First, the client file is Plaintiff's property. Under *Sage Realty Corp. v. Proskauer Rose Goetz & Mendelsohn LLP*, 91 N.Y.2d 30 (1997), upon termination of the representation, with no claim of unpaid legal fees outstanding, the client is presumptively entitled to the entire attorney file, and the law firm bears the burden of showing good cause to refuse access. This was a contingency matter; Plaintiff paid no fees to Defendants.

Second, the file must be produced in accessible electronic form. Where a lawyer maintains the client file electronically, the lawyer must take reasonable measures to deliver the documents in a form the client can access. See NYSBA Comm. on Prof'l Ethics Op. 1142 (2018); N.Y.C. Bar Ass'n Formal Op. 2008-01 (applying *Sage Realty* to electronic documents and recognizing the client's right to electronic, not merely paper, copies).

Third, no substantial fee is properly chargeable for transmitting an existing electronic file. While *Sage Realty* permits a firm, in some circumstances, to charge for the actual cost of assembling and delivering a file, that cost is minimal where the documents already exist in native electronic format and can be transmitted electronically — by secure link, cloud folder, or similar means — at negligible expense and within minutes. Any fee Defendants assert must be actual, reasonable, and not duplicative of work for which Defendants were already compensated; Defendants bear the burden of justifying it.

Fourth, and notwithstanding the foregoing, Plaintiff requested the client file more than a year ago and has not received it. Plaintiff has been required to commence a separate action to obtain it. Defendants now fault Plaintiff for not producing documents that, by Defendants' own account, reside in that file.

Accordingly, Plaintiff respectfully requests that the Court (i) direct Defendants to produce the complete client file in accessible electronic form; (ii) resolve any fee dispute by requiring Defendants to justify any claimed charge as actual and reasonable; and (iii) to the extent Defendants contend they cannot produce the complete file, direct Defendants to state, on the record, whether the complete client file exists and remains in their possession, custody, or control.

### IX.  Conclusion and Proposed Resolution

I have addressed every numbered item in your letter. Where your assertions are factually inaccurate, I have said so; where they raise contested questions of relevance, I have stated my position; and where a curative step improves the record, I am taking it in good faith, including re-serving HIPAA authorizations on the OCA-approved form with a handwritten signature, a corrected Form 4506-T, a hand-signed Kendall/Davidoff release, and a Horizon authorization. I remain willing to meet and confer on a reasonable ESI protocol and on the scope of the business and financial authorizations.

As set forth in Section VIII, a substantial portion of the materials Defendants describe as missing resides in the client file. Plaintiff has searched his own records and produced what he located, and will supplement promptly upon receiving the client file. Plaintiff is available to confer further in advance of the June 8, 2026 conference.

Respectfully,

/s/ Ari Teman
Ari B. Teman, *Pro Se*

## AUTHORIZATION FOR RELEASE OF CLIENT FILE
### (Glen A. Kendall, Esq. / Davidoff Law Firm, PLLC)

**Re:** *Teman v. Zeldes Needle Cooper LLP and Jeremy Virgil,* No. 1:24-cv-09830 (LJL) (S.D.N.Y.); and the underlying action *Teman v. Braverman,* Index No. 805410/2014 (Sup. Ct. N.Y. Cnty.) (the "Underlying Action").

TO:  Glen A. Kendall, Esq. and Davidoff Law Firm, PLLC
     228 East 45th Street, Suite 1110, New York, NY 10017

I, Ari Baruch Teman, hereby authorize and request that Glen A. Kendall, Esq. and Davidoff Law Firm, PLLC release and produce a complete copy of my client file relating to the Underlying Action, *Teman v. Braverman,* Index No. 805410/2014, including all pleadings, correspondence, memoranda, notes, court filings, retainer and engagement documentation, and any other materials maintained in connection with the representation, whether in paper or electronic form.

Please produce the file to the following, who are counsel for the Defendants in the above-captioned federal action and are authorized to receive it on the matters at issue:

Cristina R. Yannucci, Esq. / Sam Cohen, Esq.
Lewis Brisbois Bisgaard & Smith LLP
7 World Trade Center, 250 Greenwich Street, 11th Floor, New York, NY 10007

A copy of the file should also be provided to me at the address below. This authorization is effective immediately and remains in effect until the conclusion of the above-captioned litigation or until revoked by me in writing. A photocopy or electronic copy of this authorization shall be treated as valid as the original.

Patient/Client:  Ari Baruch Teman
Address:  1521 Alton Road, #888, Miami Beach, FL 33139
Email / Phone:  ari@teman.com  |  (212) 203-3714

_____
Ari Baruch Teman
Date:  June 3, 2026

| Form **4506-T** | **Request for Transcript of Tax Return** | |
|---|---|---|
| (April 2025) | Do not sign this form unless all applicable lines have been completed. | |
| Department of the Treasury<br>Internal Revenue Service | Request may be rejected if the form is incomplete or illegible.<br>For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use <u>Get Transcript</u> to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>Ari Baruch Teman | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)

101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request.  **1040**

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . ☑

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

**12** / **31** / **2010**   **12** / **31** / **2011**   **12** / **31** / **2012**   **12** / **31** / **2013**

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

| | Phone number of taxpayer on line 1a or 2a<br>**(212) 203-3714** |
|---|---|

**Sign Here**

Signature (see instructions)          Date   June 3, 2026

**Title** (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature          Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**          Cat. No. 37667N          Form **4506-T** (Rev. 4-2025)

| Form **4506-T** (April 2025) Department of the Treasury Internal Revenue Service | **Request for Transcript of Tax Return** Do not sign this form unless all applicable lines have been completed. Request may be rejected if the form is incomplete or illegible. For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |
|---|---|---|

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use <u>Get Transcript</u> to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| **1a** Name shown on tax return. If a joint return, enter the name shown first. <br><br> Ari Baruch Teman | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)

101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request.   1040

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

| 12 / 31 / 2014 | 12 / 31 / 2015 | 12 / 31 / 2016 | 12 / 31 / 2017 |
|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

| | Phone number of taxpayer on line 1a or 2a <br> **(212) 203-3714** |
|---|---|

**Sign Here**

| Signature (see instructions) | Date   June 3, 2026 |
|---|---|
| **Title** (if line 1a above is a corporation, partnership, estate, or trust) | |
| Spouse's signature | Date |

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**     Cat. No. 37667N     Form **4506-T** (Rev. 4-2025)

| Form **4506-T** (April 2025) Department of the Treasury Internal Revenue Service | **Request for Transcript of Tax Return** Do not sign this form unless all applicable lines have been completed. Request may be rejected if the form is incomplete or illegible. For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| **1a** Name shown on tax return. If a joint return, enter the name shown first.  NextGenHealth LLC | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)
101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request.  1065

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☑

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days  .  ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days  .  .  .  .  .  .  .  ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days .  .  ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days  .  ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.
12 / 31 / 2010    12 / 31 / 2011    12 / 31 / 2012    12 / 31 / 2013

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

| | Phone number of taxpayer on line 1a or 2a  **(212) 203-3714** |

**Sign Here**

Signature (see instructions)    Date    June 3, 2026
Managing Member
Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature    Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 37667N    Form **4506-T** (Rev. 4-2025)

Form **4506-T**

(April 2025)

Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-T, visit www.irs.gov/form4506t.**

OMB No. 1545-1872

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| **1a** Name shown on tax return. If a joint return, enter the name shown first. <br><br> NextGenHealth LLC | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)

101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request.  1065

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days  . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days  . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days .  . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days  . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

12 / 31 / 2014    12 / 31 / 2015    12 / 31 / 2016    12 / 31 / 2017

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

Phone number of taxpayer on line 1a or 2a
**(212) 203-3714**

**Sign Here**

Signature (see instructions)

Managing Member

Date  June 3, 2026

**Title** (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature

Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 37667N    Form **4506-T** (Rev. 4-2025)

| Form **4506-T** | **Request for Transcript of Tax Return** | |
|---|---|---|
| (April 2025) | **Do not sign this form unless all applicable lines have been completed.** | OMB No. 1545-1872 |
| Department of the Treasury Internal Revenue Service | **Request may be rejected if the form is incomplete or illegible.**<br>**For more information about Form 4506-T, visit *www.irs.gov/form4506t.*** | |

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>NextGenCharity LLC | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)
101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request.  1065

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    ☑

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days    .    ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days    .    .    .    .    .    .    ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days .    .    ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days   .    ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.
12 / 31 / 2010    12 / 31 / 2011    12 / 31 / 2012    12 / 31 / 2013

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

| | Phone number of taxpayer on line 1a or 2a<br>**(212) 203-3714** |
|---|---|

**Sign Here**

Signature (see instructions)            Date    June 3, 2026

Managing Member

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature             Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**      Cat. No. 37667N      Form **4506-T** (Rev. 4-2025)

Form **4506-T**

(April 2025)

Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
For more information about Form 4506-T, visit *www.irs.gov/form4506t*.

OMB No. 1545-1872

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>NextGenCharity LLC | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)

101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. __1065__

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

| 12 / 31 / 2014 | 12 / 31 / 2015 | 12 / 31 / 2016 | 12 / 31 / 2017 |
|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

Phone number of taxpayer on line 1a or 2a
**(212) 203-3714**

**Sign Here**

Signature (see instructions)

Managing Member

Date    June 3, 2026

**Title** (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature

Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 37667N

Form **4506-T** (Rev. 4-2025)

| Form **4506-T** (April 2025) Department of the Treasury Internal Revenue Service | **Request for Transcript of Tax Return** Do not sign this form unless all applicable lines have been completed. Request may be rejected if the form is incomplete or illegible. For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |
| --- | --- | --- |

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| **1a** Name shown on tax return. If a joint return, enter the name shown first. OntoTheWebCom LLC dba 12gurus LLC | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| --- | --- |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)
101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request.  1065

  **a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑

  **b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

  **c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.
  12 / 31 / 2010    12 / 31 / 2011    12 / 31 / 2012    12 / 31 / 2013

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

| | Phone number of taxpayer on line 1a or 2a (212) 203-3714 |
| --- | --- |

**Sign Here**

Signature (see instructions)      Date   June 3, 2026

Managing Member
Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature      Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**      Cat. No. 37667N      Form **4506-T** (Rev. 4-2025)

| Form **4506-T** (April 2025) Department of the Treasury Internal Revenue Service | **Request for Transcript of Tax Return** Do not sign this form unless all applicable lines have been completed. Request may be rejected if the form is incomplete or illegible. For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | OMB No. 1545-1872 |
|---|---|---|

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| **1a** Name shown on tax return. If a joint return, enter the name shown first.  OntoTheWebCom LLC dba 12gurus LLC | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions)
101 West 12th Street, Apt 7A, New York, NY 10011

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. 1065

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Tax return transcripts for individuals are available for the Form 1040 series. A list of the tax return transcripts that are available for a business can be found at *www.irs.gov/businesses/get-a-business-tax-transcript*. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

12 / 31 / 2014   12 / 31 / 2015   12 / 31 / 2016   12 / 31 / 2017

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T.** See instructions.

| | Phone number of taxpayer on line 1a or 2a (212) 203-3714 |
|---|---|

**Sign Here**

Signature (see instructions) | Date June 3, 2026

Managing Member
**Title** (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature | Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 37667N    Form **4506-T** (Rev. 4-2025)