# EXHIBIT 7

| From: | Ari B. Teman <ari@teman.com> |
| Sent: | Thursday, June 4, 2026 12:11 AM |
| To: | Yannucci, Cristina; Cohen, Sam |
| Cc: | Max Gershenoff; Amanda B. Drantch |
| Subject: | Teman v. Zeldes Needle Cooper LLP, No. 1:24-cv-09830 (LJL) – Plaintiff's Supplemental Production (Tmn_v_ZNC_BATES_0300001–0300063) |
| Attachments: | 20260603-000000-A_Tmn_v_ZNC_Production_Index_0300001-0300063.pdf; 20260603-000000-A_Tmn_v_ZNC_Produce_0300001-0300063.zip |

> EXTERNAL

Counsel:

Please find attached Plaintiff's supplemental production of documents, Bates-numbered Tmn_v_ZNC_BATES_0300001 through Tmn_v_ZNC_BATES_0300063 (63 documents), together with a production index in PDF format.

These documents are email communications identified by searching Plaintiff's mailboxes for the names of Defendants' attorneys and personnel. After investigating how to do so, I was able to export the responsive messages in their native .eml format, which preserves the original headers, metadata, and attachments. Each file is named with its Bates number followed by the original message title.

In addition, I searched for and collected emails involving additional email addresses and personnel that appear in the documents Defendants produced after my previous production, and responsive messages from those searches are included in this production.

This production is made subject to, and without waiver of, all objections previously asserted, including as to privilege and work product.

Plaintiff reserves the right to supplement this production pursuant to Fed. R. Civ. P. 26(e).

In light of the native-format production Plaintiff has made, Plaintiff invites Defendants to re-produce all documents previously produced in this action in their native formats, with metadata, custodian information, and original file structure intact, in place of the flattened, image-only PDF files previously provided. Please advise by June 4 at noon whether Defendants will do so, so that the issue may be addressed, if necessary, at the June 8 conference.

Separately, and independent of any discovery obligation in this action, Plaintiff renews his demand that Zeldes Needle Cooper LLP immediately turn over Plaintiff's complete client file, in native format, including all correspondence, pleadings, drafts, memoranda, notes, and electronically stored materials. A former client's right to his file arises from the attorney-client relationship itself and is not contingent on, or limited by, the scope of discovery. *See Sage Realty Corp. v. Proskauer Rose Goetz & Mendelsohn LLP*, 91 N.Y.2d 30 (1997); Conn. R. Prof'l Conduct 1.16(d). The file is Plaintiff's property and is to be produced without redaction beyond what governing professional-conduct rules permit, and with any materials withheld identified in writing.

Please confirm receipt.

Regards,

Ari Teman
Plaintiff, Pro Se



**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Teman v. Zeldes Needle Cooper LLP, et al.**, No. 1:24-cv-09830 (LJL)

**PLAINTIFF'S PRODUCTION INDEX**
Documents Produced: Tmn_v_ZNC_BATES_0300001 – Tmn_v_ZNC_BATES_0300063 (63 documents, native .eml format)
Dated: June 3, 2026

| No. | Bates Number | Date | From | To | Subject |
|---|---|---|---|---|---|
| 1 | Tmn_v_ZNC_BATES_0300001 | 2016-03-15 | Ari Teman | Jason T. Prueher; Jeanne Rieger | Errata and Release attached |
| 2 | Tmn_v_ZNC_BATES_0300002 | 2016-05-03 | Jeanne Rieger | Ari Teman | RE: Errata |
| 3 | Tmn_v_ZNC_BATES_0300003 | 2016-05-26 | Ari Teman | Jason T. Prueher; Ari Teman | Re: Silver Hill v. Ari Teman - Depo of Teman on 6/16/16 |
| 4 | Tmn_v_ZNC_BATES_0300004 | 2016-05-27 | Ari Teman | Ari Teman | Fwd: Silver Hill v. Ari Teman - Recs, Farhnik and numbers |
| 5 | Tmn_v_ZNC_BATES_0300005 | 2016-06-10 | Ari Teman | Jason T. Prueher | Re: Silver Hill case - Monday |
| 6 | Tmn_v_ZNC_BATES_0300006 | 2017-07-25 | Ari Teman | Jason T. Prueher | Re: Re: |
| 7 | Tmn_v_ZNC_BATES_0300007 | 2017-08-02 | dr.shvil@gmail.com | Ari Teman | Re: Shvil |
| 8 | Tmn_v_ZNC_BATES_0300008 | 2017-08-04 | dr.shvil@gmail.com | Jason T. Prueher | Re: Teman Case |
| 9 | Tmn_v_ZNC_BATES_0300009 | 2017-08-09 | Ari Teman | Jason T. Prueher; Jeremy Virgil | Fwd: Secretropin is on sale! |
| 10 | Tmn_v_ZNC_BATES_0300010 | 2017-08-30 | Jeanne S. Rowe | ari@teman.com | FW: Silver Hill v. Ari Teman - Jury Trial |
| 11 | Tmn_v_ZNC_BATES_0300011 | 2017-09-14 | Ari Teman | Jeremy Virgil | Re: Drive will be at 900 Long Ridge Rd, Stamford at 8:30am |
| 12 | Tmn_v_ZNC_BATES_0300012 | 2017-10-06 | Ari Teman | Jeremy Virgil; Jason T. Prueher | It is a Jewish Holiday Oct 4 (night) -11, 2017 |
| 13 | Tmn_v_ZNC_BATES_0300013 | 2017-10-06 | Ari Teman | Jason T. Prueher | test |
| 14 | Tmn_v_ZNC_BATES_0300014 | 2017-10-07 | James G. Verrillo | Ari Teman | Automatic reply: Failure to notify me lead attorney left firm (Notified by auto-responder friday before a case |
| 15 | Tmn_v_ZNC_BATES_0300015 | 2017-10-07 | Ari Teman | Jeremy Virgil | RE: Tomorrow |
| 16 | Tmn_v_ZNC_BATES_0300016 | 2017-10-08 | Ari Teman | Jeremy Virgil | Re: Meeting with Partners |
| 17 | Tmn_v_ZNC_BATES_0300017 | 2017-10-24 | Ari Teman | Jason T. Prueher | |
| 18 | Tmn_v_ZNC_BATES_0300018 | 2018-04-10 | RENEE | 'Ari Teman' | RE: Natalie Goberman had the SAME attorney as Eric Braverman |
| 19 | Tmn_v_ZNC_BATES_0300019 | 2019-10-30 | Ari Teman | Jason T. Prueher | Governor Patterson says Braverman is counsel to NY State Health commissioner!!! |
| 20 | Tmn_v_ZNC_BATES_0300020 | 2020-06-05 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Delay) |
| 21 | Tmn_v_ZNC_BATES_0300021 | 2020-06-09 | Ari B. Teman | Erel Shvil | Re: June & July 18 - statement |
| 22 | Tmn_v_ZNC_BATES_0300022 | 2020-11-08 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 23 | Tmn_v_ZNC_BATES_0300023 | 2023-05-15 | Ari B. Teman | Jeremy Virgil; Eden Quainton +1 | Re: Any shot PRI would settle out? |
| 24 | Tmn_v_ZNC_BATES_0300024 | 2023-05-15 | Ari B. Teman | Maximino Medina | Re: Your firm is unresponsive |
| 25 | Tmn_v_ZNC_BATES_0300025 | 2023-05-23 | Jason Prueher | Ari B. Teman | Re: Can you chat? |
| 26 | Tmn_v_ZNC_BATES_0300026 | 2023-06-08 | Ari B. Teman | Jeremy Virgil | Re: Getting the PATH insurance cos to settle |
| 27 | Tmn_v_ZNC_BATES_0300027 | 2023-07-20 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 28 | Tmn_v_ZNC_BATES_0300028 | 2024-06-23 | Ari B. Teman | Jeremy Virgil; Maximino Medina +11 | For settlement purposes only. znc malpractice. Re: Please explain |
| 29 | Tmn_v_ZNC_BATES_0300029 | 2024-06-24 | Jeremy Virgil | Ari B. Teman | RE: Please explain |
| 30 | Tmn_v_ZNC_BATES_0300030 | 2024-06-24 | Meaghan C. Kirby | Ari B. Teman | Automatic reply: For settlement purposes only. znc malpractice. Re: Please explain |

| No. | Bates Number | Date | From | To | Subject |
|---|---|---|---|---|---|
| 31 | Tmn_v_ZNC_BATES_0300031 | 2024-12-16 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 32 | Tmn_v_ZNC_BATES_0300032 | 2024-12-18 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 33 | Tmn_v_ZNC_BATES_0300033 | 2024-12-19 | Sabato P. Fiano | Ari B. Teman | Automatic reply: Decision and Plan |
| 34 | Tmn_v_ZNC_BATES_0300034 | 2024-12-19 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 35 | Tmn_v_ZNC_BATES_0300035 | 2025-01-28 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 36 | Tmn_v_ZNC_BATES_0300036 | 2025-03-26 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 37 | Tmn_v_ZNC_BATES_0300037 | 2025-04-24 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 38 | Tmn_v_ZNC_BATES_0300038 | 2025-04-25 | Ari B. Teman | Jason Prueher | Document retention notice |
| 39 | Tmn_v_ZNC_BATES_0300039 | 2025-04-25 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 40 | Tmn_v_ZNC_BATES_0300040 | 2025-05-05 | Nancy Mankulics | Ari B. Teman | Automatic reply: Please file in 1:24-cv-09830-LJL : Teman v Zeldes, Virgil, et al |
| 41 | Tmn_v_ZNC_BATES_0300041 | 2025-09-09 | Jeremy Virgil | William McKenzie; Christopher E. DiGiacinto +8 | RE: 805410/2014 Ari Teman v. Eric Braverman MD, et al. - IN PERSON STATUS CONFERENCE SEPTEMBER 11, 2025 AT 10: |
| 42 | Tmn_v_ZNC_BATES_0300042 | 2025-09-09 | William McKenzie | Jeremy Virgil; Christopher E. DiGiacinto +7 | RE: 805410/2014 Ari Teman v. Eric Braverman MD, et al. - IN PERSON STATUS CONFERENCE SEPTEMBER 11, 2025 AT 10: |
| 43 | Tmn_v_ZNC_BATES_0300043 | 2026-01-20 | Ari B. Teman | Cristina | Fwd: FW: Message from "RNP002673DD4F21" |
| 44 | Tmn_v_ZNC_BATES_0300044 | 2026-03-15 | Ari B. Teman | Jason Prueher; jprueher@gouldinjurylaw.com | ACTION REQUIRED; Subpoena Service Request – Teman v. ZNC Litigation |
| 45 | Tmn_v_ZNC_BATES_0300045 | 2026-03-18 | Ari B. Teman | Jason Prueher; jprueher@gouldinjurylaw.com | Jason Re: ACTION REQUIRED; Subpoena Service Request – Teman v. ZNC Litigation |
| 46 | Tmn_v_ZNC_BATES_0300046 | 2026-03-20 | Brian Mezick | Ari B. Teman | Re: Serving a subpoena |
| 47 | Tmn_v_ZNC_BATES_0300047 | 2026-03-20 | Cristina | Ari B. Teman | RE: FILED: Plaintiff's Notice of Intent to Serve Subpoena - Case No. 1:24-cv-09830 |
| 48 | Tmn_v_ZNC_BATES_0300048 | 2026-04-08 | Ari B. Teman | Cristina; Sam +2 | Re: Request for Complete Client File |
| 49 | Tmn_v_ZNC_BATES_0300049 | 2026-04-10 | Ari B. Teman | Cristina | Inquiry re independent counsel. Re: LBBS File No. 47558-92: Teman v. ZNC - Non Party Subpoena |
| 50 | Tmn_v_ZNC_BATES_0300050 | 2026-04-14 | Ari B. Teman | jprueher@gouldinjurylaw.com; Jason Prueher | Request for Client Files |
| 51 | Tmn_v_ZNC_BATES_0300051 | 2026-04-16 | Ari B. Teman | Cristina; Sam +2 | Request for Complete Client File |
| 52 | Tmn_v_ZNC_BATES_0300052 | 2026-04-21 | Ari B. Teman | Cristina; Jeremy Virgil +7 | Final Demand for Immediate Production of Complete Client File (All Matters) |
| 53 | Tmn_v_ZNC_BATES_0300053 | 2026-04-23 | Ari B. Teman | Jeremy Virgil; Maximino Medina +3 | Notice of Claim and Anticipated Federal Action - FOR SETTLEMENT PURSPOSES ONLY |
| 54 | Tmn_v_ZNC_BATES_0300054 | 2026-04-23 | Ari B. Teman | Cristina; Sam +2 | Newly Identified Pleading Relevant to Scope of Braverman/PATH Allegations |
| 55 | Tmn_v_ZNC_BATES_0300055 | 2026-04-28 | SH - Healthcare Professional Associate Underwriting Team | ari@teman.com | Re: Notice of Ongoing Malpractice Exposure and Opportunity to Resolve – Zeldes Needle Cooper LLP |
| 56 | Tmn_v_ZNC_BATES_0300056 | 2026-05-11 | postmaster@medpro.com | ari@teman.com | Undeliverable: Fwd: Waiver of service request. Teman v Medpro (1:26-cv-03517). MP |
| 57 | Tmn_v_ZNC_BATES_0300057 | 2026-05-11 | Ari B. Teman | Scott; tim.kenesey@medpro.com +1 | Re: Waiver of service request. Teman v Medpro (1:26-cv-03517). MP2 |
| 58 | Tmn_v_ZNC_BATES_0300058 | 2026-05-14 | Ari B. Teman | Cristina | Re: Waiver of service request. Teman v Medpro (1:26-cv-03517). CY |
| 59 | Tmn_v_ZNC_BATES_0300059 | 2026-05-19 | Mail Delivery Subsystem | ari@teman.com | Delivery Status Notification (Failure) |
| 60 | Tmn_v_ZNC_BATES_0300060 | 2026-05-19 | Cristina | Ari B. Teman | RE: Teman v Medpro (1:26-cv-03517) – Waiver of Service of Summons/Responsive Pleading Deadline |

| No. | Bates Number | Date | From | To | Subject |
|---|---|---|---|---|---|
| 61 | Tmn_v_ZNC_BATES_0300061 | 2026-05-19 | Ari B. Teman | Claims | Re: [AppianReference: CLM000064459] Fwd: You have been sued: Teman v. MedPro et al. – Preservation Notice and |
| 62 | Tmn_v_ZNC_BATES_0300062 | 2026-05-28 | Ari B. Teman | Max Gershenoff; Amanda B. Drantch +2 | Fwd: Bankruptcy/Insurance |
| 63 | Tmn_v_ZNC_BATES_0300063 | 2026-06-02 | Ari B. Teman | Temporary_Pro_Se_Filing@nysd.uscourts.gov | Teman v. Zeldes Needle Cooper LLP et al., 1:24-cv-09830 (LJL) – Request to File Attached Pre-Conference Letter |