

Cristina R. Yannucci
140 Broadway, Suite 3100
New York, New York 10005
Cristina.Yannucci@lewisbrisbois.com
Direct: 212.232.1412

June 11, 2026                                                    File No. 47558.92

**VIA ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620, Courtroom 15C
New York, New York 10007

> Re:    *Ari Baruch Teman v. Zeldes Needle Cooper LLP and Jeremy Virgil*
> <u>United States District Court, Southern District of New York, Case No. 1:24-cv-09830</u>

Dear Judge Liman:

Our firm represents Defendants in the above-referenced matter. Pursuant to this Court's June 9, 2026 Order (ECF Doc. No 106), Defendants and Plaintiff jointly submit the proposed First Amended Case Management Plan and Scheduling Order annexed hereto as **Exhibit 1**.

The following deadlines contained within the operative March 11, 2026 Case Management Plan and Scheduling Order (ECF Doc. No. 46) remain outstanding:

- <u>Item 6. Fact Discovery</u>: June 10, 2026
- <u>Item 7.d. Depositions</u>: June 10, 2026
- <u>Item 8. Expert Discovery</u>: August 7, 2026
- <u>Item 9. All Discovery</u>: August 7, 2026
- <u>Item 11. Post-Discovery Conference</u>: August 19, 2026 at 2:00 PM
- <u>Item 12. Motions for Summary Judgment</u>: September 14, 2026

In the proposed First Amended Case Management Plan and Scheduling Order (**Exhibit 1**), the parties have agreed to extend the above-identified deadlines **90 days** as follows:

- <u>Item 6. Fact Discovery</u>: September 8, 2026
- <u>Item 7.d. Depositions</u>: September 8, 2026
- <u>Item 8. Expert Discovery</u>: November 5, 2026
- <u>Item 9. All Discovery</u>: November 5, 2026
- <u>Item 11. Post-Discovery Conference</u>: November 17, 2026 at 2:00 PM
- <u>Item 12. Motions for Summary Judgment</u>: December 13, 2026

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

June 11, 2026
Page 2


       We thank the Court for its time and attention herein. Do not hesitate to contact the undersigned should the Court have any questions or require anything further.


              Very truly yours,

              /s/ Cristina R. Yannucci, Esq.

              Cristina R. Yannucci of
              LEWIS BRISBOIS BISGAARD & SMITH LLP

CRY
/Enclosure