UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

ARI BARUCH TEMAN,

        Plaintiff,

- against -                                                             24-cv-9830 (LJL)

ZELDES NEEDLE COOPER LLP, JEREMY VIRGIL, et al.,

        Defendants.

───────────────────────────────────────────────

## [PROPOSED] ORDER

**LEWIS J. LIMAN, United States District Judge:**

Upon consideration of Plaintiff's letter-motion concerning production of his client file and the scope of the representation, and the entire record herein, and pursuant to the Court's Order of June 8, 2026 (ECF No. 106), it is hereby

**ORDERED** that, on or before **12:00 p.m. on Wednesday, July 1, 2026**, Defendants shall produce Plaintiff's client file in native format, with metadata intact, by delivery through a secure password-protected shared folder or a shared folder containing a password-protected archive, with production to proceed on a rolling basis to the extent any portion is not then available, and without awaiting resolution of any dispute concerning cost; and it is further

**ORDERED** that Defendants shall provide a written statement identifying the timing, sources, custodians, and approximate per-custodian and per-repository volume of the data collection described in their June 22, 2026 letter; identifying the eDiscovery vendor; confirming whether the accounts jvirgil.znc@gmail.com and prueher76@gmail.com were collected and searched; and producing the associated chain-of-custody and collection logs; and it is further

**ORDERED** that, for purposes of discovery and client-file production, materials concerning Silver Hill Hospital, as well as those concerning former PATH provider Dr. Sandip Buch, fall within the scope of Defendants' representation of Plaintiff and shall not be withheld or redacted solely on the ground that Defendants characterize them as a separate matter.


SO ORDERED.

Dated: _____, 2026
      New York, New York


                              _____

                                    LEWIS J. LIMAN
                           United States District Judge