**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARI TEMAN,

Plaintiff,

-against-

ZELDES NEEDLE COOPER, LLP, et al.,

Defendants.

24-cv-9830 (LJL)

**NOTICE OF MOTION FOR RECONSIDERATION, FOR A STAY, AND FOR ALTERNATIVE RELIEF**

PLEASE TAKE NOTICE that Plaintiff Ari Teman, appearing pro se, makes this motion because the Court's October 20, 2026 Memorandum and Order (ECF No. 124) appears to rest on a misunderstanding of his medical notes, which his physicians have now clarified in their own words. His otolaryngologist, Dr. Ariel Grobman, states that Plaintiff "**should not fly until a repeat ETF test shows that his Eustachian tubes can adjust to pressure changes**," and that "**[i]f he flies before then, he risks permanent hearing loss, permanent injury, and pain.**" (Ex. 1 ¶¶ 4, 6.) Dr. Amit Wolfovitz wrote that he would "schedule visit for inspection before **<u>approving</u>** traveling abroad." (Ex. 5 at 2.)

Accordingly, upon the accompanying Memorandum of Law, the exhibits annexed to it as Exhibits 1 through 24, and all prior proceedings in this action, Plaintiff will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an order:

1. Staying, effective immediately and pending resolution of this motion, the November 20, 2026 deadline for Plaintiff's in-person deposition set by the Court's October 20, 2026 Memorandum and Order (ECF No. 124), and the in-person deposition that Defendants noticed on October 26, 2026 for November 19, 2026 at their New York office (Ex. 24),

pursuant to Federal Rules of Civil Procedure 26(c) and 54(b) and the Court's inherent authority to manage its docket;

2. Reconsidering ECF No. 124, pursuant to Local Civil Rule 6.3, insofar as it requires Plaintiff to appear in person in this District, directing that Plaintiff's deposition proceed by remote means pursuant to Federal Rule of Civil Procedure 30(b)(4), and providing that his remote participation shall not result in dismissal or any other sanction and that Defendants may identify, within 14 days after receiving the transcript, any specific answer they contend they could not assess by video;
3. Finding, on the record now before the Court, that Plaintiff's medical condition is supported by objective testing and the records of examining physicians and is not pretextual;
4. In the alternative, pursuant to Federal Rules of Civil Procedure 26(c), 30(b)(4), and 54(b), modifying ECF No. 124 to set Plaintiff's in-person deposition for a date 30 days after his treating otolaryngologist clears him to fly following his Eustachian tube procedure, on the conditions stated in the Memorandum of Law;
5. Granting Plaintiff leave, pursuant to Local Civil Rule 6.3, to submit the declarations annexed as Exhibits 1 and 4, and considering them also under Federal Rules of Civil Procedure 26(c) and 54(b); and
6. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that this motion is made on the grounds stated in the accompanying Memorandum of Law, which identifies the statements in ECF No. 124 that Plaintiff contends the record does not support and annexes the supporting exhibits. Answering papers, if any, are to be served in accordance with Local Civil Rule 6.1(b) and any schedule set by the Court.

Certification of good-faith conferral. Pursuant to Federal Rule of Civil Procedure 26(c)(1), Plaintiff certifies that on October 26, 2026, he emailed counsel for Defendants, provided them Dr. Grobman's signed declaration (Ex. 1), and asked whether Defendants would stipulate to (a)

taking his deposition by video and (b) staying the November 20, 2026 deadline and the in-person deposition Defendants noticed for November 19, 2026, pending decision on this motion. Defendants declined to stipulate to a video deposition.

Dated: Tel Aviv, Israel
October 26, 2026

Respectfully submitted,

/s/ Ari Teman
Ari Teman, Plaintiff pro se
1521 Alton Road #888
Miami Beach, FL 33139
781-718-3375
ari@teman.com

TO: All counsel of record (via ECF)