**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARI TEMAN,

Plaintiff,

– against –

ZELDES NEEDLE COOPER, LLP, et al.,

Defendants.

No. 24-cv-9830 (LJL)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Local Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Ari Teman and the exhibits thereto, and the accompanying Memorandum of Law, Plaintiff Ari Teman, appearing pro se, will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 56(a):

1. Granting summary judgment in favor of Plaintiff and against Defendants Zeldes Needle & Cooper, P.C. and Jeremy Virgil on the element of **breach of the duty of care** in Plaintiff's legal-malpractice claim arising from the Braverman action, and on **causation and a minimum measure of damages** to the extent the documentary record suffices;

2. In the alternative, pursuant to Rule 56(g), finding specified material facts established without substantial controversy;

3. Determining any remaining issues of causation and damages on the papers, or referring them to court-annexed mediation by video; and

4. Granting such other and further relief as the Court deems just and proper.

Dated: November 4, 2026

/s/ Ari Teman

Ari Teman, Plaintiff pro se, 1521 Alton Road #888, Miami Beach, FL 33139, 781-718-3375, ari@teman.com

To: All counsel of record (via ECF)