UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARI TEMAN,

Plaintiff,

-v-

ZELDES NEEDLE COOPER LLP, et al.,

Defendants.

24-cv-09830 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is Plaintiff Ari Teman's "Emergency Letter Motion for a 14-Day Stay Due to a Cybersecurity Emergency at GateGuard and Documented Communications and ECF Access Failures, and For Recusal with Full Briefing" and "Plaintiff's Notice Regarding His Deposition, Availability by Video, and Correction of the Record." Dkt. Nos. 146, 147. In these filings, Plaintiff seeks (1) a 14-day stay of all deadlines; (2) a 14-day adjournment of his deposition; (3) a refrain from the Court's imposition of sanctions for his non-compliance with any Court order, including the deadline for his deposition; (4) full briefing and a hearing on his motion to recuse; and (5) an extension of unspecified response deadlines with alternative service of ECF filings due to technological difficulties. *See* Dkt. No. 146 at 9.

The motions for an adjournment of all deadlines, including the deadline for Plaintiff's deposition, are denied. The November 20, 2026 deadline for Plaintiff's Court-ordered deposition has passed. *See* Dkt. No. 124 at 12. The motion for a stay of all other deadlines is denied for the absence of good cause. The parties have agreed that depositions of Defendants will not take place until Plaintiff is deposed, *see id.* at 2, and Plaintiff has not identified any deadlines that are imminent.

The motion asking the Court to refrain from imposing sanctions for Plaintiff's non-compliance with any Court order, including the deadline for his deposition, is denied, because no motion for sanctions has been made.

The motion for full briefing and a hearing on the issue of recusal is granted in part. The Court grants Plaintiff leave to file a renewed motion for recusal based on any new facts, facts or controlling law he believes the Court ignored, or manifest injustice. Defendants' time to respond to any such motion is stayed pending further order of the Court.

The motion for an extension of response deadlines is denied because Plaintiff has not identified any impending deadlines. The Court directs Defendants to email a copy of this order to Plaintiff and to file proof of service on the docket.[1]

The parties are directed to attempt to meet and confer and to inform the Court within three weeks of this order of next steps in this case.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 142, 143, 144, and 146.

SO ORDERED.

Dated: November 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

[1] The Court already directed Defendants to provide all filings to Plaintiff by email and to file proof of such service on the docket. *See* Dkt. No. 141 at 1 n.1.